## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Plaintiff, V. DAHNYAH WILLIAMS et al., Defendant. | FILED: JULY 29, 2008<br>08CV4304<br>JUDGE COAR<br>MAGISTRATE JUDGE SCHENKIER<br>NF |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

| NAME (Type or print) |
|---|
| Eileen M. Letts |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Eileen M. Letts |
| FIRM |
| Greene and Letts Attorneys at Law |
| STREET ADDRESS |
| 111 W. Washington, Suite 1650 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 03123442 | (312) 346-1100 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐