## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Plaintiff, V. DAHNYAH WILLIAMS et al., Defendant.

Case Number:
FILED: JULY 29, 2008
08CV4304
JUDGE COAR
MAGISTRATE JUDGE SCHENKIER
NF

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

| | |
|---|---|
| NAME (Type or print) Allen P. Walker | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Allen P. Walker | |
| FIRM Greene and Letts Attorneys at Law | |
| STREET ADDRESS 111 W. Washington, Suite 1650 | |
| CITY/STATE/ZIP Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6194887 | TELEPHONE NUMBER (312) 346-1100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |