IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAHNYAH WILLIAMS, <br> KAITLYN A. WILLIAMS, a minor and <br> MELANIE L. WILLIAMS, a minor <br><br> Defendants. | Case No. <br><br> RECEIVED COPY JULY 29 ,2008 <br>   08CV4304 <br>   JUDGE COAR <br>   MAGISTRATE JUDGE SCHENKIER <br>   NF |

### NOTICE OF FILING

**TO:**   Dahnyah Williams                    Janet Howard-Kukulka
         1390 Burnham Avenue                  9616 South Leavitt
         Calumet City, IL 60409               Chicago, IL 60643

**PLEASE TAKE NOTICE** that on **July 29, 2008**, we filed with the Clerk of the Federal District Court for the Northern District of Illinois the attached: **COMPLAINT IN INTERPLEADER, APPEARANCE, SUMMONS and NOTICE OF FILING.**

                                             */s/ Allen P. Walker*
                                             Allen P. Walker

Eileen M. Letts
Allen P. Walker
Kwabena A. Appenteng
GREENE AND LETTS
Attorneys for Defendant
111 W. Washington Street
Chicago, IL 60602
312/346-1100

X:\PRUDENTIAL INSURANCE CO. OF AMERICA\WILLIAMS DAHNYAH 0149-00001\Pleadings\Complaint Drafts\07 29 08-NOF.wpd

## PROOF OF SERVICE

The undersigned hereby certifies that the above mentioned documents were served on the above-mentioned parties on **July 29, 2008**:

( )     by electronic notification

( )     by personal delivery

(**X**)    by placing a copy of same in an envelope properly addressed and stamped and placing an envelope in a U.S. Mail Box at 111 West Washington Street, Chicago, Illinois.

                                        */s/ Allen P. Walker*
                                        Allen P. Walker

Eileen M. Letts
Allen P. Walker
Kwabena A. Appenteng
GREENE AND LETTS
Attorneys for Defendant
111 W. Washington Street
Chicago, IL 60602
X:\PRUDENTIAL INSURANCE CO. OF AMERICA\WILLIAMS DAHNYAH 0149-00001\Pleadings\Complaint Drafts\07 29 08-NOF.wpd