**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) | Case No. |
| Plaintiff, | ) | |
| v. | ) ) | |
| DAHNYAH WILLIAMS, KAITLYN A. WILLIAMS, a minor and MELANIE L. WILLIAMS, a minor | ) ) ) | |
| Defendants. | ) ) | |

**EXHIBITS IN SUPPORT OF COMPLAINT IN INTERPLEADER**

Creative and Response Service (the "Group Contract)...................A

General Information...............................................................A.2

Delay of Effective Date.........................................................A.3

Certificate of Death for Descendent........................................B

Group Contracts Benefits.......................................................C

X:\PRUDENTIAL INSURANCE CO. OF AMERICA\WILLIAMS DAHNYAH 0149-00001\Pleadings\07 30-08-NOF for Exhibits in Complaint.doc

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

THE PRUDENTIAL INSURANCE COMPANY  )
OF AMERICA,           )
               )  Case No.
     Plaintiff,      )
  v.             )
               )
DAHNYAH WILLIAMS,      )
KAITLYN A. WILLIAMS, a minor and  )
MELANIE L. WILLIAMS, a minor   )
               )
     Defendants.     )

## EXHIBITS IN SUPPORT OF COMPLAINT IN INTERPLEADER

Creative and Response Service (the "Group Contract)....................A

General Information.................................................................A.2

Delay of Effective Date.............................................................A.3

Certificate of Death for Descendent.........................................B

Group Contracts Benefits.........................................................C

X:\PRUDENTIAL INSURANCE CO. OF AMERICA\WILLIAMS DAHNYAH 0149-00001\Pleadings\07 30-08-NOF for
Exhibits in Complaint.doc

# Creative & Response Research Services, Inc.

Employee Term Life Coverage

Accidental Death and Dismemberment Coverage


Prudential Financial

Exhibit A

# Schedule of Benefits

**Covered Classes:** The "Covered Classes" are these Employees of the Employer (and its Associated Companies): All Full-time Employees.

**Program Date:** November 1, 2005. This Booklet describes the benefits under the Group Program as of the Program Date.

- This Booklet and the Certificate of Coverage together form your Group Insurance Certificate. The Coverages in this Booklet are insured under a Group Contract issued by Prudential. All benefits are subject in every way to the entire Group Contract which includes the Group Insurance Certificate. It alone forms the agreement under which payment of insurance is made.

## BASIC EMPLOYEE TERM LIFE COVERAGE

BENEFIT AMOUNTS:

**Amount For Each Benefit Class:**

| Benefit Classes | Amount of Insurance |
|---|---|
| All Employees | 100% of your annual Earnings. If this amount is not a multiple of $1,000, it will be rounded to the next higher multiple of $1,000. |
| | Minimum Amount: $5,000. |
| | Maximum Amount: $200,000. |

The Definitions section explains what "Earnings" means.

**Amount Limit Due to Age:** When you are age 65 or more, your amount of insurance is limited. It is the Limited Percent (for that Age) of the amount for which you would then be insured if there were no limitation. Each Age and the Limited Percent for that Age are shown below.

| Age | Limited Percent |
|---|---|
| 65 | 65 |
| 70 and more | 50 |

The Limited Percent for an Age takes effect on the day you become insured if you are then that Age. Otherwise, each Limited Percent for an Age takes effect on the first day of the month following your birthday for that Age.

The Delay of Effective Date section does not apply to this provision.

## BASIC ACCIDENTAL DEATH AND DISMEMBERMENT COVERAGE

BENEFIT AMOUNTS UNDER EMPLOYEE INSURANCE:

**Amount For Each Benefit Class:** An amount equal to the amount for which you are insured under the Basic Employee Term Life Coverage. For this purpose only, that amount will be the amount as

determined above, except that if your Basic Employee Term Life Coverage is reduced by any amount paid under the Option to Accelerate Payment of Death Benefits, that reduction will not apply to this Coverage.

ADDITIONAL BENEFITS UNDER EMPLOYEE INSURANCE:

For the purposes of determining benefits under the Coverage, Amount of Insurance does not include any additional amount payable as shown below.

**Additional Amount Payable for Loss of Life as a Result of an Accident in a Four Wheel Vehicle While Using a Seat Belt:** An amount equal to the lesser of:

(1)   10% of your Amount of Insurance; and

(2)   $10,000.

**Additional Amount Payable for Loss of Life as a Result of an Accident in a Four Wheel Vehicle Equipped with a Supplemental Restraint System:** An amount equal to the lesser of:

(1)   10% of your Amount of Insurance; and

(2)   $10,000.

**Additional Amount Payable for Return of Remains:** An amount equal to the lesser of:

(1)   the amount of Covered Expenses; and

(2)   $2,500.

**Additional Amount Payable for Your Loss as a Result of Felonious Assault:** An amount equal to 5% of the amount payable under the Coverage for the Loss that results from a Felonious Assault.

**Additional Amount Payable for Tuition Reimbursement for Your Spouse:** An amount equal to the least of:

(1)   the actual tuition charged for the program;

(2)   1% of your Amount of Insurance; and

(3)   $2,500.

**Additional Annual Amount Payable for Tuition Reimbursement for Your Dependent Child:** An amount equal to the least of:

(1)   the actual annual tuition, exclusive of room and board, charged by the School;

(2)   1% of your Amount of Insurance; and

(3)   $2,500.

This benefit is payable annually for up to four consecutive years, but not beyond the date the child reaches age 23.

If there is no dependent child eligible for this benefit, a benefit of $1,000 will be paid.

**Additional Annual Amount Payable for Day Care Expenses for Your Dependent Child:** An amount equal to the lesser of:

(1)   the actual cost charged by such Day Care Center per year;

(2)   1% of your Amount of Insurance, and

(3)   $2,000.

This benefit is payable annually for up to four consecutive years, but not beyond the date the child reaches age seven.

If there is no dependent child eligible for this benefit, a benefit of $1,000 will be paid.

TO WHOM PAYABLE:

Accidental Death and Dismemberment benefits are payable to you with these exceptions:

(1)   Benefits for tuition reimbursement for your spouse payable on account of your Loss of life will be paid to:

    (a)   your spouse, if living; or

    (b)   your spouse's estate.

(2)   Benefits for day care expenses or tuition reimbursement for your dependent children payable on account of your Loss of life will be paid to the person or institution appearing to Prudential to have assumed the main support of the children.

(3)   Benefits for any other of your Losses that are unpaid at your death or become payable on account of your death will be paid to your Beneficiary or Beneficiaries.  (See Beneficiary Rules.)

## OTHER INFORMATION

**Contract Holder:**  PruValue Insurance Benefits Trust

**Group Contract No.:** PVIB-03

**Employer:**  CREATIVE & RESPONSE RESEARCH SERVICES, INC.

**Employment Waiting Period:**  The following period of continuous service with the Employer: Salaried Employees 30 days, Hourly Employees 60 days.

**Associated Companies:**  Associated Companies are employers who are the Employer's subsidiaries or affiliates and are reported to Prudential in writing for inclusion under the Group Contract, provided that Prudential has approved such request.  This Certificate applies to the Employer and its Associated Companies, if any.

**Employer's Control Number:**  4605

**Cost of Insurance:**  The insurance in this Booklet is Non-contributory Insurance.  The entire cost of the insurance is being paid by the Employer.

**Prudential's Address:**

The Prudential Insurance Company of America
290 West Mount Pleasant Avenue
Livingston, New Jersey 07039

83500
BSB 1001

(4605-1)

## WHEN YOU HAVE A CLAIM

Each time a claim is made, it should be made without delay.  Use a claim form, and follow the instructions on the form.

If you do not have a claim form, contact your Employer.

———————————————

# Accidental Death and Dismemberment Coverage

## FOR YOU

This Coverage pays benefits for accidental Loss.

Loss means the person's:

(1)   loss of life;

(2)   total and permanent loss of sight;

(3)   loss of hand or foot by severance at or above the wrist or ankle;

(4)   total and permanent loss of speech;

(5)   total and permanent loss of hearing in both ears;

(6)   loss of thumb and index finger of the same hand by severance at or above the metacarpophalangeal joint;

(7)   loss due to Quadriplegia, Paraplegia, or Hemiplegia; or

(8)   loss due to Coma.

Quadriplegia means the complete and irreversible paralysis of both upper and both lower limbs.

Paraplegia means the complete and irreversible paralysis of both lower limbs.

Hemiplegia means the complete and irreversible paralysis of the upper and lower limbs on one side of the body.

Coma means a profound state of unconsciousness from which the person cannot be aroused, even by powerful stimulation, as determined by the person's physician.

## A.  BENEFITS.

Benefits for accidental Loss are payable only if all of these conditions are met:

(1)   The person sustains an accidental bodily Injury while a Covered Person.

(2)   The Loss results directly from that Injury and from no other cause.

(3)   The person suffers the Loss within 365 days after the accident.  But, if the Loss is due to Coma, that Loss:

   (a)   begins within 365 days after the accident; and

(b)  continues for six consecutive months; and

(c)  is total, continuous and permanent at the end of that six month period.

Any benefit for a Loss due to Coma will not begin until the end of the six-month period in (c) above.

For the purposes of the Coverage:

(1)  Exposure to the elements will be considered an accidental Injury.

(2)  It will be presumed that the person has suffered a Loss of life if the person's body has not been found within one year of disappearance, stranding, sinking or wrecking of any vehicle in which the person was an occupant.

Not all such Losses are covered.  See Losses Not Covered below.

**Benefit Amount Payable:**  The amount payable depends on the type of Loss as shown below.  All benefits are subject to the Limitation Per Accident below.

Percent of the Person's
Amount of Insurance

Loss of or by Reason of:

| | |
|---|---|
| Life | 100 |
| Both Hands | 100 |
| Both Feet | 100 |
| Sight of Both Eyes | 100 |
| One Hand and One Foot | 100 |
| One Hand and Sight of One Eye | 100 |
| One Foot and Sight of One Eye | 100 |
| Speech and Hearing | 100 |
| Quadriplegia | 100 |
| | |
| Paraplegia | 75 |
| | |
| One Hand | 50 |
| One Foot | 50 |
| Sight of One Eye | 50 |
| Speech | 50 |
| Hearing | 50 |
| Hemiplegia | 50 |
| | |
| Thumb and Index Finger of the Same Hand | 25 |
| | |
| Coma | 1% per month, up to 11 months |

**Limitation Per Accident:**  No more than the Amount of Insurance on a person at the time of the accident will be paid for all Losses resulting from Injuries sustained in that accident.

83500
ADD R 5011

(4605-1)

## B.  LOSSES NOT COVERED.

A Loss is not covered if it results from any of these:

(1)  Suicide or attempted suicide, while sane or insane.

(2)  Intentionally self-inflicted Injuries, or any attempt to inflict such Injuries.

(3)  Sickness, whether the Loss results directly or indirectly from the Sickness.

(4)  Medical or surgical treatment of Sickness, whether the Loss results directly or indirectly from the treatment.

(5)  Any infection.  But, this does not include:

    (a)  a pyogenic infection resulting from an accidental cut or wound; or

    (b)  a bacterial infection resulting from accidental ingestion of a contaminated substance.

(6)  War, or any act of war.  "War" means declared or undeclared war and includes resistance to armed aggression.

(7)  An accident that occurs while the person is serving on full-time active duty for more than 30 days in any armed forces.  But this does not include Reserve or National Guard active duty for training.

(8)  Travel or flight in any vehicle used for aerial navigation.  This includes getting in, out, on or off any such vehicle.  This (8) applies only if:

    (a)  the person is riding as a passenger in any aircraft not intended or licensed for the transportation of passengers;

    (b)  the person is performing as a pilot or a crew member of any aircraft; or

    (c)  you are riding as a passenger in an aircraft owned, leased or operated by your Employer.

(9)  Commission of or attempt to commit a felony.

(10) Being legally intoxicated or under the influence of any narcotic unless administered or consumed on the advice of a Doctor.

(11) Participation in these hazardous sports:  scuba diving; bungee jumping; skydiving; parachuting; hang gliding; or ballooning.

## C.  ADDITIONAL BENEFITS

An additional benefit may be payable for a Loss for which a benefit is payable under the other terms of this Coverage or would be payable except for the Limitation Per Accident of those terms.  Any such benefit is payable in addition to any other benefit payable under this Coverage.  Any additional conditions that apply to an additional benefit are shown below.  An additional benefit is payable only if those conditions are met.

(1)  **Additional Benefit for Loss of Life as a Result of an Accident in a Four Wheel Vehicle While Using a Seat Belt:**

83500
ADD R 5011
(4605-1)

This additional benefit for the person's Loss of life is payable only if this test is met.

The person sustains an accidental bodily Injury resulting in the Loss while:

(a)  the person is a driver or passenger in a Four Wheel Vehicle; and

(b)  the person is wearing a Seat Belt in the manner prescribed by the vehicle's manufacturer; and

(c)  the actual use of a Seat Belt at the time of the Injury is verified in an official report of the accident, or is certified in writing by the investigating official(s).

Four Wheel Vehicle means a vehicle that is:

(a)  duly licensed for passenger use;

(b)  designated primarily for use on public streets and highways; and

(c)  in the list below:

    (i)  a private passenger automobile;

    (ii)  a station wagon;

    (iii)  a van, jeep or truck-type vehicle which has a manufacturer's rated load capacity of 2,000 pounds or less; or

    (iv)  a self-propelled motor home.

Seat Belt means an unaltered lap restraint or lap and shoulder restraint.

**Losses Not Covered under this Additional Benefit:**  A Loss is not covered under this additional benefit if it results from driving or riding in any Four Wheel Vehicle used in a race or a speed or endurance test, or for acrobatic or stunt driving.

**Benefit Amount Payable for Loss of Life as a Result of an Accident in a Four Wheel Vehicle While Using a Seat Belt:**  The additional amount payable is shown in the Schedule of Benefits.

(2)  **Additional Benefit for Loss of Life as a Result of an Accident in a Four Wheel Vehicle Equipped with a Supplemental Restraint System:**

This additional benefit for the person's Loss of life is payable only if this test is met.

The person sustains an accidental bodily Injury resulting in the Loss while:

(a)  the person is a driver or passenger in a Four Wheel Vehicle equipped with a factory-installed Supplemental Restraint System; and

(b)  the person is in a seat designed to be protected by an air bag; and

(c)  the person is wearing a Seat Belt in the manner prescribed by the vehicle's manufacturer; and

(d)  the actual use of a Seat Belt at the time of the Injury is verified in an official report of the accident, or is certified in writing by the investigating official(s).

83500
ADD R 5011

(4605-1)

Four Wheel Vehicle means a vehicle that is:

(a)    duly licensed for passenger use;

(b)    designated primarily for use on public streets and highways; and

(c)    in the list below:

    (i)    a private passenger automobile;

    (ii)    a station wagon;

    (iii)    a van, jeep or truck-type vehicle which has a manufacturer's rated load capacity of 2,000 pounds or less; or

    (iv)    a self-propelled motor home.

Seat Belt means an unaltered lap restraint or lap and shoulder restraint.

Supplemental Restraint System means an air bag system intended to add protection to the head and chest areas.

**Losses Not Covered under this Additional Benefit:**  A Loss is not covered under this additional benefit if it results from driving or riding in any Four Wheel Vehicle used in a race or a speed or endurance test, or for acrobatic or stunt driving.

**Benefit Amount Payable for Loss of Life as a Result of an Accident in a Four Wheel Vehicle Equipped with a Supplemental Restraint System:**  The additional amount payable is shown in the Schedule of Benefits.

(3)    **Additional Benefit for Return of Remains:**

This additional benefit for return of remains only applies if the person suffers a Loss of life and such Loss occurs outside a 150-mile radius of the person's home.  It is payable for Covered Expenses incurred to return the person's body home to the United States or Canada.

Covered Expenses includes expenses for:  (a) embalming; (b) cremation; (c) a coffin; and (d) transportation of the remains.

**Benefit Amount Payable for Return of Remains:**  The additional amount payable is shown in the Schedule of Benefits.

(4)    **Additional Benefit for Your Loss as a Result of Felonious Assault:**

This additional benefit for Felonious Assault only applies if you suffer a Loss that is the result of a Felonious Assault.

Felonious Assault means a Physical Attack by another person resulting in bodily harm to you.  But, a Felonious Assault is not a moving violation as defined under the applicable state motor vehicle laws.

Physical Attack means any willful or unlawful use of force or violence upon you with the intent to cause bodily injury to you.  The Physical Attack must be considered a felony or misdemeanor in the jurisdiction in which it occurs.

**Benefit Amount Payable for Your Loss as a Result of Felonious Assault:** The additional amount payable is shown in the Schedule of Benefits.

(5) **Additional Benefit for Tuition Reimbursement for Your Spouse:**

This additional benefit for tuition reimbursement for your spouse only applies if you suffer a Loss of life.

An additional benefit for tuition reimbursement is payable for the person who:

(a) is your spouse on the date of your death; and

(b) enrolls in any professional or trades program within 30 months after the date of your death for the purposes of obtaining an independent source of support or enriching that spouse's ability to earn a living. Proof of enrollment must be given to Prudential.

**Benefit Amount Payable for Tuition Reimbursement for Your Spouse:** The additional benefit payable is shown in the Schedule of Benefits.

(6) **Additional Benefit for Tuition Reimbursement for Your Dependent Child:**

This additional benefit for tuition reimbursement for your dependent child only applies if you suffer a Loss of life.

An additional benefit for tuition reimbursement is payable for each dependent child less than age 23 who, on the date of death, is:

(a) your child who wholly depends on you for support and maintenance; and

(b) enrolled as a full-time student in a School; or

(c) in the 12th grade and becomes a full-time student in a School within 365 days after that date.

Proof of enrollment must be given to Prudential.

School means an institution of higher learning. This includes, but is not limited to, a university, college or trade school.

**Benefit Amount Payable for Tuition Reimbursement for Your Dependent Child:** The additional amount payable is shown in the Schedule of Benefits.

(7) **Additional Benefit for Day Care Expenses for Your Dependent Child:**

This additional benefit for day care expenses for your dependent child only applies if you suffer a Loss of life.

This additional benefit is payable for each dependent child less than age 7 who:

(a) is your child who is wholly dependent on you for support and maintenance on the date of death; and

(b) is enrolled at a Day Care Center on the date of death; or

(c) becomes enrolled at a Day Care Center within 90 days after the date of death.

83500
ADD R 5011

(4605-1)

Proof of enrollment must be given to Prudential.

A Day Care Center is a facility which:

(a)  is duly licensed, certified or accredited to provide child care by the jurisdiction in which it is located; and

(b)  is operating in compliance with applicable laws and regulation of that jurisdiction.

**Benefit Amount Payable for Day Care Expenses for Your Dependent Child:** The additional amount payable is shown in the Schedule of Benefits.

———————————

The Claim Rules and the "To Whom Payable" part of the Schedule of Benefits apply to the payment of the benefits.

———————————

# General Information

## BENEFICIARY RULES

The rules in this section apply to insurance payable on account of your death, when the Coverage states that they do. But these rules are modified by any burial expenses rule in the Schedule of Benefits and, if there is an assignment, by the following sections: Limits on Assignments; and Effect of Gift Assignment of Rights of Group Life Insurance Under Another Group Contract.

"Beneficiary" means a person chosen, on a form approved by Prudential, to receive the insurance benefits.

You have the right to choose a Beneficiary for each Coverage under this Prudential Group Contract.

If there is a Beneficiary for the insurance under a Coverage, it is payable to that Beneficiary. Any amount of insurance under a Coverage for which there is no Beneficiary at your death will be payable to the first of the following: Your (a) surviving spouse; (b) surviving child(ren) in equal shares; (c) surviving parents in equal shares; (d) surviving siblings in equal shares; (e) estate. This order will apply unless otherwise provided in the Limits on Assignments.

You may change the Beneficiary at any time without the consent of the present Beneficiary. The Beneficiary change form must be filed through the Employer. The change will take effect on the date the form is signed. But it will not apply to any amount paid by Prudential before it receives the form.

If there is more than one Beneficiary but the Beneficiary form does not specify their shares, they will share equally. If a Beneficiary dies before you, that Beneficiary's interest will end. It will be shared equally by any remaining Beneficiaries, unless the Beneficiary form states otherwise.

## MODE OF SETTLEMENT RULES

The rules in this section apply to Employee Life Insurance payable on account of your death. But these rules are subject to the Limits on Assignments section.

"Mode of Settlement" means payment other than in one sum.

Employee Life Insurance is normally paid to the Beneficiary in one sum. But a Mode of Settlement may be arranged with Prudential for all or part of the insurance, as stated below.

Arrangements for Mode of Settlement: You may arrange a Mode of Settlement by proper written request to Prudential. If, at your death, no Mode of Settlement has been arranged for an amount of your Employee Life Insurance, the Beneficiary and Prudential may then mutually agree on a Mode of Settlement for that amount.

Conditions for Mode of Settlement: The Beneficiary must be a natural person taking in the Beneficiary's own right. A Mode of Settlement will apply to secondary Beneficiaries only if Prudential agrees in writing. Each installment to a person must not be less than $20.00. A change of Beneficiary will void any Mode of Settlement arranged before the change.

Choice by Beneficiary: A Beneficiary being paid under a Mode of Settlement may, if Prudential agrees, choose (or change the Beneficiary's choice of) a payee or payees to receive, in one sum, any amount which would otherwise be payable to the Beneficiary's estate.

83500
BBN 5010

(S-1)

# Creative & Response Research Services, Inc.

Employee Term Life Coverage

    Basic and Optional Plans

Dependents Term Life Coverage

Accidental Death and Dismemberment Coverage

    Basic and Optional Plans



# Disclosure Notice

## FOR INDIANA RESIDENTS

Questions regarding your policy or coverage should be directed to:

The Prudential Insurance Company of America
(800) 524-0542

If you (a) need the assistance of the governmental agency that regulates insurance; or (b) have a complaint you have been unable to resolve with your insurer you may contact the Department of Insurance by mail, telephone or e-mail:

State of Indiana Department of Insurance
Consumer Services Division
311 West Washington Street, Suite 300
Indianapolis, Indiana  46204

Consumer Hotline: (800) 622-4461; (317) 232-2395

Complaints can be filed electronically at www.in.gov/idoi.

## FOR WISCONSIN RESIDENTS

## KEEP THIS NOTICE WITH YOUR INSURANCE PAPERS

Problems with Your Insurance? – If you are having problems with your insurance company or agent, do not hesitate to contact the insurance company or agent to resolve your problem.

### Prudential's Customer Service Office:

**The Prudential Insurance Company of America
Prudential Group Life Claim Division
P.O. Box 8517
Philadelphia, PA  19176
1-800-524-0542**

You can also contact the Office of the Commissioner of Insurance, a state agency which enforces Wisconsin's insurance laws, and file a complaint.  You can contact the Office of the Commissioner of Insurance by contacting:

Office of the Commissioner of Insurance
Complaints Department
P.O. Box 7873
Madison, WI 53707-7873
1-800-236-8517
608-266-0103

# Foreword

*We are pleased to present you with this Booklet.  It describes the Program of benefits we have arranged for you and what you have to do to be covered for these benefits.*

*We believe this Program provides worthwhile protection for you and your family.*

*Please read this Booklet carefully.  If you have any questions about the Program, we will be happy to answer them.*

*IMPORTANT NOTICE:  This Booklet is an important document and should be kept in a safe place.  This Booklet and the Certificate of Coverage made a part of this Booklet together form your Group Insurance Certificate.*

*IMPORTANT INFORMATION FOR RESIDENTS OF CERTAIN STATES:  There are state-specific requirements that may change the provisions under the Coverage(s) described in this Group Insurance Certificate.  If you live in a state that has such requirements, those requirements will apply to your Coverage(s) and are made a part of your Group Insurance Certificate.  Prudential has a website that describes these state-specific requirements.  You may access the website at www.prudential.com/etonline.  When you access the website, you will be asked to enter your state of residence and your Access Code.  **Your Access Code is 4605.***

*If you are unable to access this website, want to receive a printed copy of these requirements or have any questions, call Prudential at 1-866-439-9026.*

# Table of Contents

FOREWORD ...................................................................................................................... 1

SCHEDULE OF BENEFITS ................................................................................................. 3

WHO IS ELIGIBLE TO BECOME INSURED ..................................................................... 10

WHEN YOU BECOME INSURED ...................................................................................... 11

DELAY OF EFFECTIVE DATE .......................................................................................... 13

EMPLOYEE TERM LIFE COVERAGE .............................................................................. 15

OPTION TO ACCELERATE PAYMENT OF DEATH BENEFITS ...................................... 18

RIGHT TO ELECT TERM LIFE COVERAGE UNDER THE PORTABILITY PLAN ............ 20

OPTIONAL DEPENDENTS TERM LIFE COVERAGE ...................................................... 22

RIGHT TO ELECT DEPENDENTS TERM LIFE COVERAGE UNDER THE PORTABILITY PLAN .. 24

ACCIDENTAL DEATH AND DISMEMBERMENT COVERAGE ......................................... 27

RIGHT TO ELECT ACCIDENTAL DEATH AND DISMEMBERMENT COVERAGE UNDER THE PORTABILITY PLAN ................................................................................................... 34

GENERAL INFORMATION ................................................................................................ 36

WHEN YOUR INSURANCE ENDS .................................................................................... 41

CERTIFICATE OF COVERAGE ........................................................................................ 42

83500
BTC 1001

(4605-8)

# Schedule of Benefits

**Covered Classes:** The "Covered Classes" are these Employees of the Employer (and its Associated Companies): All Full-time Employees.

**Program Date:** June 1, 2008. This Booklet describes the benefits under the Group Program as of the Program Date.

- This Booklet and the Certificate of Coverage together form your Group Insurance Certificate. The Coverages in this Booklet are insured under a Group Contract issued by Prudential. All benefits are subject in every way to the entire Group Contract which includes the Group Insurance Certificate. It alone forms the agreement under which payment of insurance is made.

## BASIC EMPLOYEE TERM LIFE COVERAGE

BENEFIT AMOUNTS:

Amount For Each Benefit Class:

| Benefit Classes | Amount of Insurance |
|---|---|
| All Employees | 100% of your annual Earnings. If this amount is not a multiple of $1,000, it will be rounded to the next higher multiple of $1,000. |
| | Minimum Amount: $5,000. |
| | Maximum Amount: $200,000. |

The Definitions section explains what "Earnings" means.

**Amount Limit Due to Age:** When you are age 65 or more, your amount of insurance is limited. It is the Limited Percent (for that Age) of the amount for which you would then be insured if there were no limitation. Each Age and the Limited Percent for that Age are shown below.

| Age | Limited Percent |
|---|---|
| 65 | 65 |
| 70 and more | 50 |

The Limited Percent for an Age takes effect on the day you become insured if you are then that Age. Otherwise, each Limited Percent for an Age takes effect on the first November 1 that occurs while you are that Age.

The Delay of Effective Date section does not apply to this provision.

**Effect of Option to Accelerate Payment of Death Benefits:** Your amount of insurance (as determined in the absence of this provision) will be reduced by the amount of any Terminal Illness Proceeds paid under the Option to Accelerate Payment of Death Benefits.

## OPTIONAL EMPLOYEE TERM LIFE COVERAGE

You may enroll for one of the options below. The option for which you enroll will be recorded by your Employer and reported to Prudential.

BENEFIT AMOUNTS:

Amount For Each Benefit Class:

| Benefit Classes | Amount of Insurance |
|---|---|
| All Employees | Any multiple of $10,000. |
| | Minimum Amount: $10,000. |
| | Maximum Amount:  the lesser of (1) and (2): |
| | (1)  500% of your annual Earnings. |
| | (2)  $300,000. |

The Definitions section explains what "Earnings" means.

**Non-medical Limit on Amount of Insurance:**  There is a limit on the amount for which you may be insured without submitting evidence of insurability.  This is called the Non-medical Limit.

If the amount of insurance for your Class and age at any time is more than the Non-medical Limit, you must give evidence of insurability satisfactory to Prudential before the part over the Limit can become effective.

This requirement applies:  when you first become insured; when your Class changes; if you request an increase in your Amount of Insurance; or if the amount for your Class is changed by an amendment to the Group Contract.  Even if you are insured for an amount over the Limit, you will still have to meet this evidence requirement before any increase in your amount of insurance can become effective.  The amount of your insurance will be increased to the amount for your Class and age when Prudential decides the evidence is satisfactory and you meet the Active Work Requirement.

Non-medical Limit: $100,000.  If the Amount Limit for this Coverage applies at any time to your amount of insurance, that Limit will also apply to the Non-medical Limit as if it were an amount of insurance.

The Delay of Effective Date section does not apply to this provision.

Note:  The Non-medical Limit does not apply to any amount of insurance for which you were insured under another group contract providing employee term life coverage for Employees of the Employer on the day prior to the Program Date.

**Increases and Decreases:**  You may elect to have your amount of insurance under the Coverage changed.  You must do this on a form approved by Prudential and agree to make any required contributions.

If you request an increase, you must give evidence of insurability.  The amount of your insurance will be increased when Prudential decides the evidence is satisfactory and you meet the Active Work Requirement.

If you request a decrease, the amount of your insurance will be decreased on the date of your written request.

**Changing Plans at Annual Enrollment:** You may elect to have your amount of insurance under the Coverage changed during the Annual Enrollment Period. You must do this on a form approved by Prudential and agree to make any required contributions.

You must give evidence of insurability if you request an increase of more than four options or $40,000. Changes will become effective on the date designated by the Employer. But an increase, which is subject to evidence, will be effective on the date Prudential decides the evidence is satisfactory, if this date is later. The Delay of Effective Date section applies to all changes except decreases.

Any Non-medical Limit will apply to an increased amount of coverage.

The "Definitions" section explains what "Annual Enrollment Period" means.

**Amount Limit Due to Age:** When you are age 65 or more, your amount of insurance is limited. It is the Limited Percent (for that Age) of the amount for which you would then be insured if there were no limitation. Each Age and the Limited Percent for that Age are shown below.

| Age | Limited Percent |
|---|---|
| 65 | 65 |
| 70 and more | 50 |

The Limited Percent for an Age takes effect on the day you become insured if you are then that Age. Otherwise, each Limited Percent for an Age takes effect on the first November 1 that occurs while you are that Age.

The Delay of Effective Date section does not apply to this provision.

**Effect of Option to Accelerate Payment of Death Benefits:** Your amount of insurance (as determined in the absence of this provision) will be reduced by the amount of any Terminal Illness Proceeds paid under the Option to Accelerate Payment of Death Benefits.

# OPTIONAL DEPENDENTS TERM LIFE COVERAGE

The amount of insurance is the amount for your Benefit Class. You may enroll your Qualified Dependents for the plan shown below. If you may choose the amount of insurance or if there are options from which to select, the amount for which you enroll will be recorded by your Employer and reported to Prudential. Your Benefit Class is determined by the classification of your dependents and the amount for which you enroll as shown in this table.

| Qualified Dependents Classification | Amount of Insurance* |
|---|---|
| Your spouse | Any multiple of $5,000. |
| | Minimum Amount: $5,000. |
| | Maximum Amount: $150,000. |
| Your children | Any multiple of $2,000. |
| | Maximum Amount: $10,000. |

\*   The amount of insurance on a dependent will not exceed 50% of the amount for which you are insured under the Optional Employee Term Life Coverage.

**Non-medical Limit on Amount of Insurance for Your Spouse:** There is a limit on the amount for which your spouse may be insured without submitting evidence of insurability. This is called the Non-medical Limit.

If you elect an amount of Dependents Term Life Coverage for your spouse above the Non-medical Limit, you must give evidence of insurability for your spouse satisfactory to Prudential before the part over the Limit can become effective. The amount of your spouse's insurance will be increased when Prudential decides the evidence is satisfactory and your spouse is not home or hospital confined for medical care or treatment. This requirement applies: when your spouse first becomes insured, or if you elect to have your spouse's amount of Dependents Term Life Coverage increased.

Non-medical Limit: $20,000. If the Amount Limit for this Coverage applies at any time to your spouse's amount of insurance, that Limit will also apply to the Non-medical Limit as if it were an amount of insurance.

The Delay of Effective Date section does not apply to this provision.

**Amount Limit Due to Age:** When you are age 65 or more, your spouse's amount of insurance is limited. It is the Limited Percent (for that Age) of the amount for which your spouse would then be insured if there were no limitation. Each Age and the Limited Percent for that Age are shown below.

| Age | Limited Percent |
|---|---|
| 65 | 65 |
| 70 and more | 50 |

The Limited Percent for an Age takes effect on the day you become insured if you are then that Age. Otherwise, each Limited Percent for an Age takes effect on the first November 1 that occurs while you are that Age.

The Delay of Effective Date section does not apply to this provision.

## ACCIDENTAL DEATH AND DISMEMBERMENT COVERAGE

### BENEFIT AMOUNTS UNDER BASIC EMPLOYEE ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE:

**Amount For Each Benefit Class:** An amount equal to the amount for which you are insured under the Basic Employee Term Life Coverage. For this purpose only, that amount will be the amount as determined above, except that if your Basic Employee Term Life Coverage is reduced by any amount paid under the Option to Accelerate Payment of Death Benefits, that reduction will not apply to this Coverage.

### BENEFIT AMOUNTS UNDER OPTIONAL EMPLOYEE ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE:

**Amount For Each Benefit Class:** An amount equal to the amount for which you are insured under the Optional Employee Term Life Coverage. For this purpose only, that amount will be the amount as determined above, except that if your Optional Employee Term Life Coverage is reduced by any amount paid under the Option to Accelerate Payment of Death Benefits, that reduction will not apply to this Coverage.

### ADDITIONAL BENEFITS UNDER BASIC AND OPTIONAL EMPLOYEE ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE:

For the purposes of determining benefits under the Coverage, Amount of Insurance does not include any additional amount payable as shown below.

**Additional Amount Payable for Loss of Life as a Result of an Accident in a Four Wheel Vehicle While Using a Seat Belt:** An amount equal to the lesser of:

(1)  10% of your Amount of Insurance; and

(2)  $10,000.

**Additional Amount Payable for Loss of Life as a Result of an Accident in a Four Wheel Vehicle Equipped with a Supplemental Restraint System:** An amount equal to the lesser of:

(1)  10% of your Amount of Insurance; and

(2)  $10,000.

**Additional Amount Payable for Return of Remains:** An amount equal to the lesser of:

(1)  the amount of Covered Expenses; and

(2)  $2,500.

**Additional Amount Payable for Your Loss as a Result of Felonious Assault:** An amount equal to 5% of the amount payable under the Coverage for the Loss that results from a Felonious Assault.

**Additional Amount Payable for Tuition Reimbursement for Your Spouse:** An amount equal to the least of:

(1)  the actual tuition charged for the program;

(2)  1% of your Amount of Insurance; and

(3)  $2,500.

**Additional Annual Amount Payable for Tuition Reimbursement for Your Dependent Child:** An amount equal to the least of:

(1)  the actual annual tuition, exclusive of room and board, charged by the School;

(2)  1% of your Amount of Insurance; and

(3)  $2,500.

This benefit is payable annually for up to four consecutive years, but not beyond the date the child reaches age 23.

If there is no dependent child eligible for this benefit, a benefit of $1,000 will be paid.

**Additional Annual Amount Payable for Day Care Expenses for Your Dependent Child:** An amount equal to the lesser of:

(1)  the actual cost charged by such Day Care Center per year;

(2)  1% of your Amount of Insurance, and

(3)  $2,000.

83500
BSB 1001

7

(4605-8)

This benefit is payable annually for up to four consecutive years, but not beyond the date the child reaches age seven.

If there is no dependent child eligible for this benefit, a benefit of $1,000 will be paid.

TO WHOM PAYABLE:

Accidental Death and Dismemberment benefits are payable to you with these exceptions:

(1)  Benefits for tuition reimbursement for your spouse payable on account of your Loss of life will be paid to:

    (a)  your spouse, if living; or

    (b)  your spouse's estate.

(2)  Benefits for day care expenses or tuition reimbursement for your dependent children payable on account of your Loss of life will be paid to the person or institution appearing to Prudential to have assumed the main support of the children.

(3)  Benefits for any other of your Losses that are unpaid at your death or become payable on account of your death will be paid to your Beneficiary or Beneficiaries.  (See Beneficiary Rules.)

## OTHER INFORMATION

Contract Holder:   PruValue Insurance Benefits Trust

Group Contract No.: PVIB-03

Employer:  CREATIVE & RESPONSE RESEARCH SERVICES, INC.

Associated Companies:  Associated Companies are employers who are the Employer's subsidiaries or affiliates and are reported to Prudential in writing for inclusion under the Group Contract, provided that Prudential has approved such request.  This Certificate applies to the Employer and its Associated Companies, if any.

Employer's Control Number:  4605

Cost of Insurance:  Insurance under the Coverage(s) listed below is Non-Contributory Insurance.

    Basic Employee Term Life Coverage

    Basic Accidental Death and Dismemberment Coverage

Insurance under the other Coverage(s) in this Booklet is Contributory Insurance.  You will be informed of the amount of your contribution when you enroll.  Any contribution due but unpaid at your death will be deducted from the death benefit.

Prudential's Address:

The Prudential Insurance Company of America
80 Livingston Avenue
Roseland, New Jersey 07068

83500
BSB 1001

(4605-8)

## WHEN YOU HAVE A CLAIM

Each time a claim is made, it should be made without delay.  Use a claim form, and follow the instructions on the form.

If you do not have a claim form, contact your Employer.

---

# Who is Eligible to Become Insured

## FOR EMPLOYEE INSURANCE

You are eligible for Employee Insurance while:

- You are a full-time Employee of the Employer; and

- You are in a Covered Class; and

- You have completed the Employment Waiting Period, if any.  You may need to work for the Employer for a continuous full-time period before you become eligible for the Coverage.  The period must be agreed upon by the Employer and Prudential.  Your Employer will inform you of any such Employment Waiting Period for your class.

**You are full-time** if you are regularly working for the Employer at least the number of hours in the Employer's normal full-time work week for your class, but not less than 30 hours per week.  If you are a partner or proprietor of the Employer, that work must be in the conduct of the Employer's business.

**Your class** is determined by the Employer.  This will be done under its rules, on dates it sets.  The Employer must not discriminate among persons in like situations.  You cannot belong to more than one class for insurance on each basis, Contributory or Non-contributory Insurance, under a Coverage.  "Class" means Covered Class, Benefit Class or anything related to work, such as position or Earnings, which affects the insurance available.

**This applies if you are an Employee of more than one employer included under the Group Contract:**  For the insurance, you will be considered an Employee of only one of those employers.  Your service with the others will be treated as service with that one.

The rules for obtaining Employee Insurance are in the When You Become Insured section.

## FOR DEPENDENTS INSURANCE

You are eligible for Dependents Insurance while:

- You are eligible for Employee Insurance; and

- You have a Qualified Dependent.

**Qualified Dependents:**

**These are the persons for whom you may obtain Dependents Insurance:**

- Your spouse.

- Your unmarried children 14 days to 19 years old.

Your children include your legally adopted children, children placed with you for adoption prior to legal adoption, and each of your stepchildren and foster children who depends on you for support and maintenance.  A child placed with you for adoption prior to legal adoption is considered your Qualified

Dependent from the date of placement for adoption, and is treated as though the child were a newborn child born to you.

Exceptions:

(1)   The age 19 limit does not apply to a child who:

    (a)   wholly depends on you for support and maintenance;

    (b)   is enrolled as a full-time student in a school; and

    (c)   is less than the Student Age Limit.

    Student Age Limit:  25.

(2)   Your spouse or child is not your Qualified Dependent while:

    (a)   on active duty in the armed forces of any country; or

    (b)   insured under any Employee Term Life Coverage of the Group Contract; or

    (c)   the spouse or child has protection under any Employee Term Life Coverage of the Group Contract after the spouse's or child's insurance under that Coverage ends.

**A child will not be considered the Qualified Dependent of more than one Employee.**  If this would otherwise be the case, the child will be considered the Qualified Dependent of the Employee named in a written agreement of all such Employees filed with the Employer.  If there is no written agreement, the child will be considered the Qualified Dependent of:

(1)   the Employee who became insured under the Group Contract with respect to the child, while the child was a Qualified Dependent of only that Employee; and otherwise

(2)   the Employee who has the longest continuous service with the Employer, based on the Employer's records.

The rules for obtaining Dependents Insurance are in the When You Become Insured section.

# When You Become Insured

## FOR EMPLOYEE INSURANCE

Your Employee Insurance under a Coverage will begin the first day on which:

- You have enrolled, if the Coverage is Contributory; and

- You are eligible for Employee Insurance; and

- You are in a Covered Class for that insurance; and

- You have met any evidence requirement for Employee Insurance; and

- Your insurance is not being delayed under the Delay of Effective Date section below; and

- That Coverage is part of the Group Contract.

For Contributory Insurance, you must enroll on a form approved by Prudential and agree to pay the required contributions.  Your Employer will tell you whether contributions are required and the amount of any contribution when you enroll.

At any time, the benefits for which you are insured are those for your class, unless otherwise stated.

**When evidence is required:**  In any of these situations, you must give evidence of insurability.  This requirement will be met when Prudential decides the evidence is satisfactory.

(1)   For Contributory Insurance, you enroll more than 31 days after you could first be covered.

(2)   You enroll after any of your insurance under the Group Contract ends because you did not pay a required contribution.

(3)   You wish to become insured for life insurance and have an individual life insurance contract which you obtained by converting your insurance under a Coverage of the Group Contract.

(4)   You have not met a previous evidence requirement to become insured under any Prudential group contract covering Employees of the Employer.

## FOR DEPENDENTS INSURANCE

Your Dependents Insurance under a Coverage for a person will begin the first day on which all of these conditions are met:

- You have enrolled for Dependents Insurance under the Coverage, if the Coverage is Contributory.

- The person is your Qualified Dependent.

- You are in a Covered Class for that insurance.

- To be insured for a Qualified Dependent under the Dependents Term Life Coverage, you must be insured under the Optional Employee Term Life Coverage of the Group Contract.

- You have met any evidence requirement for that Qualified Dependent.

- Your insurance for that Qualified Dependent is not being delayed under the Delay of Effective Date section below.

- Dependents Insurance under that Coverage is part of the Group Contract.

For Contributory Insurance, you must enroll on a form approved by Prudential and agree to pay the required contributions.  Your Employer will tell you whether contributions are required and the amount of any contribution when you enroll.

At any time, the Dependents Insurance benefits for which you are insured are those for your class, unless otherwise stated.

**When evidence is required:** In any of these situations, you must give evidence of insurability for a Qualified Dependent spouse. This requirement will be met when Prudential decides the evidence is satisfactory. Evidence is not required for a Qualified Dependent child.

(1)   For Contributory Insurance, you enroll for Dependents Insurance under a Coverage more than 31 days after you are first eligible for Dependents Insurance.

(2)   You enroll for Dependents Insurance after any insurance under the Group Contract ends because you did not pay a required contribution.

(3)   The Qualified Dependent is a person for whom a previous requirement for evidence of insurability has not been met. The evidence was required for that person to become covered for an insurance, as a dependent or an Employee. That insurance is or was under any Prudential group contract for Employees of the Employer.

**Change in Family Status:** It is important that you inform the Employer promptly when you first acquire a Qualified Dependent. You should also inform the Employer if your Dependents Insurance status changes from one to another of these categories:

• No Qualified Dependents.

• Qualified Dependent spouse only.

• Qualified Dependent spouse and children.

• Qualified Dependent children only.

If you are insured under a Coverage for one or more children, you need not report additional children.

Forms are available for reporting these changes.

# Delay of Effective Date

## FOR EMPLOYEE INSURANCE

Your Employee Insurance under a Coverage will be delayed if you do not meet the Active Work Requirement on the day your insurance would otherwise begin. Instead, it will begin on the first day you meet the Active Work Requirement and the other requirements for the insurance. The same delay rule will apply to any change in your insurance that is subject to this section. If you do not meet the Active Work Requirement on the day that change would take effect, it will take effect on the first day you meet that requirement.

## FOR DEPENDENTS TERM LIFE COVERAGE

A Qualified Dependent may be confined for medical care or treatment, at home or elsewhere. If a Qualified Dependent is so confined on the day that your Dependents Insurance under a Coverage for that Qualified Dependent, or any change in that insurance that is subject to this section, would take effect, it will not then take effect. The insurance or change will take effect upon the Qualified

Dependent's final medical release from all such confinement. The other requirements for the insurance or change must also be met.

Newborn Child Exception: This section does not apply to a child of yours if the child is born to you, becomes your Qualified Dependent when the child is 14 days old, and either:

(1)   is your first Qualified Dependent; or

(2)   becomes a Qualified Dependent while you are insured for Dependents Insurance under that Coverage for any other Qualified Dependent.

Also, this section does not apply to any age increase in the amount of insurance for a child under the Dependents Term Life Coverage.

---

# Employee Term Life Coverage

FOR YOU ONLY

## A. DEATH BENEFIT WHILE A COVERED PERSON.

If you die while a Covered Person, the amount of your Employee Term Life Insurance under this Coverage is payable when Prudential receives written proof of death.

## B. DEATH BENEFIT DURING CONVERSION PERIOD.

A death benefit is payable under this Section B if you die:

(1)   within 31 days after you cease to be a Covered Person; and

(2)   while entitled (under Section D) to convert your Employee Term Life Insurance under this Coverage to an individual contract.

The amount of the benefit is equal to the amount of Employee Term Life Insurance under this Coverage you were entitled to convert.  It is payable even if you did not apply for conversion.  It is payable when Prudential receives written proof of death.

## C. EXTENDED DEATH BENEFIT AND WAIVER OF PREMIUMS DURING TOTAL DISABILITY.

If you meet the conditions below, your death benefit protection will be extended while you are Totally Disabled, and from the date Prudential receives proof as described below, premiums for your Employee Term Life Insurance under this Coverage will be waived while your death benefit protection is extended.  The "Extended Death Benefit" is the benefit described in this Section C.

The conditions referred to above are:

(1)   You become Totally Disabled while you are a Covered Person.

(2)   You are less than age 60 when your Total Disability starts.

Total Disability:  You are "Totally Disabled" when:

(1)   You are not working at any job for wage or profit; and

(2)   Due to Sickness, Injury or both, you are not able to perform for wage or profit, the material and substantial duties of any job for which you are reasonably fitted by your education, training or experience.

The extension ends one year after your Total Disability started, unless, within that year, you give Prudential written proof that:

(1)   You have met the above conditions; and

(2)   You are still Totally Disabled; and

(3)   Your Total Disability has continued for at least 9 months.

Prudential will then further extend your death benefit protection for successive one year periods.  The first of these periods will start on the date Prudential receives this proof.  After that first period, you must give written proof when and as required by Prudential once each year that your Total Disability continues.

If you die while your death benefit protection is being extended, the Extended Death Benefit is payable when Prudential receives written proof that:

(1)   Your Total Disability continued until your death; and

(2)   All of the above conditions have been met.

If you die within one year after your Total Disability started and before you give Prudential proof of Total Disability, written notice of your death must be given to Prudential within one year after your death.

Your extension protection ends if and when:

(1)   Your Total Disability ends; or

(2)   You reach age 65; or

(3)   You fail to furnish any required proof that your Total Disability continues; or

(4)   You fail to submit to a medical exam by Doctors named by Prudential when and as often as Prudential requires.  After two full years of this protection, Prudential will not require an exam more than once a year.

If your extension protection ends after you have given the first proof of continued Total Disability, you have the same rights and benefits under Sections B and D as if you ceased to be a member of the Covered Classes for the insurance.  But this does not apply if you become a Covered Person within 31 days after this protection ends.

**Amount of Extended Death Benefit:**  This amount is determined as if you had remained a Covered Person until death.  But it is reduced by any amount payable under Sections A or B above or any Prudential group life insurance that replaces this Coverage for a class of Employees.

**Effect of Conversion:**  An individual contract issued under Section D will be in place of all rights under this Section C.  But if you have met all the requirements of this Section C, you can obtain these rights in exchange for all benefits of the individual contract.  Premiums paid under the individual contract will be refunded.  Your choice of Beneficiary in the individual contract, if different than for this Coverage, will be considered notice of change of Beneficiary for any claim under this Section C.

## D.  CONVERSION PRIVILEGE.

If you cease to be insured for the Employee Term Life Insurance of the Group Contract for one of the reasons stated below, you may convert all or part of your insurance under this Coverage, which then ends, to an individual life insurance contract.  Evidence of insurability is not required.  The reasons are:

(1)   Your employment ends or you transfer out of a Covered Class.

(2)  All term life insurance of the Group Contract for your class ends by amendment or otherwise. But, on the date it ends, you must have been insured for five years for that insurance (or for that insurance and any Prudential rider or group contract replaced by that insurance).

Any such conversion is subject to the rest of this Section D.

**Availability:**  You must apply for the individual contract and pay the first premium by the later of:

(1)  the thirty-first day after you cease to be insured for the Employee Term Life Insurance; and

(2)  the fifteenth day after you have been given written notice of the conversion privilege.  But, in no event may you convert the insurance to an individual contract if you do not apply for the contract and pay the first premium prior to the ninety-second day after you cease to be insured for the Employee Term Life Insurance.

**Individual Contract Rules:**  The individual contract must conform to the following:

**Amount:**  Not more than your Employee Term Life Insurance under this Coverage when your insurance ends.  But, if it ends because all term life insurance of the Group Contract for your class ends, the total amount of individual insurance which you may get in place of all your life insurance then ending under the Group Contract will not exceed the lesser of the following:

(1)  The total amount of all your life insurance then ending under the Group Contract reduced by the amount of group life insurance from any carrier for which you are or become eligible within the next 31 days.

(2)  $10,000.

**Form:**  Any form of a life insurance contract that:

(1)  conforms to Title VII of the Civil Rights Act of 1964, as amended, having no distinction based on sex; and

(2)  is one that Prudential usually issues at the age and amount applied for.

This does not include term insurance or a contract with disability or supplementary benefits.

**Premium:**  Based on Prudential's rate as it applies to the form and amount, and to your class of risk and age at the time.

**Effective Date:**  The end of the 31 day period after you cease to be insured for the Employee Term Life Insurance.

---

Any death benefit provided under a section of this Coverage is payable according to that section and the Beneficiary and Mode of Settlement Rules.

---

# Option to Accelerate Payment of Death Benefits

The following is added to the Employee Term Life Coverage provision:

Definitions

- Terminally Ill Employee:  An employee whose life expectancy is 12 months or less.

- Terminal Illness Proceeds:  The amount of Employee Term Life Insurance that you may elect to place under this option.  The Terminal Illness Proceeds are equal to 80% of the amount in force on your life on the date Prudential receives the proof that you are a Terminally Ill Employee, but not more than $500,000.  However, the Terminal Illness Proceeds may be reduced if, within 12 months after the date Prudential receives such proof, a reduction on account of age would have applied to the amount of your Employee Term Life Insurance.  In that case, the amount of the Terminal Illness Proceeds may not exceed the amount of such Insurance after applying the reduction.

Option:  If you become a Terminally Ill Employee while insured under the Employee Term Life Insurance provision or while your death benefit protection is being extended under the Employee Term Life Coverage provision, you may elect to have the Terminal Illness Proceeds placed under this option.  That election is subject to the conditions set forth below.

Payment of Terminal Illness Proceeds:  If you elect this option, Prudential will pay the Terminal Illness Proceeds you place under this option in one sum when it receives proof that you are a Terminally Ill Employee.

If you do not want the Terminal Illness Proceeds in one sum, you may elect to have them paid in 12 equal monthly installments.  The first monthly payment will be due when Prudential receives proof that you are a Terminally Ill Employee.  The other payments are due on the same day of each later month.

To Whom Payable:  The benefits under this provision are payable to you.

Amount Due But Unpaid at Your Death:  If you elect monthly installments and you die before all payments have been made, Prudential will pay your Beneficiary or Beneficiaries determined under the Beneficiary Rules in one sum.  That sum will be the total of the payments that remain.

Conditions:  Your right to be paid under this option is subject to these terms:

(1)  You must choose this option in writing in a form that satisfies Prudential.

(2)  You must furnish proof that satisfies Prudential that your life expectancy is 12 months or less, including certification by a Doctor.

(3)  Your Employee Term Life Insurance must not be assigned.

(4)  Terminal Illness Proceeds will be made available to you on a voluntary basis only.  Therefore:

  (a)  If you are required by law to use this option to meet the claims of creditors, whether in bankruptcy or otherwise, you are not eligible for this benefit.

83500
LIF T 1002

(S-5)(4605-8)

(b)  If you are required by a government agency to use this option in order to apply for, get or keep a government benefit or entitlement, you are not eligible for this benefit.

**Effect on Insurance:**  This benefit is in lieu of the benefits that would have been paid on your death with respect to the Terminal Illness Proceeds.  When you elect this option, the total amount of Employee Term Life Insurance otherwise payable on your death, including any amount under an extended death benefit, will be reduced by the Terminal Illness Proceeds.  Also, any amount you could otherwise have converted to an individual contract will be reduced by the Terminal Illness Proceeds.

---

# Right to Elect Term Life Coverage under the Portability Plan

This right applies to the Optional Employee Term Life Coverage under the Group Contract.

It describes when and how you may become covered for similar coverage under the Portability Plan when your Optional Employee Term Life Coverage under the Group Contract ends. The terms and conditions of the Portability Plan will not be the same as those under this Group Contract. The amount of insurance available under the Portability Plan may not be the same as the amount under this Group Contract.

## RIGHT TO APPLY FOR COVERAGE UNDER THE PORTABILITY PLAN

A right under this section is subject to the rest of these provisions.

You will have the right to apply for term life coverage under the Portability Plan if you meet all of these tests:

(1)  Your Optional Employee Term Life Coverage ends for any reason other than:

    (a)  your failure to pay, when due, any contribution required for it; or

    (b)  the end of your employment on account of your retirement; or

    (c)  the end of the Coverage for all Employees when such Coverage is replaced by group life insurance from any carrier for which you are or become eligible within the next 31 days.

(2)  You meet the Active Work Requirement on the day your insurance ends.

(3)  You are less than age 80.

(4)  Your Amount of Insurance is at least $20,000 under the Optional Employee Term Life Coverage on the day your insurance ends.

## PORTABILITY APPLICATION PERIOD

You have the right to apply for coverage under the Portability Plan during the Portability Application Period. Evidence of insurability is not required to become insured under the Portability Plan. But, if you submit evidence and Prudential decides the evidence is satisfactory, you will pay lower premium rates.

The Portability Application Period is the 31 day period after your Optional Employee Term Life Coverage ends. But, if you have the right to convert your insurance under the Optional Employee Term Life Coverage to an individual contract, it is the longer of:

(1)  the 31 day period after your Coverage ends; and

(2)  the number of days during which you have the right to convert your insurance under the Coverage to an individual life insurance contract as shown in the Coverage.

83500
PORT 1002                                          (S-9)(4605-8)

## EFFECT OF CONVERSION PRIVILEGE

The right to elect coverage under the Portability Plan is provided in lieu of the conversion privilege described in the Optional Employee Term Life Coverage, except as follows:

(1)　You may convert your amount of insurance under the Optional Employee Term Life Coverage in excess of the maximum for term life coverage under the Portability Plan. This maximum is the lesser of 5 times your annual Earnings and $1,000,000.

(2)　You may convert your insurance if you elected coverage under the Portability Plan, but Prudential decided that your evidence of insurability was not satisfactory.

If you elect to convert all of your insurance under the Optional Employee Term Life Coverage to an individual contract, you may not elect to apply for coverage under the Portability Plan.

If, during the Portability Application Period, you apply for coverage under the Portability Plan and then elect to convert all of your insurance under the Optional Employee Term Life Coverage to an individual contract, your coverage under the Portability Plan will not become effective.

The right to elect coverage under the Portability Plan does not affect your coverage under the Death Benefit During Conversion Period provision of the Optional Employee Term Life Coverage.

## TERMS AND CONDITIONS OF THE PORTABILITY PLAN

The form, amount, first premium, and effective date will be as stated below.

**Form and Amount:** The form of term life coverage that Prudential then makes available under the Portability Plan. The terms and conditions of that coverage will not be the same as the Optional Employee Term Life Coverage under the Group Contract.

Amount: Not more than your amount of insurance under the Optional Employee Term Life Coverage when your insurance ends, but not less than $20,000.

The maximum amount of term life insurance under the Portability Plan is the lesser of 5 times your annual Earnings and $1,000,000.

**First Premium:** The first premium is due to Prudential within 31 days of the date the first bill is issued.

**Effective Date:** The day after the Portability Application Period ends.

———————————————

# Optional Dependents Term Life Coverage

FOR YOUR DEPENDENTS ONLY

## A.  DEATH BENEFIT WHILE A COVERED PERSON.

If a dependent dies while a Covered Person, the amount of insurance on that dependent under this Coverage is payable when Prudential receives written proof of death.

## B.  DEATH BENEFIT DURING A CONVERSION PERIOD.

A death benefit is payable under this Section B if a dependent dies:

(1)   within 31 days after ceasing to be a Covered Person; and

(2)   while entitled (under Section C) to a conversion of the insurance under this Coverage to an individual contract.

The amount of the benefit is equal to the amount of Dependents Term Life Coverage which could have been converted.  It is payable even if conversion was not applied for.  It is payable when Prudential receives written proof of death.

## C.  CONVERSION PRIVILEGE.

This privilege applies if you cease to be insured for the Dependents Term Life Coverage of the Group Contract with respect to a dependent.  That dependent may have your insurance on the dependent under this Coverage, which then ends, converted to an individual life insurance contract.  Evidence of insurability is not required.  However, conversion is not available if the insurance ends for one of these reasons:

(1)   You fail to make any required contribution for insurance under the Group Contract.

(2)   All Dependents Term Life Coverage of the Group Contract for your class ends by amendment or otherwise.  This (2) does not apply if, on the date it ends, you have been insured with respect to the dependent for five years for that insurance (or for that insurance and any Prudential rider or group contract replaced by that insurance).

Any such conversion is subject to the rest of this Section C.

**Availability:**  The individual contract must be applied for and the first premium must be paid by the later of:

(1)   the thirty-first day after you cease to be insured for Dependents Term Life Coverage with respect to the dependent; and

(2)   the fifteenth day after you have been given written notice of the conversion privilege.  But, in no event may you convert the insurance to an individual contract if you do not apply for the contract and pay the first premium prior to the ninety-second day after you cease to be insured for Dependents Term Life Coverage with respect to the dependent.

83500
DPL R 5025                                                                                                           (4605-8)

**Individual Contract Rules:**  The individual contract must conform to the following:

**Amount:**  Not more than the amount of Dependents Term Life Coverage on the dependent ending under this Coverage.  But, if it ends because all the Dependents Term Life Coverage of the Group Contract for your class ends, the total amount of individual insurance which may be obtained in place of all the Dependents Term Life Coverage on the dependent then ending under the Group Contract will not exceed the lesser of the following:

(1)   The total amount of all your Dependents Term Life Coverage on the dependent then ending under the Group Contract reduced by the amount of group life insurance from any carrier for which you are or become eligible with respect to the dependent within the next 31 days.

(2)   $10,000.

**Form:**  Any form of a life insurance contract that:

(1)   conforms to Title VII of the Civil Rights Act of 1964, as amended, having no distinction based on sex; and

(2)   is one that Prudential usually issues at the age and amount applied for.

This does not include term insurance or a contract with disability or supplementary benefits.

**Premium:**  Based on Prudential's rate as it applies to the form and amount, and to the dependent's class of risk and age at the time.

**Effective Date:**  The end of the 31 day period after you cease to be insured for Dependents Term Life Coverage with respect to the dependent.

———————————————

Any death benefit provided under a section of this Coverage is payable to you.  If you are not living at the death of a dependent, the death benefit is payable to the dependent's estate or, at Prudential's option, to any one or more of these surviving relatives of the dependent:  wife; husband; mother; father; children; brothers; sisters.

———————————————

# Right to Elect Dependents Term Life Coverage under the Portability Plan

This right applies to the Optional Dependents Term Life Coverage under the Group Contract.

It describes when and how your Qualified Dependents may become covered for similar coverage under the Portability Plan when your Optional Dependents Term Life Coverage under the Group Contract ends. The terms and conditions of the Portability Plan will not be the same as those under this Group Contract. The amount of insurance available under the Portability Plan may not be the same as the amount under this Group Contract.

## RIGHT TO APPLY FOR COVERAGE UNDER THE PORTABILITY PLAN

A right under this section is subject to the rest of these provisions.

You will have the right to apply for dependents term life coverage under the Portability Plan for a Qualified Dependent if all of these tests are met:

(1) The Optional Dependents Term Life Coverage on the dependent ends because your Optional Employee Term Life Coverage ends for any reason other than:

    (a) your failure to pay, when due, any contribution required for it; or

    (b) the end of your employment on account of your retirement; or

    (c) the end of the Optional Employee Term Life Coverage for all Employees when such Coverage is replaced by group life insurance from any carrier for which you are or become eligible within the next 31 days.

(2) You apply and become covered for term life coverage under the Portability Plan.

(3) With respect to a dependent spouse, that spouse is less than age 80.

(4) With respect to a dependent child, that child is:

    (a) less than age 19; or

    (b) less than age 23, enrolled as a full-time student in a school, and wholly depends on you for support and maintenance.

(5) The dependent is covered for Optional Dependents Term Life Coverage on the day your Optional Employee Term Life Coverage ends.

(6) The dependent is not confined for medical care or treatment, at home or elsewhere on the day your Optional Employee Term Life Coverage ends.

If you die, your spouse will have the right to apply for term life coverage under the Portability Plan if that spouse meets all of the tests in (3), (5) and (6) above.

If you die, your spouse will also have the right to apply for dependents term life coverage under the Portability Plan for a Qualified Dependent child if:

(1)   that spouse applies and becomes covered under the Portability Plan; and

(2)   that child meets all of the tests in (4), (5) and (6) above.

If you divorce, your spouse will have the right to apply for term life coverage under the Portability Plan if:

(1)   the Optional Dependents Term Life Coverage on your spouse ends due to divorce; and

(2)   that spouse is less than age 80; and

(3)   that spouse is not confined for medical care or treatment, at home or elsewhere on the day the Optional Dependents Term Life Coverage on that spouse ends.

## PORTABILITY APPLICATION PERIOD

You have the right to apply for dependents term life coverage under the Portability Plan for your dependents during the Portability Application Period.  In the case of your death or divorce, your spouse has the right to apply for coverage under the Portability Plan during the Portability Application Period.  Evidence of insurability is not required for a dependent to become insured under the Portability Plan.  But, if evidence of insurability is submitted for your spouse and Prudential decides the evidence is satisfactory, you or, in the case of your death or divorce, your spouse will pay lower premium rates for your spouse's coverage.

The Portability Application Period is the longer of:

(1)   the 31 day period after your Optional Dependents Term Life Coverage ends; and

(2)   either:

    (a)   the number of days during which you have the right to convert your insurance under the Optional Employee Term Life Coverage to an individual life insurance contract as shown in that Coverage; or

    (b)   in the case of your death or divorce, the number of days during which your spouse has the right to convert the insurance under the Optional Dependents Term Life Coverage to an individual life insurance contract as shown in that Coverage.

## EFFECT OF CONVERSION PRIVILEGE

The right to elect coverage under the Portability Plan is provided in lieu of the conversion privilege described in the Optional Dependents Term Life Coverage, except as follows:

(1)   If a dependent's amount of insurance under the Optional Dependents Term Life Coverage exceeds the lesser of 5 times your annual Earnings and $1,000,000, the dependent may convert the excess amount.

(2)   A spouse may convert the Dependents Insurance under the Coverage if coverage was elected under the Portability Plan, but Prudential decided that the evidence of insurability for that spouse was not satisfactory.

If a dependent elects to convert all of the insurance under the Optional Dependents Term Life Coverage to an individual contract, you or, in the case of your death or divorce, your spouse may not elect to apply for coverage under the Portability Plan for that dependent.

If, during the Portability Application Period, you or, in the case of your death or divorce, your spouse applies for coverage under the Portability Plan for a dependent and that dependent then elects to convert all of the insurance under the Optional Dependents Term Life Coverage to an individual contract, that dependent's coverage under the Portability Plan will not become effective.

The right to elect coverage under the Portability Plan does not affect a dependent's coverage under the Death Benefit During a Conversion Period provision of the Optional Dependents Term Life Coverage.

## TERMS AND CONDITIONS OF THE PORTABILITY PLAN

The form, amount, first premium, and effective date will be as stated below.

**Form and Amount:**  The form of dependents term life coverage that Prudential then makes available under the Portability Plan.  The terms and conditions of that coverage will not be the same as those under the Group Contract.

**Amount:**  Not more than the amount of insurance on the dependent under the Optional Dependents Term Life Coverage when that insurance ends.

For each dependent, the maximum amount of dependents term life insurance under the Portability Plan is the lesser of 5 times your annual Earnings and $1,000,000.

**First Premium:**  The first premium is due to Prudential within 31 days of the date the first bill is issued.

**Effective Date:**  The day after the Portability Application Period ends.

---

83500
PORT 1006

(S-11)(4605-8)

# Accidental Death and Dismemberment Coverage

## FOR YOU

This Coverage pays benefits for accidental Loss.

Loss means the person's:

(1)  loss of life;

(2)  total and permanent loss of sight;

(3)  loss of hand or foot by severance at or above the wrist or ankle;

(4)  total and permanent loss of speech;

(5)  total and permanent loss of hearing in both ears;

(6)  loss of thumb and index finger of the same hand by severance at or above the metacarpophalangeal joint;

(7)  loss due to Quadriplegia, Paraplegia, or Hemiplegia; or

(8)  loss due to Coma.

Quadriplegia means the complete and irreversible paralysis of both upper and both lower limbs.

Paraplegia means the complete and irreversible paralysis of both lower limbs.

Hemiplegia means the complete and irreversible paralysis of the upper and lower limbs on one side of the body.

Coma means a profound state of unconsciousness from which the person cannot be aroused, even by powerful stimulation, as determined by the person's physician.

## A.  BENEFITS.

Benefits for accidental Loss are payable only if all of these conditions are met:

(1)  The person sustains an accidental bodily Injury while a Covered Person.

(2)  The Loss results directly from that Injury and from no other cause.

(3)  The person suffers the Loss within 365 days after the accident.  But, if the Loss is due to Coma, that Loss:

   (a)  begins within 365 days after the accident; and

(b)    continues for six consecutive months; and

(c)    is total, continuous and permanent at the end of that six month period.

Any benefit for a Loss due to Coma will not begin until the end of the six-month period in (c) above.

For the purposes of the Coverage:

(1)    Exposure to the elements will be considered an accidental Injury.

(2)    It will be presumed that the person has suffered a Loss of life if the person's body has not been found within one year of disappearance, stranding, sinking or wrecking of any vehicle in which the person was an occupant.

Not all such Losses are covered.  See Losses Not Covered below.

**Benefit Amount Payable:**  The amount payable depends on the type of Loss as shown below.  All benefits are subject to the Limitation Per Accident below.

Percent of the Person's
Amount of Insurance

Loss of or by Reason of:

| | |
|---|---|
| Life | 100 |
| Both Hands | 100 |
| Both Feet | 100 |
| Sight of Both Eyes | 100 |
| One Hand and One Foot | 100 |
| One Hand and Sight of One Eye | 100 |
| One Foot and Sight of One Eye | 100 |
| Speech and Hearing | 100 |
| Quadriplegia | 100 |
| Paraplegia | 75 |
| One Hand | 50 |
| One Foot | 50 |
| Sight of One Eye | 50 |
| Speech | 50 |
| Hearing | 50 |
| Hemiplegia | 50 |
| Thumb and Index Finger of the Same Hand | 25 |
| Coma | 1% per month, up to 11 months |

**Limitation Per Accident:**  No more than the Amount of Insurance on a person at the time of the accident will be paid for all Losses resulting from Injuries sustained in that accident.

83500
ADD R 5011

28

(4605-8)

## B.  LOSSES NOT COVERED.

A Loss is not covered if it results from any of these:

(1)  Suicide or attempted suicide, while sane or insane.

(2)  Intentionally self-inflicted Injuries, or any attempt to inflict such Injuries.

(3)  Sickness, whether the Loss results directly or indirectly from the Sickness.

(4)  Medical or surgical treatment of Sickness, whether the Loss results directly or indirectly from the treatment.

(5)  Any infection.  But, this does not include:

   (a)  a pyogenic infection resulting from an accidental cut or wound; or

   (b)  a bacterial infection resulting from accidental ingestion of a contaminated substance.

(6)  War, or any act of war.  "War" means declared or undeclared war and includes resistance to armed aggression.

(7)  An accident that occurs while the person is serving on full-time active duty for more than 30 days in any armed forces.  But this does not include Reserve or National Guard active duty for training.

(8)  Travel or flight in any vehicle used for aerial navigation.  This includes getting in, out, on or off any such vehicle.  This (8) applies only if:

   (a)  the person is riding as a passenger in any aircraft not intended or licensed for the transportation of passengers;

   (b)  the person is performing as a pilot or a crew member of any aircraft; or

   (c)  you are riding as a passenger in an aircraft owned, leased or operated by your Employer.

(9)  Commission of or attempt to commit a felony.

(10) Being legally intoxicated or under the influence of any narcotic unless administered or consumed on the advice of a Doctor.

(11) Participation in these hazardous sports:  scuba diving; bungee jumping; skydiving; parachuting; hang gliding; or ballooning.

## C.  ADDITIONAL BENEFITS

An additional benefit may be payable for a Loss for which a benefit is payable under the other terms of this Coverage or would be payable except for the Limitation Per Accident of those terms.  Any such benefit is payable in addition to any other benefit payable under this Coverage.  Any additional conditions that apply to an additional benefit are shown below.  An additional benefit is payable only if those conditions are met.

(1)  **Additional Benefit for Loss of Life as a Result of an Accident in a Four Wheel Vehicle While Using a Seat Belt:**

83500
ADD R 5011

(4605-8)

This additional benefit for the person's Loss of life is payable only if this test is met.

The person sustains an accidental bodily Injury resulting in the Loss while:

(a)   the person is a driver or passenger in a Four Wheel Vehicle; and

(b)   the person is wearing a Seat Belt in the manner prescribed by the vehicle's manufacturer; and

(c)   the actual use of a Seat Belt at the time of the Injury is verified in an official report of the accident, or is certified in writing by the investigating official(s).

Four Wheel Vehicle means a vehicle that is:

(a)   duly licensed for passenger use;

(b)   designated primarily for use on public streets and highways; and

(c)   in the list below:

(i)    a private passenger automobile;

(ii)   a station wagon;

(iii)  a van, jeep or truck-type vehicle which has a manufacturer's rated load capacity of 2,000 pounds or less; or

(iv)  a self-propelled motor home.

Seat Belt means an unaltered lap restraint or lap and shoulder restraint.

**Losses Not Covered under this Additional Benefit:**  A Loss is not covered under this additional benefit if it results from driving or riding in any Four Wheel Vehicle used in a race or a speed or endurance test, or for acrobatic or stunt driving.

**Benefit Amount Payable for Loss of Life as a Result of an Accident in a Four Wheel Vehicle While Using a Seat Belt:**  The additional amount payable is shown in the Schedule of Benefits.

(2)   **Additional Benefit for Loss of Life as a Result of an Accident in a Four Wheel Vehicle Equipped with a Supplemental Restraint System:**

This additional benefit for the person's Loss of life is payable only if this test is met.

The person sustains an accidental bodily Injury resulting in the Loss while:

(a)   the person is a driver or passenger in a Four Wheel Vehicle equipped with a factory-installed Supplemental Restraint System; and

(b)   the person is in a seat designed to be protected by an air bag; and

(c)   the person is wearing a Seat Belt in the manner prescribed by the vehicle's manufacturer; and

(d)   the actual use of a Seat Belt at the time of the Injury is verified in an official report of the accident, or is certified in writing by the investigating official(s).

Four Wheel Vehicle means a vehicle that is:

(a)   duly licensed for passenger use;

(b)   designated primarily for use on public streets and highways; and

(c)   in the list below:

    (i)    a private passenger automobile;

    (ii)   a station wagon;

    (iii)  a van, jeep or truck-type vehicle which has a manufacturer's rated load capacity of 2,000 pounds or less; or

    (iv)   a self-propelled motor home.

Seat Belt means an unaltered lap restraint or lap and shoulder restraint.

Supplemental Restraint System means an air bag system intended to add protection to the head and chest areas.

**Losses Not Covered under this Additional Benefit:**  A Loss is not covered under this additional benefit if it results from driving or riding in any Four Wheel Vehicle used in a race or a speed or endurance test, or for acrobatic or stunt driving.

**Benefit Amount Payable for Loss of Life as a Result of an Accident in a Four Wheel Vehicle Equipped with a Supplemental Restraint System:**  The additional amount payable is shown in the Schedule of Benefits.

(3)   **Additional Benefit for Return of Remains:**

This additional benefit for return of remains only applies if the person suffers a Loss of life and such Loss occurs outside a 150-mile radius of the person's home.  It is payable for Covered Expenses incurred to return the person's body home to the United States or Canada.

Covered Expenses includes expenses for:  (a) embalming; (b) cremation; (c) a coffin; and (d) transportation of the remains.

**Benefit Amount Payable for Return of Remains:**  The additional amount payable is shown in the Schedule of Benefits.

(4)   **Additional Benefit for Your Loss as a Result of Felonious Assault:**

This additional benefit for Felonious Assault only applies if you suffer a Loss that is the result of a Felonious Assault.

Felonious Assault means a Physical Attack by another person resulting in bodily harm to you. But, a Felonious Assault is not a moving violation as defined under the applicable state motor vehicle laws.

Physical Attack means any willful or unlawful use of force or violence upon you with the intent to cause bodily Injury to you.  The Physical Attack must be considered a felony or misdemeanor in the jurisdiction in which it occurs.

**Benefit Amount Payable for Your Loss as a Result of Felonious Assault:** The additional amount payable is shown in the Schedule of Benefits.

(5)  Additional Benefit for Tuition Reimbursement for Your Spouse:

This additional benefit for tuition reimbursement for your spouse only applies if you suffer a Loss of life.

An additional benefit for tuition reimbursement is payable for the person who:

(a)  is your spouse on the date of your death; and

(b)  enrolls in any professional or trades program within 30 months after the date of your death for the purposes of obtaining an independent source of support or enriching that spouse's ability to earn a living.  Proof of enrollment must be given to Prudential.

**Benefit Amount Payable for Tuition Reimbursement for Your Spouse:** The additional benefit payable is shown in the Schedule of Benefits.

(6)  Additional Benefit for Tuition Reimbursement for Your Dependent Child:

This additional benefit for tuition reimbursement for your dependent child only applies if you suffer a Loss of life.

An additional benefit for tuition reimbursement is payable for each dependent child less than age 23 who, on the date of death, is:

(a)  your child who wholly depends on you for support and maintenance; and

(b)  enrolled as a full-time student in a School; or

(c)  in the 12th grade and becomes a full-time student in a School within 365 days after that date.

Proof of enrollment must be given to Prudential.

School means an institution of higher learning.  This includes, but is not limited to, a university, college or trade school.

**Benefit Amount Payable for Tuition Reimbursement for Your Dependent Child:** The additional amount payable is shown in the Schedule of Benefits.

(7)  Additional Benefit for Day Care Expenses for Your Dependent Child:

This additional benefit for day care expenses for your dependent child only applies if you suffer a Loss of life.

This additional benefit is payable for each dependent child less than age 7 who:

(a)  is your child who is wholly dependent on you for support and maintenance on the date of death; and

(b)  is enrolled at a Day Care Center on the date of death; or

(c)  becomes enrolled at a Day Care Center within 90 days after the date of death.

83500
ADD R 5011

(4605-8)

Proof of enrollment must be given to Prudential.

A Day Care Center is a facility which:

(a)  is duly licensed, certified or accredited to provide child care by the jurisdiction in which it is located; and

(b)  is operating in compliance with applicable laws and regulation of that jurisdiction.

**Benefit Amount Payable for Day Care Expenses for Your Dependent Child:** The additional amount payable is shown in the Schedule of Benefits.

---

The Claim Rules and the "To Whom Payable" part of the Schedule of Benefits apply to the payment of the benefits.

---

83500
ADD R 5011

(4605-8)

# Right to Elect Accidental Death and Dismemberment Coverage under the Portability Plan

This right applies to the Optional Accidental Death and Dismemberment Coverage for Employees under the Group Contract.

It describes when and how you may become covered for similar coverage under the Portability Plan when your Optional Accidental Death and Dismemberment Coverage under the Group Contract ends. The terms and conditions of the Portability Plan will not be the same as those under this Group Contract. The amount of insurance available under the Portability Plan may not be the same as the amount under this Group Contract.

## RIGHT TO APPLY FOR COVERAGE UNDER THE PORTABILITY PLAN

A right under this section is subject to the rest of these provisions.

You will have the right to apply for accidental death and dismemberment coverage under the Portability Plan if you meet all of these tests:

(1)  Your Optional Accidental Death and Dismemberment Coverage ends for any reason other than:

    (a)  your failure to pay, when due, any contribution required for it; or

    (b)  the end of your employment on account of your retirement; or

    (c)  the end of the Coverage for all Employees when such Coverage is replaced by group accidental death and dismemberment insurance from any carrier for which you are or become eligible within the next 31 days.

(2)  You meet the Active Work Requirement on the day your insurance ends.

(3)  You are less than age 80.

(4)  Your Amount of Insurance is at least $20,000 under the Optional Accidental Death and Dismemberment Coverage on the day your insurance ends.

(5)  You apply for term life coverage under the Portability Plan.

## PORTABILITY APPLICATION PERIOD

You have the right to apply for coverage under the Portability Plan during the Portability Application Period. Evidence of insurability is not required to become insured under the Portability Plan.

The Portability Application Period is the longer of:

(1)  the 31 day period after your Optional Accidental Death and Dismemberment Coverage ends; and

83500
PORT 1003

(S-23)(4605-8)

(2)  the number of days during which you have the right to apply for the term life coverage under the Portability Plan.

## TERMS AND CONDITIONS OF THE PORTABILITY PLAN

The form, amount, first premium, and effective date will be as stated below.

**Form and Amount:**  The form of accidental death and dismemberment coverage that Prudential then makes available under the Portability Plan.  The terms and conditions of that coverage will not be the same as the Optional Accidental Death and Dismemberment Coverage under the Group Contract.

**Amount:**  Not more than your amount of insurance under the Optional Accidental Death and Dismemberment Coverage when your insurance ends, but not less than $20,000.

The maximum amount of accidental death and dismemberment insurance under the Portability Plan is the lesser of 5 times your annual Earnings and $1,000,000.

In no event can your amount of accidental death and dismemberment insurance under the Portability Plan exceed your amount of term life insurance under the Portability Plan.

**First Premium:**  The first premium is due to Prudential within 31 days of the date the first bill is issued.

**Effective Date:** The day after the Portability Application Period ends.

---

# General Information

## BENEFICIARY RULES

The rules in this section apply to insurance payable on account of your death, when the Coverage states that they do. But these rules are modified by any burial expenses rule in the Schedule of Benefits and, if there is an assignment, by the following sections: Limits on Assignments; and Effect of Gift Assignment of Rights of Group Life Insurance Under Another Group Contract.

"Beneficiary" means a person chosen, on a form approved by Prudential, to receive the insurance benefits.

You have the right to choose a Beneficiary for each Coverage under this Prudential Group Contract.

If there is a Beneficiary for the insurance under a Coverage, it is payable to that Beneficiary. Any amount of insurance under a Coverage for which there is no Beneficiary at your death will be payable to the first of the following: Your (a) surviving spouse; (b) surviving child(ren) in equal shares; (c) surviving parents in equal shares; (d) surviving siblings in equal shares; (e) estate. This order will apply unless otherwise provided in the Limits on Assignments.

You may change the Beneficiary at any time without the consent of the present Beneficiary. The Beneficiary change form must be filed through the Employer. The change will take effect on the date the form is signed. But it will not apply to any amount paid by Prudential before it receives the form.

If there is more than one Beneficiary but the Beneficiary form does not specify their shares, they will share equally. If a Beneficiary dies before you, that Beneficiary's interest will end. It will be shared equally by any remaining Beneficiaries, unless the Beneficiary form states otherwise.

## MODE OF SETTLEMENT RULES

The rules in this section apply to Employee Life Insurance payable on account of your death. But these rules are subject to the Limits on Assignments section.

"Mode of Settlement" means payment other than in one sum.

Employee Life Insurance is normally paid to the Beneficiary in one sum. But a Mode of Settlement may be arranged with Prudential for all or part of the insurance, as stated below.

Arrangements for Mode of Settlement: You may arrange a Mode of Settlement by proper written request to Prudential. If, at your death, no Mode of Settlement has been arranged for an amount of your Employee Life Insurance, the Beneficiary and Prudential may then mutually agree on a Mode of Settlement for that amount.

Conditions for Mode of Settlement: The Beneficiary must be a natural person taking in the Beneficiary's own right. A Mode of Settlement will apply to secondary Beneficiaries only if Prudential agrees in writing. Each installment to a person must not be less than $20.00. A change of Beneficiary will void any Mode of Settlement arranged before the change.

Choice by Beneficiary: A Beneficiary being paid under a Mode of Settlement may, if Prudential agrees, choose (or change the Beneficiary's choice of) a payee or payees to receive, in one sum, any amount which would otherwise be payable to the Beneficiary's estate.

Prudential has prepared information about the modes of settlement available.  Ask the Employer for this.

## INCONTESTABILITY OF LIFE INSURANCE

This limits Prudential's use of your statements in contesting an amount of Life Insurance for which you are insured.  These are statements made to persuade Prudential to accept you for insurance.  They will be considered to be made to the best of your knowledge and belief.  These rules apply to each statement:

(1)   It will not be used in the contest unless:

    (a)   It is in a written instrument signed by you; and

    (b)   A copy of that instrument is or has been furnished to you or, in the event of your death or incapacity, to your Beneficiary or personal representative.

(2)   If it relates to your insurability, it will not be used to contest the validity of insurance which has been in force, before the contest, for at least two years during your lifetime.

---

## LIMITS ON ASSIGNMENTS

You may assign your insurance under a Coverage. Unless the Schedule of Benefits states otherwise, the following rules apply to assignments: (1) Insurance under any Coverage providing either death benefits or periodic benefits on account of disability may be assigned only as a gift assignment; (2) Insurance under any other Coverage may be assigned without restriction. Any rights, benefits or privileges that you have as an Employee may be assigned. This includes any right you have to choose a Beneficiary or to convert to another contract of insurance. Prudential will not decide if an assignment does what it is intended to do. Prudential will not be held to know that one has been made unless it or a copy is filed with Prudential through the Employer.

This paragraph applies only to insurance for which you have the right to choose a Beneficiary, when that right has been assigned. If an assigned amount of insurance becomes payable on account of your death and, at your death, there is no Beneficiary chosen by the assignee, it will be payable to:

(1)   the assignee, if living; or

(2)   the estate of the assignee, if the assignee is not living.

It will not be payable as stated in the Beneficiary Rules.

## EFFECT OF GIFT ASSIGNMENT OF RIGHTS OF GROUP LIFE INSURANCE UNDER ANOTHER GROUP CONTRACT

This Section applies to all Coverages providing Employee death benefits.

If you are eligible for insurance under the Group Contract on the Group Contract's effective date you will have no rights, benefits or privileges under any such Coverage if, on the day before that date, all the following were true:

(1)   You were insured for group life insurance under another group contract. That contract was issued by Prudential or another insurance carrier to cover Employees of the Employer.

(2)   Your group life insurance under the other group contract ended.

(3)   An irrevocable and absolute gift assignment made by you was in effect. It was made before the other contract ended. That assignment was of all your rights, benefits and privileges of the group life insurance under the other group contract. Those rights were owned by the assignee or the assignee's successor.

The owner of those rights of the group life insurance under the other group contract on the day before this Group Contract's effective date will be the owner of the rights, benefits, and privileges you would have had under a Coverage if this section did not apply. This includes, but is not limited to, any right of assignment you would have had under the Limits on Assignments section above. The term "assignee" as used in that section includes such an owner.

The term "group life insurance", as used above, means only group life insurance provided under a group contract in effect on the day before the date the Employer became included under the Group Contract.

83500
BAS 1007

(4605-8)

## DEFINITIONS

**Active Work Requirement:** A requirement that you be actively at work on full time at the Employer's place of business, or at any other place that the Employer's business requires you to go. You are considered actively at work during normal vacation if you were actively at work on your last regular scheduled workday.

**Annual Enrollment Period:** There is a period each year when you may enroll for coverage or request a change for the following calendar year. Your Employer will notify you of when this Annual Enrollment Period begins and ends.

**Calendar Year:** A year starting January 1.

**Contributory Insurance, Non-contributory Insurance:** Contributory Insurance is insurance for which you must contribute toward the cost of the premium. Non-contributory Insurance is insurance for which the Employer pays the entire premium. Your Employer will tell you whether contributions are required and the amount of any contribution when you enroll.

**Coverage:** A part of the Certificate consisting of:

(1)   A benefit page labeled as a Coverage in its title.

(2)   Any page or pages that continue the same kind of benefits.

(3)   A Schedule of Benefits entry and other benefit pages or forms that by their terms apply to that kind of benefits.

**Covered Person** under a Coverage: An Employee who is insured for Employee Insurance under that Coverage; a Qualified Dependent for whom an Employee is insured for Dependents Insurance, if any, under that Coverage.

**Dependents Insurance:** Insurance on the person of a dependent.

**Doctor:** A licensed practitioner of the healing arts acting within the scope of the license.

**Earnings:** This is the gross amount of money paid to you by the Employer in cash for performing the duties required of your job. Bonuses, overtime pay, Earnings for more than 40 hours per week, and all other benefits are not included.

**Employee:** A person employed by the Employer; a proprietor or partner of the Employer. The term also applies to that person for any rights after insurance ends.

**Employee Insurance:** Insurance on the person of an Employee.

**The Employer:** Collectively, all employers included under the Group Contract.

**Injury:** Injury to the body of a Covered Person.

**Prudential:** The Prudential Insurance Company of America.

**Sickness:** Any disorder of the body or mind of a Covered Person, but not an Injury; pregnancy of a Covered Person, including abortion, miscarriage or childbirth.

**You:** An Employee.

## CLAIM RULES

These rules apply to payment of benefits under all accident Coverages.

**Proof of Loss:**  Prudential must be given written proof of the loss for which claim is made under the Coverage.  This proof must cover the occurrence, character and extent of that loss.  It must be furnished within 90 days after the date of the loss.  But, if any Coverage provides for periodic payment of benefits at monthly or shorter intervals, the proof of loss for each such period must be furnished within 90 days after its end.

A claim will not be considered valid unless the proof is furnished within these time limits.  However, it may not be reasonably possible to do so.  In that case, the claim will still be considered valid if the proof is furnished as soon as reasonably possible.

**When Benefits are Paid:**  Benefits are paid when Prudential receives written proof of the loss.  But, if a Coverage provides that benefits are payable at equal intervals of a month or less, Prudential will not have to pay those benefits more often.

**Physical Exam and Autopsy:**  Prudential, at its own expense, has the right to examine the person whose loss is the basis of claim.  Prudential may do this when and as often as is reasonable while the claim is pending.  Prudential also has the right to arrange for an autopsy in case of accidental death, if it is not forbidden by law.

**Legal Action:**  No action at law or in equity shall be brought to recover on the Group Contract until 60 days after the written proof described above is furnished.  No such action shall be brought more than three years after the end of the time within which proof of loss is required.

## INCONTESTABILITY OF INSURANCE TO WHICH THE CLAIM RULES APPLY

This limits Prudential's use of your statements in contesting an amount of that insurance for which you are insured.  These are statements made to persuade Prudential to effect an amount of that insurance.  They will be considered to be made to the best of your knowledge and belief.  These rules apply to each statement:

(1)  It will not be used in a contest to avoid or reduce that amount of insurance unless:

    (a)  It is in a written instrument signed by you; and

    (b)  A copy of that instrument is or has been furnished to you.

(2)  It will not be used in the contest after that amount of insurance has been in force, before the contest, for at least two years during your lifetime.

---

# When Your Insurance Ends

## EMPLOYEE AND DEPENDENTS INSURANCE

Your Employee Insurance under a Coverage or your Dependents Insurance under a Coverage will end when the first of these occurs:

- Your membership in the Covered Classes for the insurance ends because your employment ends (see below) or for any other reason.

- The date your Employer ceases to be included under the Group Contract.

- The part of the Group Contract providing the insurance ends.

- For Contributory Insurance under a Coverage of the Group Contract, you fail to pay, when due, any contribution required.  But, if Employee Insurance is Contributory, failure to contribute for Dependents Insurance will not cause your Employee Insurance to end.

- The Insurance is Dependents Insurance under the Dependents Term Life Coverage and your Employee Insurance under the Employee Term Life Coverage ends.

Your Dependents Insurance for a Qualified Dependent under a Coverage will end when that person ceases to be a Qualified Dependent for that Coverage.

**End of Employment:**  For insurance purposes, your employment will end when you are no longer a full-time Employee actively at work for the Employer.  But, under the terms of the Group Contract, the Employer may consider you as still employed in the Covered Classes during certain types of absences from full-time work.  This is subject to any time limits or other conditions stated in the Group Contract.

For the purpose of your life insurance under the Group Contract, your employment in the Covered Classes will not be considered to end while you:  (1) are absent from work for the Employer on account of your disability; and (2) have been so absent for less than six months; and (3) are not working at any other job for wage or profit.

If you stop active full-time work for any reason, you should contact the Employer at once to determine what arrangements, if any, have been made to continue any of your insurance.

83500
BTE 5029

(4605-8)

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

# Certificate of Coverage

**Prudential** certifies that insurance is provided according to the Group Contract(s) for each Insured Employee. Your Booklet's Schedule of Benefits shows the Contract Holder and the Group Contract Number(s), the Employer and the Employer's Control Number.

Insured Employee:  You are eligible to become insured under the Group Contract if you are in the Covered Classes of the Booklet's Schedule of Benefits and meet the requirements in the Booklet's Who is Eligible section.  The When You Become Insured section of the Booklet states how and when you may become insured for each Coverage.  Your insurance will end when the rules in the When Your Insurance Ends section so provide.  Your Booklet and this Certificate of Coverage together form your Group Insurance Certificate.

Beneficiary for Employee Death Benefits:  See the Booklet's Beneficiary Rules.

Coverages and Amounts:  The available Coverages and the amounts of insurance are described in the Booklet.

If you are insured, your Booklet and this Certificate of Coverage form your Group Insurance Certificate.  Together they replace any older booklets and certificates issued to you for the Coverages in the Booklet's Schedule of Benefits.  All Benefits are subject in every way to the entire Group Contract which includes the Group Insurance Certificate.

The Prudential Insurance Company of America
751 Broad Street
Newark, New Jersey 07102

83500
BCT 5006

(S-1)

The Summary Plan Description
is not part of the
Group Insurance Certificate.
It has been provided by
your Employer and included in
your Booklet-Certificate
upon the Employer's request.

·(4605-8)

# SUMMARY PLAN DESCRIPTION

This booklet is intended to comply with the disclosure requirements of the regulations issued by the U.S. Department of Labor under the Employee Retirement Income Security Act (ERISA) of 1974. ERISA requires that you be given a "Summary Plan Description" which describes the plan and informs you of your rights under it.

**Plan Name**

Employee Term Life, Accidental Death and Dismemberment and Dependents Term Life Coverage for All Full-time Employees

**Plan Number**

527

**Type of Plan**

Employee Welfare Benefit Plan

**Plan Sponsor**

Creative & Response Research Services, Inc.
500 North Michigan Ave.
Chicago, Illinois  60611

**Employer Identification Number**

36-2441654

**Plan Administrator**

Creative & Response Research Services, Inc.
Attention:  Human Resources Department
500 North Michigan Ave.
Chicago, Illinois  60611

**Agent for Service of Legal Process**

Creative & Response Research Services, Inc.
Attention:  Human Resources Department
500 North Michigan Ave.
Chicago, Illinois  60611

**Plan Year Ends**

October 31

**Plan Benefits Provided by**

The Prudential Insurance Company of America
751 Broad Street
Newark, New Jersey  07102

This Group Contract underwritten by The Prudential Insurance Company of America provides insured benefits under your Employer's ERISA plan(s). For all purposes of this Group Contract, the Employer/Policyholder acts on its own behalf or as an agent of its employees. Under no circumstances will the Employer/Policyholder be deemed the agent of The Prudential Insurance Company of America, absent a written authorization of such status executed between the Employer/Policyholder and The Prudential Insurance Company of America. Nothing in these documents shall, of themselves, be deemed to be such written execution.

The Prudential Insurance Company of America as Claims Administrator has the sole discretion to interpret the terms of the Group Contract, to make factual findings, and to determine eligibility for benefits. The decision of the Claims Administrator shall not be overturned unless arbitrary and capricious.

## Loss of Benefits

You must continue to be a member of the class to which this plan pertains and continue to make any of the contributions agreed to when you enroll. Failure to do so may result in partial or total loss of your benefits. It is intended that this plan will be continued for an indefinite period of time. But, the employer reserves the right to change or terminate the plan. This booklet describes your rights upon termination of the plan.

## Claim Procedures

1.  **Determination of Benefits**

    Prudential shall notify you of the claim determination within 45 days of the receipt of your claim. This period may be extended by 30 days if such an extension is necessary due to matters beyond the control of the plan. A written notice of the extension, the reason for the extension and the date by which the plan expects to decide your claim, shall be furnished to you within the initial 45-day period. This period may be extended for an additional 30 days beyond the original 30-day extension if necessary due to matters beyond the control of the plan. A written notice of the additional extension, the reason for the additional extension and the date by which the plan expects to decide on your claim, shall be furnished to you within the first 30-day extension period if an additional extension of time is needed. However, if a period of time is extended due to your failure to submit information necessary to decide the claim, the period for making the benefit determination by Prudential will be tolled (i.e., suspended) from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

    If your claim for benefits is denied, in whole or in part, you or your authorized representative will receive a written notice from Prudential of your denial. The notice will be written in a manner calculated to be understood by you and shall include:

    (a)  the specific reason(s) for the denial,

    (b)  references to the specific plan provisions on which the benefit determination was based,

    (c)  a description of any additional material or information necessary for you to perfect a claim and an explanation of why such information is necessary,

    (d)  a description of Prudential's appeals procedures and applicable time limits, including a statement of your right to bring a civil action under section 502(a) of ERISA following your appeals, and

(e)  if an adverse benefit determination is based on a medical necessity or experimental treatment or similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination will be provided free of charge upon request.

2.  Appeals of Adverse Determination

If your claim for benefits is denied or if you do not receive a response to your claim within the appropriate time frame (in which case the claim for benefits is deemed to have been denied), you or your representative may appeal your denied claim in writing to Prudential within 180 days of the receipt of the written notice of denial or 180 days from the date such claim is deemed denied. You may submit with your appeal any written comments, documents, records and any other information relating to your claim. Upon your request, you will also have access to, and the right to obtain copies of, all documents, records and information relevant to your claim free of charge.

A full review of the information in the claim file and any new information submitted to support the appeal will be conducted by Prudential, utilizing individuals not involved in the initial benefit determination. This review will not afford any deference to the initial benefit determination.

Prudential shall make a determination on your claim appeal within 45 days of the receipt of your appeal request. This period may be extended by up to an additional 45 days if Prudential determines that special circumstances require an extension of time. A written notice of the extension, the reason for the extension and the date that Prudential expects to render a decision shall be furnished to you within the initial 45-day period. However, if the period of time is extended due to your failure to submit information necessary to decide the appeal, the period for making the benefit determination will be tolled (i.e., suspended) from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

If the claim on appeal is denied in whole or in part, you will receive a written notification from Prudential of the denial. The notice will be written in a manner calculated to be understood by the applicant and shall include:

(a)  the specific reason(s) for the adverse determination,

(b)  references to the specific plan provisions on which the determination was based,

(c)  a statement that you are entitled to receive upon request and free of charge reasonable access to, and make copies of, all records, documents and other information relevant to your benefit claim upon request,

(d)  a description of Prudential's review procedures and applicable time limits,

(e)  a statement that you have the right to obtain upon request and free of charge, a copy of internal rules or guidelines relied upon in making this determination, and

(f)  a statement describing any appeals procedures offered by the plan, and your right to bring a civil suit under ERISA.

If a decision on appeal is not furnished to you within the time frames mentioned above, the claim shall be deemed denied on appeal.

If the appeal of your benefit claim is denied or if you do not receive a response to your appeal within the appropriate time frame (in which case the appeal is deemed to have been

denied), you or your representative may make a second, voluntary appeal of your denial in writing to Prudential within 180 days of the receipt of the written notice of denial or 180 days from the date such claim is deemed denied. You may submit with your second appeal any written comments, documents, records and any other information relating to your claim. Upon your request, you will also have access to, and the right to obtain copies of, all documents, records and information relevant to your claim free of charge.

Prudential shall make a determination on your second claim appeal within 45 days of the receipt of your appeal request. This period may be extended by up to an additional 45 days if Prudential determines that special circumstances require an extension of time. A written notice of the extension, the reason for the extension and the date by which Prudential expects to render a decision shall be furnished to you within the initial 45-day period. However, if the period of time is extended due to your failure to submit information necessary to decide the appeal, the period for making the benefit determination will be tolled from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

Your decision to submit a benefit dispute to this voluntary second level of appeal has no effect on your right to any other benefits under this plan. If you elect to initiate a lawsuit without submitting to a second level of appeal, the plan waives any right to assert that you failed to exhaust administrative remedies. If you elect to submit the dispute to the second level of appeal, the plan agrees that any statute of limitations or other defense based on timeliness is tolled during the time that the appeal is pending.

If the claim on appeal is denied in whole or in part for a second time, you will receive a written notification from Prudential of the denial. The notice will be written in a manner calculated to be understood by the applicant and shall include the same information that was included in the first adverse determination letter. If a decision on appeal is not furnished to you within the time frames mentioned above, the claim shall be deemed denied on appeal.

## Rights and Protections

As a participant in this plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA), as amended. ERISA provides that all plan participants shall be entitled to:

### Receive Information about Your Plan and Benefits

- Examine, without charge, at the plan administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

- Obtain, upon written request to the plan administrator, copies of documents governing the operation of the plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The plan administrator may make a reasonable charge for the copies.

- Receive a summary of the plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of this summary annual report.

### Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

Enforce Your Rights

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

Assistance with Your Questions

If you have any questions about your plan, you should contact the plan administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, DC 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

# Group Insurance Contract

Contract Holder: PRUVALUE[SM] INSURANCE TRUST NO. 3

Group Contract No.:  PVIB - 03

Prudential will provide or pay the benefits described in the Group Insurance Certificate(s) listed in the Schedule of Plans of the Group Contract, subject to the Group Contract's terms.  This promise is based on the Contract Holder's application and payment of the required premiums.

All of the provisions of the Group Insurance Certificate(s), attached to and made a part of the Group Contract, apply to the Group Contract as if fully set forth in the Group Contract.

The Group Contract takes effect on the Contract Date, if it is duly attested under the Group Contract Schedule.  It continues as long as the required premiums are paid, unless it ends as described in its General Rules.  Dividends are apportioned each year.

The Group Contract is delivered in and is governed by the laws of the Governing Jurisdiction.

Secretary                                    Chairman of the Board

# Group Contract Schedule

**Contract Date:** April 1, 1999

**Contract Anniversaries:** January 1 of each year, beginning in 2000.

**Premium Due Dates:** The Contract Date, and the first day of the month beginning with May, 1999.

**Governing Jurisdiction:** State of Delaware

**Minimum Participation Number:** 1

———————————————————

**Table of Contents** (as of the Contract Date): The Group Contract includes these forms with an 83500 prefix: COV 1004, GCS 1027, SPR 1001, GR 5022, MOD 1001, SCH 1001, APP 1001.

———————————————————

Attest: ———————————————————

# Included Employers

## A.  BECOMING AN INCLUDED EMPLOYER.

**Application and Approval:**  An employer may become an Included Employer under the Group Contract if all these conditions are met.

(1)  The employer has applied to Prudential for a PruValue[SM] Insurance Benefits Program insurance plan.  That plan will provide the benefits of one or more Coverages to the employer's Employees.

(2)  The employer's application has been approved by Prudential.

(3)  The conditions listed in the Rules for Inclusion below are met.

(4)  The employer has been accepted by the Contract Holder as a subscriber to the Contract Holder Trust.

An employer will be an Included Employer on the employer's Plan Effective Date.  Prudential will determine the Plan Effective Date and will let the employer know that date.

An employer's Associated Companies, if any, are considered Included Employers under the Group Contract.  Associated Companies are the employer's subsidiaries or affiliates named in the employer's application.

The employer must let Prudential know, in writing, when a company named as an Associated Company is no longer one of its subsidiaries or affiliates.

**Coverage:**  Coverage of Employees of Included Employers is determined by these Included Employer provisions.  But that Coverage is subject to the following:

(1)  The Schedule of Benefits or Benefit Highlights in the Group Insurance Certificate lists the available Coverages and their benefits.

(2)  For Coverages other than Disability Coverage, the Who is Eligible To Become Insured and When You Become Insured sections of the Group Insurance Certificates describe who is eligible for Employee Insurance and how they become insured for Employee Insurance.  For Disability Coverages, the General Provisions section of the Group Insurance Certificates describe who is eligible for Employee Insurance and how they become insured for Employee Insurance.

(3)  For purposes of the Group Contract, Employees of an employer's Associated Companies are considered Employees of the employer.  On any date when a company ceases to be an Associated Company, the Group Contract will be considered to end for Employees of that company.  This applies to all of those Employees except those who, on the next day, are still within the Covered Classes of the Schedule of Plans of the Group Contract as Employees of an Included Employer.

(4)  An Employee of more than one Included Employer will be considered as an Employee of only one of those employers for the purpose of the Group Contract.  The Employee's service with all other Included Employers will be treated as service with that one.

Terms Used in Rules for Inclusion.

**Eligible Employees:** The Who is Eligible To Become Insured section or the General Provisions section of the Group Insurance Certificate states when an Employee is eligible for Employee Insurance under the Group Contract. The term "Eligible Employee, " as used in the Rules for Inclusion below, means an Employee who becomes eligible for insurance on the Included Employer's Plan Effective Date. The Employee's employment must, however, continue with the Included Employer to that date. The Employee must also be in the Covered Classes on that date. If an Employee has no Qualified Dependents, the Employee is not eligible for Dependents Insurance.

**Enrollment:** An Employee has enrolled for an insurance if the Employee has:

(1) asked the Included Employer for the insurance on a form approved by Prudential; and,

(2) agreed to pay the required contributions, if any.

**Required Enrollment:** If an Included Employer does not require Employee contributions toward the cost of any insurance under the Included Employer's plan, the Required Enrollment of that Included Employer's Eligible Employees is 100%. If an Included Employer requires Employee contributions, the Required Enrollment of such Employees is:

    (1) 100% for Included Employers who have fewer than 5 Eligible Employees;

    (2) all but one Employee for Included Employers who have 5 to 9 Eligible Employees;

    (3) 75% for Included Employers who have 10 or more Eligible Employees.

    (4) With respect to Dependents Coverage, 75% of Qualified Dependents of Eligible Employees for any Included Employer.

An Employee or Dependent may not become insured because the Employee or Dependent is unable to give satisfactory evidence of insurability to the Prudential. In that case, the Employee or Dependent will not be counted in determining the Required Enrollment.

**Rules for Inclusion.**

(1) The Included Employer must be engaged in business in this industry: Service

(2) The Included Employer's main place of business must be in one of these locations:

    (a) a state of the United States;

    (b) the District of Columbia;

    (c) the Territory of Guam; or

    (d) the Virgin Islands of the United States.

(3) The Included Employer's application for the insurance plan and all enrollments for Employees who will become insured for Employee Insurance on the Plan Effective Date must be made within one month.

(4)  If there are only two Eligible Employees of the Included Employer, each must have a separate residence and neither may be a member of the same family. If an Included Employer has three Eligible Employees, no more than two of those Eligible Employees may be members of the same family. If an Included Employer has at least four Eligible Employees, no more than three of those Eligible Employees may be members of the same family.

(5)  The business of the Included Employer must not be operated out of the residence of the Included Employer.

(6)  An Included Employer must have been in the business in which it currently operates for at least 12 months.

(7)  An employer may not become an Included Employer if the employer's plan of benefits has been underwritten by more than two insurance carriers in the three years immediately preceding the employer's application for inclusion under the Group Contract.

(8)  If an Included Employer requires Employee contributions, the amount required of an Employee cannot exceed 75% of the cost of the benefits for which the Employee is insured.

(9)  The first premium for the Included Employer must have been received by Prudential.

## B.  EMPLOYER TRANSFERRED FROM ANOTHER GROUP CONTRACT OR GROUP POLICY.

If a group contract or group policy (called "group contract" below) issued by Prudential to another Employee Benefits Program Insurance Trust ends, or, if insurance with respect to an Included Employer under another group contract issued by Prudential to another Employee Benefits Program Insurance Trust ends in order that it be replaced by insurance under this Group Contract, an Included Employer included under that other group contract will be automatically included under this Group Contract if the Contract Holder notifies Prudential. In that case, the following will apply to that Included Employer's insurance:

(1)  The Coverages and benefits for the Included Employer's Employees will be those that most closely resemble the Coverages and benefits of the Included Employer's insurance plan under the other group contract. Prudential will decide which Coverages and benefits they are. This will apply until the Included Employer changes its plan.

(2)  Prudential's right to change premium rates for the Included Employer under this Group Contract will be the same as if the Included Employer had continued to be included under the other group contract. This will apply until the first date Prudential could have changed the rates under the other group contract.

If a person was a covered person under the other group contract when it ended and would have continued to be a covered person had the other group contract not ended as to the Included Employer, the following will apply:

(1)  Each such person will become a Covered Person under the Group Contract when the other group contract ends as to the Included Employer. Each person will be covered in the same capacity as they were under the other group contract, either as an Employee or as a Qualified Dependent.

(2) The Coverages under which each such person is covered will be those which are determined by Prudential to be most similar to the person's coverage under the other group contract. This also applies to the level of benefits under such Coverages. Those Coverages and levels of benefits are subject to change as provided in the Group Contract.

(3) The Beneficiary or Beneficiaries chosen by an Employee under the other group contract will continue to apply under the Group Contract. The Employee may change that Beneficiary at any time according to the Beneficiary Rules in the Group Insurance Certificate.

(4) Benefits paid or payable under the coverages of the other group contract will be considered as paid under the Group Contract. But, if benefits are payable under the other group contract for a loss sustained by an person, benefits will not be payable under the Group Contract for that same loss.

(5) An assignment by an Employee of the Employee's insurance under the other group contract which was allowed by that contract will apply to the replacing insurance under the Group Contract.

## C. CHANGES IN INSURANCE PLAN.

An Included Employer may apply to Prudential for a change in the Included Employer's insurance plan. Prudential must approve the application. The Included Employer's insurance plan will automatically be modified to the extent of the changes approved by Prudential. The changes will be effective as of the plan change effective date. The plan change effective date is determined by Prudential. The Delay of Effective Date section applies to any change in the insurance of a Covered Person resulting from the change in the Included Employer's insurance plan.

The Included Employer's application for plan change and all Employee enrollment for the revised plan must be made within one month.

The premium due for the Included Employer on the Premium Due Date just before the Included Employer applied for a change must have been received by Prudential.

## D. CEASING TO BE AN INCLUDED EMPLOYER.

An Included Employer will cease to be an Included Employer when the Group Contract ends for such Included Employer under the provisions of the Group Contract's General Rules.

---

# General Rules

## A. PAYMENT OF PREMIUMS - GRACE PERIOD.

Premiums are to be paid by the Contract Holder to Prudential. Each may be paid at a Prudential office or to one of its authorized agents. One is due with respect to each Included Employer on that Included Employer's Plan Effective Date. Later premiums are due on the same day of each month as the Included Employer's Plan Effective Date. But, a premium is due: (1) on the last day of the month, if the Included Employer's Plan Effective Date is on the thirty-first day of a month: and (2) on the last day of February, if the Included Employer's Plan Effective Date is on the twenty-ninth or thirtieth day of a month. The Contract Holder may pay each premium other than the first within 31 days of the Included Employer's Premium Due Date without being charged interest. Those days are known as the grace period. The Contract Holder is liable to pay premiums to Prudential for each Included Employer for the time the Group Contract is in force with respect to that Included Employer. The Contract Holder is not so liable if the Contract Holder and the Included Employer mutually agree that such Included Employer is directly liable, as provided in the End of the Group Contract or of an Insurance for an Included Employer section of these General Rules.

## B. PREMIUM AMOUNTS.

The premium due for an Included Employer on each Premium Due Date is the sum of the premium charges for the insurance then provided for that Included Employer under the Coverages. Those charges are determined from the premium rates then in effect and the Employees then insured.

The following will apply if one or more premiums paid include premium charges for an Employee whose insurance has ended before the due date of that premium. Prudential will not have to refund more than the amount of the premium charges for such Employee that were included in the premiums paid for the two month period immediately before the date Prudential receives written notice from the Included Employer that the Employee's insurance has ended.

Premiums may be determined in another way. But it must produce about the same amounts and be agreed to by the Contract Holder and Prudential.

No premium charge will be made for an insured Employee under the Long Term Disability Coverage while the Employee:

(1)   is Disabled; and

(2)   is entitled, after the Elimination Period, to benefits under the Coverage.

## C. PREMIUM RATE CHANGES.

The premium rates in effect for an Included Employer on the Contract Date are shown in the Group Contract's Schedule of Premium Rates. Prudential has the right to change premium rates for an Included Employer:

(1)   As of any Premium Due Date for that Included Employer; and

(2)   As of any date that an employer becomes, or ceases to be, an Included Employer; and

(3)   As of any date that the insurance for Employees of that Included Employer changes at the Included Employer request; and

(4)   For a Coverage, as of any date that the extent or nature of the risk under that Coverage is changed as to the Included Employer: (a) by amendment of the Group Contract; or (b) by reason of any provision of law or any governmental program or regulation; or (c) by termination of, or any change in, benefits not in that Coverage but considered in determining the premium rates for that Coverage.

But, unless the Schedule of Premium Rates or an amendment states otherwise, (1) above will not be used to change premium rates for an Included Employer within 12 months of the Included Employer's Plan Effective Date.

Prudential will tell the Included Employer when a change in the premium rates is made.

## D.  PREMIUM REFUNDS.

Prudential will determine the premium refund, if any, allocable to the Group Contract as of each Contract Anniversary, if the Group Contract stays in force by the payment of all premiums to that date. The premium refund will be credited to the Group Contract as of that date.  If the Group Contract ends on a date other than a Contract Anniversary, the premium refund, if any, will be determined and credited to the Group Contract as of that date.

Each premium refund will be paid to the Contract Holder in cash unless the Contract Holder asks that it be applied toward the premium then due.

Prudential's sole liability as to any premium refund is as set forth above.

**Non-profit Clause:**  This applies if the aggregate premium refunds under the Group Contract and any other group contract(s) of the Contract Holder exceed the aggregate payments toward their cost made from the Included Employer's own funds.  The Contract Holder will see that an amount equal to the excess is applied for the benefit of insured persons.

## E.  END OF THE GROUP CONTRACT OR OF AN INSURANCE FOR AN INCLUDED EMPLOYER.

**End of Period of Payment - Failure to Pay Premiums:**  If an Included Employer fails to make a payment required in connection with the Contract Holder Trust within the time the Contract Holder allows for such payments, the Group Contract will end for that Included Employer at the end of such time.  But the Included Employer may write to the Contract Holder, in advance, to ask that the Group Contract be ended at the end of the period for which premiums for that Included Employer have been paid or at any time during the time the Contract Holder allows for such payments.  Then the Group Contract will end for that Included Employer on the date requested.  If the Contract Holder and the Included Employer mutually agree, the Included Employer will be directly liable to Prudential for paying a pro-rata premium for the time the Group Contract was in force for such Included Employer beyond the period to which the last payment made by the Included Employer applied.

**During or at End of Grace Period - Failure to Pay Premiums:**  If any premium for an Included Employer is not paid by the end of its grace period, the Group Contract will end when that period ends with respect to that Included Employer.  But it may be ended earlier for an Included Employer as provided above.

**On a Premium Due Date - Failure to Maintain Insuring Conditions:**  On any Premium Due Date for an Included Employer, Prudential may end the part of the Group Contract for Employee Insurance or Dependents Insurance under a Coverage for that Included Employer if one or more of the following

conditions then exists for that part. But notice of its intent to do so must be given to that Included Employer at least 31 days in advance.

The insured Employees of an Included Employer are:

(1)   less than the Minimum Participation Number; or

(2)   less than the Required Enrollment; or

(3)   contributing at a rate higher than the maximum, if any, stated in the Group Contract for the insurance: or

(4)   in total, less than the Minimum Participation Number on both of these dates that occur within the 12 month period just before the date of the notice:

    (a)   on each of three Premium Due Dates; and

    (b)   on two Premium Due Dates in a row.

When condition (4) does not exist, the end of the Group Contract or of an insurance will not take effect if, before the date on which it would otherwise end, the condition(s) on which the notice was based no longer exists.

The Minimum Participation Number and the Required Enrollment are shown in the Group Contract Schedule.

**On Notice - Ceasing to be a Subscriber:** If the Contract Holder notifies Prudential of an Included Employer's ceasing to subscribe to the Contract Holder Trust, the Group Contract will end for that Included Employer on such cessation. But such ending will not take effect before the end of the period for which premiums have been paid for Employees of that Included Employer.

**On a Contract Anniversary - On Notice:** Prudential may end the Group Contract on the date on which less than 100 Employees are insured under the Group Contract.

**On a Premium Due Date:** Prudential may end the Group Contract with respect to an Included Employer on any Premium Due Date. But notice of its intent to do so must be given to the Included Employer at least 31 days in advance.

# F.   AGE ADJUSTMENT.

If an age is used to determine the premium charge for an Employee's insurance and the age is found to be in error, the premium charge for that insurance will then be adjusted to reflect the correct age. If this adjustment results in a change in the amount of premium, any difference between the premium paid and the premium required on the basis of the correct age will be paid as follows:

(1)   If the adjustment results in an increased premium, the difference will be paid by the Contract Holder when notified by Prudential.

(2)   If the adjustment results in a decreased premium, the difference will be refunded by Prudential.

If the change in age affects the amount of the Employee's insurance under any Coverage, such amount will be changed on the basis of the correct age. Any premium adjustment will take this into account.

## G.  EMPLOYEE'S CERTIFICATE.

Prudential will give the Included Employer an individual certificate to give each insured Employee.  It will describe the Employee's coverage under the Group Contract.  It will include (1) to whom Prudential pays benefits, (2) any protection and rights when the insurance ends, and (3) claim rights and requirements.

## H.  RECORDS - INFORMATION TO BE FURNISHED.

Either the Contract Holder or Prudential, as they agree, will keep a record of the insured Employees.  It will contain the key facts about their insurance.

At the times set by Prudential, the Contract Holder will send the data required by Prudential to perform its duties under the Group Contract, and to determine the premium rates.  All records of the Contract Holder and of the Included Employers which bear on the insurance must be open to Prudential for its inspection at any reasonable time.

Prudential will not have to perform any duty that depends on such data before it is received in a form that satisfies Prudential.  The Contract Holder or an Included Employer may correct wrong data given to Prudential, if Prudential has not been harmed by acting on it.  An Employee's insurance under a Coverage will not be made invalid by failure of the Contract Holder or an Included Employer, due to clerical error, to record or report the Employee for that insurance.

## I.  THE CONTRACT - INCONTESTABILITY OF THE CONTRACT.

The entire Group Contract consists of:  (1) the Group Insurance Certificate(s) listed in the Schedule of Plans, a copy of which is attached to the Group Contract; (2) all modifications and endorsements to such Group Insurance Certificates which are attached to and made a part of the Group Contract by amendment to the Group Contract; (3) the forms shown in the Table of Contents as of the Contract Date; (4) the Contract Holder's application, a copy of which is attached to the Group Contract; (5) any endorsements or amendments to the Group Contract; and (6) the applications of Included Employers and the individual applications, if any, of the persons insured.  No statement of the Contract Holder or of an Included Employer shall be used in any contest of the insurance under the Group Contract unless it is contained in a written application.

There will be no contest of the validity of the Group Contract, except for not paying premiums, after it has been in force for one year.

## J.  MODIFICATION OF THE GROUP CONTRACT.

The Group Contract may be amended, at any time, without the consent of the insured Employees or of anyone else with a beneficial interest in it.  This can be done through written request made by the Contract Holder and agreed to by Prudential.  But an amendment will not affect a claim incurred before the date of change.

Only an officer of Prudential has authority:  to waive any conditions or restrictions of the Group Contract; or to extend the time in which a premium may be paid; or to make or change a contract; or to bind Prudential by a promise or representation or by information given or received.  A Prudential agent is not an officer.

No change in the Group Contract is valid unless shown in:

(1)  an endorsement on it signed by an officer of Prudential; or

(2)   an amendment to it signed by the Contract Holder and by an officer of Prudential.

But a change in the Group Contract may be made in an amendment to it that is signed only by an officer of Prudential if:

(1)   The amendment reflects a change in the Group Contract that has been automatically made to satisfy the requirements of any state or federal law or regulation that applies to the Group Contract, as provided in the Conformity With Law section. This change is known as a Statutory Amendment.

(2)   The amendment reflects a change in Prudential's administration of its group insurance benefits and is intended to apply to all group insurance contracts which are affected by the change. This change is known as a Portfolio Amendment. Prudential will give the Contract Holder written notice of its intent to make a Portfolio Amendment in the Group Contract at least 31 days in advance of the effective date of the Amendment. When the Group Contract is so amended, payment by the Contract Holder of the next premium due under the Group Contract will constitute acceptance of the Portfolio Amendment, unless the Contract Holder has rejected the Amendment, in writing, prior to its effective date.

## K.  OTHER GOODS AND SERVICES.

From time to time, Prudential may offer or provide Covered Persons or their Beneficiaries certain goods and services in addition to the insurance coverage. Prudential also may arrange for third party vendors to provide goods and services at a discount (including without limitation beneficiary financial counseling services and employee assistance programs) to Covered Persons or their Beneficiaries. Though Prudential may make the arrangements, the third party vendors are solely liable for providing the goods and services. Prudential shall not be responsible for providing or failing to provide the goods and services to Covered Persons or their Beneficiaries. Further, Prudential shall not be liable to Covered Persons or their Beneficiaries for the negligent provision of the goods and services by third party vendors.

## L.  CONFORMITY WITH LAW.

If the provisions of the Group Contract do not conform to the requirements of any state or federal law or regulation that applies to the Group Contract, the Group Contract is automatically changed to conform with Prudential's interpretation of the requirements of that law or regulation.

---

# Modification Of The Group Contract

The Group Contract is modified to include the following section:

## END OF EMPLOYMENT

An Employee's employment ends when the Employee is no longer actively at work on a full-time basis for an Included Employer. But, for insurance purposes, an Employee's Included Employer may consider the Employee as still employed and in the Covered Classes for the insurance during certain types of absences from full-time work. The Included Employer decides which Employees with those types of absences are to be considered as still employed, and for how long. In doing this, the Included Employer must not discriminate among persons in like situations.

For the purpose of the Employee's life insurance under the Group Contract, employment in the Covered Classes will not be considered to end while the Employee: (1) is absent from work for the Employer on account of disability; and (2) has been so absent for less than six months; and (3) is not working at any other job for wage or profit.

An Employee may be considered as still employed up to any time limit for the Employee's type of absence. When so considered, the Employee's insurance under a Coverage will be continued only while the Employee is paying contributions for it at the time and in the amounts, if any, required by the Included Employer (whether or not that insurance would otherwise be Non-contributory Insurance). But it will not be continued after it would end for a reason other than end of employment. The types of absences and the time limits are shown below, subject to any exceptions.

## TYPES OF ABSENCES AND TIME LIMITS:

For absence due to retirement, there is no time limit.

For absence due to disability, two years following the date on which the absence from full-time work starts.

For absence due to temporary layoff or part-time employment for reasons other than disability, the end of the contract month following the contract month in which the absence from full-time work starts.

For absence due to leave of absence, there is no time limit. But in the case of an Employee on active duty in the armed forces of any country, not beyond the date of entry into such active duty.

## EXCEPTIONS

Employee Term Life Coverage

Retirement is not an eligible type of absence for Included Employers with fewer than 25 Employees.

An Employee will not be continued as a member of the Covered Classes beyond the date the Employee gives Prudential written proof of Total Disability. This proof must be given according to the rules of the Extended Death Benefit During Total Disability section of the Coverage.

# Schedule of Premium Rates

PVIB - 03

Classes of Employees to which this Schedule applies:

All Classes

| Applicable Coverage | Monthly Rate Per Employee |
|---|---|
| All Coverages | The premium rates in effect on the Contract Date are those determined by Prudential.  Those rates will be shown on the billing notice(s) sent to the Contract Holder (subject to any subsequent corrections). |

# Schedule of Plans

Effective Date:  March 8, 2002

Group Contract No.:  PVIB - 03

This Schedule of Plans sets forth the Plan of Benefits that applies to each Covered Class under the Group Contract listed below as of the Effective Date.  The Plan of Benefits for a Covered Class is determined by: (1) the Group Insurance Certificates that apply to the Covered Class; and (2) any modification to those Certificates, provided the modification is included in an amendment to the Group Contract.  A copy of each Certificate and any modification to it are attached to the Group Contract and made a part of it.

Covered Class:

All Employees of Included Employers

Plan of Benefits that Applies to the Covered Class:

The Coverages described in the Group Insurance Certificate, and any modifications thereto made a part of the Group Contract, prepared for the PruValue$^{SM}$ Insurance Trust No. 1.  These Certificates and modifications, if any, consist of pages derived from the following charts, prepared for use in connection with the PruValue$^{SM}$ Insurance Benefits plans.

LIFE AND ACCIDENT CERTIFICATE ISSUE CHARTS:

- 83500 BFW Forms, Ed. 10-5-00
- 83500 BSB Forms - Introductory Paragraphs, Ed. 10-5-00
- 83500 BSB Forms - Life Chunks, Ed. 5-1-01
- 83500 BSB Forms - AD&D Chunks, Ed. 5-1-01
- 83500 BSB Forms - Dependent Life Chunks, Ed. 12-21-00
- 83500 BSB Forms - Closing Paragraphs, Ed. 10-5-00
- 83500 BEL Forms, Ed. 8-10-01
- 83500 LIF R Forms, Ed. 12-12-01
- 83500 LIF T Forms, Ed. 10-5-00
- 83500 ADD R Forms, Ed. 10-5-00
- 83500 PAI R Forms, Ed. 8-10-01
- 83500 DPL R Forms, Ed. 5-1-01
- 83500 BBN Forms, Ed. 3-8-02
- 83500 BAS Forms, Ed. 12-21-00
- 83500 BCL Forms, Ed. 10-5-00
- 83500 BTE Forms, Ed. 8-10-01

LIFE AND ACCIDENT CERTIFICATE ISSUE CHARTS, (continued):

- 83500 BCT Forms, Ed. 10-5-00
- 83500 PORT Forms, Ed. 3-8-02

SHORT AND LONG TERM DISABILITY CERTIFICATE ISSUE CHARTS:

- 83500 CBH-STD Forms, Ed. 8-10-01
- 83500 CBH-LTD Forms, Ed. 9-18-01
- 83500 CERT Forms, Ed. 9-18-01
- 83500 CGP Forms, Ed. 8-10-01
- 83500 CGI-STD Forms, Ed. 8-10-01
- 83500 CBI-STD Forms, Ed. 9-18-01
- 83500 CCLM-STD Forms, Ed. 8-10-01
- 83500 CGI-LTD Forms, Ed. 8-10-01
- 83500 CBI-LTD Forms, Ed. 9-18-01
- 83500 CDB-LTD Forms, Ed. 9-18-01
- 83500 SCDB-LTD Forms, Ed. 9-18-01
- 83500 COTB-LTD Forms, Ed. 8-10-01
- 83500 CCLM-LTD Forms, Ed. 9-18-01
- 83500 COTS-LTD Forms, Ed. 9-18-01
- 83500 CGL Forms, Ed. 9-18-01

RETIREE LIFE CERTIFICATE ISSUE CHARTS:

- Retiree Life Certificate, Ed. 3-8-02

---

# Application to

The Prudential Insurance Company of America (Prudential)

For Group Contract No. PVIB - 03

Applicant:  Christiana Bank & Trust Company, as Trustee of the PruValue[SM] Insurance Trust No. 3

Address:  Greenville Center
3801 Kennett Pike
Greenville, Delaware 19807

The Group Contract is approved and its terms are accepted.

This Application is made in duplicate.  One is attached to the Group Contract.  The other is to be returned to Prudential.

It is agreed that this Application replaces any prior Application for the Group Contract.

-CHRISTIANA BANK & TRUST COMPANY, AS TRUSTEE OF THE PRUVALUE[SM] INSURANCE TRUST NO. 3-
_____
(Full or Corporate Name of Applicant)

Dated at  _____        By  _____
                                                                (Signature and Title)

On  _____        Witness  _____
                                                                (To be signed by a Resident Agent
                                                                where required by law)

83500
APP 1001

(PVIB - 03)

## ASSIGNMENT

Christiana Bank & Trust Company, a Delaware corporation with a place of business in Greenville, Delaware, does hereby assign, transfer and set over to First Union Trust Company, National Association, a Delaware corporation with a place of business in Wilmington, Delaware, as Trustee of the PruValue℠ Insurance Trust No. 3 pursuant to the Agreement and Declaration of Trust effective on and after September 30, 1999, Group Insurance Contract No. PVIB-03 issued by The Prudential Insurance Company of America, all rights and obligations of Christiana Bank & Trust Company thereunder, including, but not limited to the right to hold and administer said contract.

IN WITNESS THEREOF, Christiana Bank & Trust Company has caused these presents to be signed as of the _____ day of _____, 2001.

Christiana Bank & Trust Company
(Trustee)

Witness:_____     By:_____
(Signature & Title)

IN WITNESS THEREOF, First Union Trust Company, National Association, Trustee of the PruValue℠ Insurance Trust No. 3, has caused these presents to be signed as of the _____ day of _____, 2001.

First Union Trust Company, National
Association
(Successor Trustee)

Witness:_____     By:_____
(Signature & Title)

IN WITNESS THEREOF, The Prudential Insurance Company of America has caused these presents to be signed as of the _____ day of _____, 2001.

The Prudential Insurance Company of America

Witness:_____     By:_____
Assistant Secretary

AMENDMENT TO GROUP CONTRACT NO. PVIB - 03

By their signatures below, the Contract Holder and Prudential agree that the Group Contract is changed as follows:

- The insurance form listed in Column I below is attached to this Amendment; it forms part of the Group Contract as of its Effective Date. The form listed in Column I replaces, as of its Effective Date, the corresponding insurance form, if any, listed in Column II.

    | Column I | Column II |
    |---|---|
    | 83500 GR 5034 (PVIB – 03) effective February 4, 2002 | 83500 GR 5022 (PVIB – 03) effective April 1, 1999 |

- Effective May 1, 2001, the name of the Contract Holder, wherever it appears in the Group Contract, will be Trustee of the PruValue[SM] Insurance Trust No. 3.

Date:                    February 20, 2002

-TRUSTEE OF THE PRUVALUE[SM] INSURANCE TRUST NO. 3-

(Contract Holder)

Witness:

By:

(Signature and Title)

Livingston, NJ

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

February 20, 2002

By:

Vice President, Contracts

83500
AMD 1001

# Creative & Response Research Services, Inc.

Employee Term Life Coverage

Accidental Death and Dismemberment Coverage



# Schedule of Benefits

**Covered Classes:** The "Covered Classes" are these Employees of the Employer (and its Associated Companies): All Full-time Employees.

**Program Date:** November 1, 2005. This Booklet describes the benefits under the Group Program as of the Program Date.

- This Booklet and the Certificate of Coverage together form your Group Insurance Certificate. The Coverages in this Booklet are insured under a Group Contract issued by Prudential. All benefits are subject in every way to the entire Group Contract which includes the Group Insurance Certificate. It alone forms the agreement under which payment of insurance is made.

## BASIC EMPLOYEE TERM LIFE COVERAGE

**BENEFIT AMOUNTS:**

**Amount For Each Benefit Class:**

| Benefit Classes | Amount of Insurance |
|---|---|
| All Employees | 100% of your annual Earnings. If this amount is not a multiple of $1,000, it will be rounded to the next higher multiple of $1,000. |
| | Minimum Amount: $5,000. |
| | Maximum Amount: $200,000. |

The Definitions section explains what "Earnings" means.

**Amount Limit Due to Age:** When you are age 65 or more, your amount of insurance is limited. It is the Limited Percent (for that Age) of the amount for which you would then be insured if there were no limitation. Each Age and the Limited Percent for that Age are shown below.

| Age | Limited Percent |
|---|---|
| 65 | 65 |
| 70 and more | 50 |

The Limited Percent for an Age takes effect on the day you become insured if you are then that Age. Otherwise, each Limited Percent for an Age takes effect on the first day of the month following your birthday for that Age.

The Delay of Effective Date section does not apply to this provision.

## BASIC ACCIDENTAL DEATH AND DISMEMBERMENT COVERAGE

**BENEFIT AMOUNTS UNDER EMPLOYEE INSURANCE:**

**Amount For Each Benefit Class:** An amount equal to the amount for which you are insured under the Basic Employee Term Life Coverage. For this purpose only, that amount will be the amount as

determined above, except that if your Basic Employee Term Life Coverage is reduced by any amount paid under the Option to Accelerate Payment of Death Benefits, that reduction will not apply to this Coverage.

ADDITIONAL BENEFITS UNDER EMPLOYEE INSURANCE:

For the purposes of determining benefits under the Coverage, Amount of Insurance does not include any additional amount payable as shown below.

**Additional Amount Payable for Loss of Life as a Result of an Accident in a Four Wheel Vehicle While Using a Seat Belt:** An amount equal to the lesser of:

(1)   10% of your Amount of Insurance; and

(2)   $10,000.

**Additional Amount Payable for Loss of Life as a Result of an Accident in a Four Wheel Vehicle Equipped with a Supplemental Restraint System:** An amount equal to the lesser of:

(1)   10% of your Amount of Insurance; and

(2)   $10,000.

**Additional Amount Payable for Return of Remains:** An amount equal to the lesser of:

(1)   the amount of Covered Expenses; and

(2)   $2,500.

**Additional Amount Payable for Your Loss as a Result of Felonious Assault:** An amount equal to 5% of the amount payable under the Coverage for the Loss that results from a Felonious Assault.

**Additional Amount Payable for Tuition Reimbursement for Your Spouse:** An amount equal to the least of:

(1)   the actual tuition charged for the program;

(2)   1% of your Amount of Insurance; and

(3)   $2,500.

**Additional Annual Amount Payable for Tuition Reimbursement for Your Dependent Child:** An amount equal to the least of:

(1)   the actual annual tuition, exclusive of room and board, charged by the School;

(2)   1% of your Amount of Insurance; and

(3)   $2,500.

This benefit is payable annually for up to four consecutive years, but not beyond the date the child reaches age 23.

If there is no dependent child eligible for this benefit, a benefit of $1,000 will be paid.

**Additional Annual Amount Payable for Day Care Expenses for Your Dependent Child:** An amount equal to the lesser of:

(1)    the actual cost charged by such Day Care Center per year;

(2)    1% of your Amount of Insurance, and

(3)    $2,000.

This benefit is payable annually for up to four consecutive years, but not beyond the date the child reaches age seven.

If there is no dependent child eligible for this benefit, a benefit of $1,000 will be paid.

**TO WHOM PAYABLE:**

Accidental Death and Dismemberment benefits are payable to you with these exceptions:

(1)    Benefits for tuition reimbursement for your spouse payable on account of your Loss of life will be paid to:

   (a)    your spouse, if living; or

   (b)    your spouse's estate.

(2)    Benefits for day care expenses or tuition reimbursement for your dependent children payable on account of your Loss of life will be paid to the person or institution appearing to Prudential to have assumed the main support of the children.

(3)    Benefits for any other of your Losses that are unpaid at your death or become payable on account of your death will be paid to your Beneficiary or Beneficiaries.  (See Beneficiary Rules.)

## OTHER INFORMATION

**Contract Holder:**  PruValue Insurance Benefits Trust

**Group Contract No.:** PVIB-03

**Employer:**  CREATIVE & RESPONSE RESEARCH SERVICES, INC.

**Employment Waiting Period:**  The following period of continuous service with the Employer: Salaried Employees 30 days, Hourly Employees 60 days.

**Associated Companies:**  Associated Companies are employers who are the Employer's subsidiaries or affiliates and are reported to Prudential in writing for inclusion under the Group Contract, provided that Prudential has approved such request.  This Certificate applies to the Employer and its Associated Companies, if any.

**Employer's Control Number:** 4605

**Cost of Insurance:**  The insurance in this Booklet is Non-contributory Insurance.  The entire cost of the insurance is being paid by the Employer.

**Prudential's Address:**

The Prudential Insurance Company of America
290 West Mount Pleasant Avenue
Livingston, New Jersey 07039

83500
BSB 1001

(4605-1)

## WHEN YOU HAVE A CLAIM

Each time a claim is made, it should be made without delay.  Use a claim form, and follow the instructions on the form.

If you do not have a claim form, contact your Employer.

---

# Accidental Death and Dismemberment Coverage

**FOR YOU**

This Coverage pays benefits for accidental Loss.

Loss means the person's:

(1)  loss of life;

(2)  total and permanent loss of sight;

(3)  loss of hand or foot by severance at or above the wrist or ankle;

(4)  total and permanent loss of speech;

(5)  total and permanent loss of hearing in both ears;

(6)  loss of thumb and index finger of the same hand by severance at or above the metacarpophalangeal joint;

(7)  loss due to Quadriplegia, Paraplegia, or Hemiplegia; or

(8)  loss due to Coma.

Quadriplegia means the complete and irreversible paralysis of both upper and both lower limbs.

Paraplegia means the complete and irreversible paralysis of both lower limbs.

Hemiplegia means the complete and irreversible paralysis of the upper and lower limbs on one side of the body.

Coma means a profound state of unconsciousness from which the person cannot be aroused, even by powerful stimulation, as determined by the person's physician.

## A.  BENEFITS.

Benefits for accidental Loss are payable only if all of these conditions are met:

(1)  The person sustains an accidental bodily Injury while a Covered Person.

(2)  The Loss results directly from that Injury and from no other cause.

(3)  The person suffers the Loss within 365 days after the accident.  But, if the Loss is due to Coma, that Loss:

    (a)  begins within 365 days after the accident; and

83500
ADD R 5011

14

(4605-1)

(b)   continues for six consecutive months; and

(c)   is total, continuous and permanent at the end of that six month period.

Any benefit for a Loss due to Coma will not begin until the end of the six-month period in (c) above.

For the purposes of the Coverage:

(1)   Exposure to the elements will be considered an accidental Injury.

(2)   It will be presumed that the person has suffered a Loss of life if the person's body has not been found within one year of disappearance, stranding, sinking or wrecking of any vehicle in which the person was an occupant.

Not all such Losses are covered.  See Losses Not Covered below.

**Benefit Amount Payable:**  The amount payable depends on the type of Loss as shown below.  All benefits are subject to the Limitation Per Accident below.

Percent of the Person's
Amount of Insurance

Loss of or by Reason of:

Life ............................................................................................... 100
Both Hands ................................................................................... 100
Both Feet ....................................................................................... 100
Sight of Both Eyes ....................................................................... 100
One Hand and One Foot .............................................................. 100
One Hand and Sight of One Eye................................................. 100
One Foot and Sight of One Eye .................................................. 100
Speech and Hearing .................................................................... 100
Quadriplegia.................................................................................. 100

Paraplegia....................................................................................... 75

One Hand ........................................................................................ 50
One Foot .......................................................................................... 50
Sight of One Eye ............................................................................ 50
Speech ............................................................................................ 50
Hearing............................................................................................ 50
Hemiplegia...................................................................................... 50

Thumb and Index Finger of the Same Hand ............................... 25

Coma ................................................................................ 1% per month,
........................................................................,................. up to 11 months

**Limitation Per Accident:**  No more than the Amount of Insurance on a person at the time of the accident will be paid for all Losses resulting from Injuries sustained in that accident.

83500
ADD R 5011                                                                     (4605-1)

15

## B.  LOSSES NOT COVERED.

A Loss is not covered if it results from any of these:

(1)    Suicide or attempted suicide, while sane or insane.

(2)    Intentionally self-inflicted Injuries, or any attempt to inflict such Injuries.

(3)    Sickness, whether the Loss results directly or indirectly from the Sickness.

(4)    Medical or surgical treatment of Sickness, whether the Loss results directly or indirectly from the treatment.

(5)    Any infection.  But, this does not include:

    (a)    a pyogenic infection resulting from an accidental cut or wound; or

    (b)    a bacterial infection resulting from accidental ingestion of a contaminated substance.

(6)    War, or any act of war.  "War" means declared or undeclared war and includes resistance to armed aggression.

(7)    An accident that occurs while the person is serving on full-time active duty for more than 30 days in any armed forces.  But this does not include Reserve or National Guard active duty for training.

(8)    Travel or flight in any vehicle used for aerial navigation.  This includes getting in, out, on or off any such vehicle.  This (8) applies only if:

    (a)    the person is riding as a passenger in any aircraft not intended or licensed for the transportation of passengers;

    (b)    the person is performing as a pilot or a crew member of any aircraft; or

    (c)    you are riding as a passenger in an aircraft owned, leased or operated by your Employer.

(9)    Commission of or attempt to commit a felony.

(10) Being legally intoxicated or under the influence of any narcotic unless administered or consumed on the advice of a Doctor.

(11) Participation in these hazardous sports:  scuba diving; bungee jumping; skydiving; parachuting; hang gliding; or ballooning.

## C.  ADDITIONAL BENEFITS

An additional benefit may be payable for a Loss for which a benefit is payable under the other terms of this Coverage or would be payable except for the Limitation Per Accident of those terms.  Any such benefit is payable in addition to any other benefit payable under this Coverage.  Any additional conditions that apply to an additional benefit are shown below.  An additional benefit is payable only if those conditions are met.

(1)    **Additional Benefit for Loss of Life as a Result of an Accident in a Four Wheel Vehicle While Using a Seat Belt:**

83500
ADD R 5011

(4605-1)

This additional benefit for the person's Loss of life is payable only if this test is met.

The person sustains an accidental bodily Injury resulting in the Loss while:

(a)  the person is a driver or passenger in a Four Wheel Vehicle; and

(b)  the person is wearing a Seat Belt in the manner prescribed by the vehicle's manufacturer; and

(c)  the actual use of a Seat Belt at the time of the Injury is verified in an official report of the accident, or is certified in writing by the investigating official(s).

Four Wheel Vehicle means a vehicle that is:

(a)  duly licensed for passenger use;

(b)  designated primarily for use on public streets and highways; and

(c)  in the list below:

    (i)  a private passenger automobile;

    (ii)  a station wagon;

    (iii)  a van, jeep or truck-type vehicle which has a manufacturer's rated load capacity of 2,000 pounds or less; or

    (iv)  a self-propelled motor home.

Seat Belt means an unaltered lap restraint or lap and shoulder restraint.

**Losses Not Covered under this Additional Benefit:**  A Loss is not covered under this additional benefit if it results from driving or riding in any Four Wheel Vehicle used in a race or a speed or endurance test, or for acrobatic or stunt driving.

**Benefit Amount Payable for Loss of Life as a Result of an Accident in a Four Wheel Vehicle While Using a Seat Belt:**  The additional amount payable is shown in the Schedule of Benefits.

(2)  **Additional Benefit for Loss of Life as a Result of an Accident in a Four Wheel Vehicle Equipped with a Supplemental Restraint System:**

This additional benefit for the person's Loss of life is payable only if this test is met.

The person sustains an accidental bodily Injury resulting in the Loss while:

(a)  the person is a driver or passenger in a Four Wheel Vehicle equipped with a factory-installed Supplemental Restraint System; and

(b)  the person is in a seat designed to be protected by an air bag; and

(c)  the person is wearing a Seat Belt in the manner prescribed by the vehicle's manufacturer; and

(d)  the actual use of a Seat Belt at the time of the Injury is verified in an official report of the accident, or is certified in writing by the investigating official(s).

83500
ADD R 5011
(4605-1)

Four Wheel Vehicle means a vehicle that is:

(a)  duly licensed for passenger use;

(b)  designated primarily for use on public streets and highways; and

(c)  in the list below:

    (i)  a private passenger automobile;

    (ii)  a station wagon;

    (iii)  a van, jeep or truck-type vehicle which has a manufacturer's rated load capacity of 2,000 pounds or less; or

    (iv)  a self-propelled motor home.

Seat Belt means an unaltered lap restraint or lap and shoulder restraint.

Supplemental Restraint System means an air bag system intended to add protection to the head and chest areas.

**Losses Not Covered under this Additional Benefit:**  A Loss is not covered under this additional benefit if it results from driving or riding in any Four Wheel Vehicle used in a race or a speed or endurance test, or for acrobatic or stunt driving.

**Benefit Amount Payable for Loss of Life as a Result of an Accident in a Four Wheel Vehicle Equipped with a Supplemental Restraint System:**  The additional amount payable is shown in the Schedule of Benefits.

(3)  **Additional Benefit for Return of Remains:**

This additional benefit for return of remains only applies if the person suffers a Loss of life and such Loss occurs outside a 150-mile radius of the person's home.  It is payable for Covered Expenses incurred to return the person's body home to the United States or Canada.

Covered Expenses includes expenses for:  (a) embalming; (b) cremation; (c) a coffin; and (d) transportation of the remains.

**Benefit Amount Payable for Return of Remains:**  The additional amount payable is shown in the Schedule of Benefits.

(4)  **Additional Benefit for Your Loss as a Result of Felonious Assault:**

This additional benefit for Felonious Assault only applies if you suffer a Loss that is the result of a Felonious Assault.

Felonious Assault means a Physical Attack by another person resulting in bodily harm to you. But, a Felonious Assault is not a moving violation as defined under the applicable state motor vehicle laws.

Physical Attack means any willful or unlawful use of force or violence upon you with the intent to cause bodily injury to you.  The Physical Attack must be considered a felony or misdemeanor in the jurisdiction in which it occurs.

**Benefit Amount Payable for Your Loss as a Result of Felonious Assault:** The additional amount payable is shown in the Schedule of Benefits.

(5)   **Additional Benefit for Tuition Reimbursement for Your Spouse:**

This additional benefit for tuition reimbursement for your spouse only applies if you suffer a Loss of life.

An additional benefit for tuition reimbursement is payable for the person who:

(a)   is your spouse on the date of your death; and

(b)   enrolls in any professional or trades program within 30 months after the date of your death for the purposes of obtaining an independent source of support or enriching that spouse's ability to earn a living.  Proof of enrollment must be given to Prudential.

**Benefit Amount Payable for Tuition Reimbursement for Your Spouse:** The additional benefit payable is shown in the Schedule of Benefits.

(6)   **Additional Benefit for Tuition Reimbursement for Your Dependent Child:**

This additional benefit for tuition reimbursement for your dependent child only applies if you suffer a Loss of life.

An additional benefit for tuition reimbursement is payable for each dependent child less than age 23 who, on the date of death, is:

(a)   your child who wholly depends on you for support and maintenance; and

(b)   enrolled as a full-time student in a School; or

(c)   in the 12th grade and becomes a full-time student in a School within 365 days after that date.

Proof of enrollment must be given to Prudential.

School means an institution of higher learning.  This includes, but is not limited to, a university, college or trade school.

**Benefit Amount Payable for Tuition Reimbursement for Your Dependent Child:** The additional amount payable is shown in the Schedule of Benefits.

(7)   **Additional Benefit for Day Care Expenses for Your Dependent Child:**

This additional benefit for day care expenses for your dependent child only applies if you suffer a Loss of life.

This additional benefit is payable for each dependent child less than age 7 who:

(a)   is your child who is wholly dependent on you for support and maintenance on the date of death; and

(b)   is enrolled at a Day Care Center on the date of death; or

(c)   becomes enrolled at a Day Care Center within 90 days after the date of death.

Proof of enrollment must be given to Prudential.

A Day Care Center is a facility which:

(a) is duly licensed, certified or accredited to provide child care by the jurisdiction in which it is located; and

(b) is operating in compliance with applicable laws and regulation of that jurisdiction.

**Benefit Amount Payable for Day Care Expenses for Your Dependent Child:** The additional amount payable is shown in the Schedule of Benefits.

———————————————

The Claim Rules and the "To Whom Payable" part of the Schedule of Benefits apply to the payment of the benefits.

———————————————

# General Information

## BENEFICIARY RULES

The rules in this section apply to insurance payable on account of your death, when the Coverage states that they do. But these rules are modified by any burial expenses rule in the Schedule of Benefits and, if there is an assignment, by the following sections: Limits on Assignments; and Effect of Gift Assignment of Rights of Group Life Insurance Under Another Group Contract.

"Beneficiary" means a person chosen, on a form approved by Prudential, to receive the insurance benefits.

You have the right to choose a Beneficiary for each Coverage under this Prudential Group Contract.

If there is a Beneficiary for the insurance under a Coverage, it is payable to that Beneficiary. Any amount of insurance under a Coverage for which there is no Beneficiary at your death will be payable to the first of the following: Your (a) surviving spouse; (b) surviving child(ren) in equal shares; (c) surviving parents in equal shares; (d) surviving siblings in equal shares; (e) estate. This order will apply unless otherwise provided in the Limits on Assignments.

You may change the Beneficiary at any time without the consent of the present Beneficiary. The Beneficiary change form must be filed through the Employer. The change will take effect on the date the form is signed. But it will not apply to any amount paid by Prudential before it receives the form.

If there is more than one Beneficiary but the Beneficiary form does not specify their shares, they will share equally. If a Beneficiary dies before you, that Beneficiary's interest will end. It will be shared equally by any remaining Beneficiaries, unless the Beneficiary form states otherwise.

## MODE OF SETTLEMENT RULES

The rules in this section apply to Employee Life Insurance payable on account of your death. But these rules are subject to the Limits on Assignments section.

"Mode of Settlement" means payment other than in one sum.

Employee Life Insurance is normally paid to the Beneficiary in one sum. But a Mode of Settlement may be arranged with Prudential for all or part of the insurance, as stated below.

Arrangements for Mode of Settlement: You may arrange a Mode of Settlement by proper written request to Prudential. If, at your death, no Mode of Settlement has been arranged for an amount of your Employee Life Insurance, the Beneficiary and Prudential may then mutually agree on a Mode of Settlement for that amount.

Conditions for Mode of Settlement: The Beneficiary must be a natural person taking in the Beneficiary's own right. A Mode of Settlement will apply to secondary Beneficiaries only if Prudential agrees in writing. Each installment to a person must not be less than $20.00. A change of Beneficiary will void any Mode of Settlement arranged before the change.

Choice by Beneficiary: A Beneficiary being paid under a Mode of Settlement may, if Prudential agrees, choose (or change the Beneficiary's choice of) a payee or payees to receive, in one sum, any amount which would otherwise be payable to the Beneficiary's estate.

83500
BBN 5010                                                                                    (S-1)

# Creative & Response Research Services, Inc.

Employee Term Life Coverage

    Basic and Optional Plans

Dependents Term Life Coverage

Accidental Death and Dismemberment Coverage

    Basic and Optional Plans



Prudential

# Disclosure Notice

## FOR INDIANA RESIDENTS

Questions regarding your policy or coverage should be directed to:

The Prudential Insurance Company of America
(800) 524-0542

If you (a) need the assistance of the governmental agency that regulates insurance; or (b) have a complaint you have been unable to resolve with your insurer you may contact the Department of Insurance by mail, telephone or e-mail:

State of Indiana Department of Insurance
Consumer Services Division
311 West Washington Street, Suite 300
Indianapolis, Indiana  46204

Consumer Hotline: (800) 622-4461; (317) 232-2395

Complaints can be filed electronically at www.in.gov/idoi.

## FOR WISCONSIN RESIDENTS

## KEEP THIS NOTICE WITH YOUR INSURANCE PAPERS

Problems with Your Insurance? – If you are having problems with your insurance company or agent, do not hesitate to contact the insurance company or agent to resolve your problem.

### Prudential's Customer Service Office:

**The Prudential Insurance Company of America
Prudential Group Life Claim Division
P.O. Box 8517
Philadelphia, PA  19176
1-800-524-0542**

You can also contact the Office of the Commissioner of Insurance, a state agency which enforces Wisconsin's insurance laws, and file a complaint.  You can contact the Office of the Commissioner of Insurance by contacting:

Office of the Commissioner of Insurance
Complaints Department
P.O. Box 7873
Madison, WI 53707-7873
1-800-236-8517
608-266-0103

# Foreword

*We are pleased to present you with this Booklet. It describes the Program of benefits we have arranged for you and what you have to do to be covered for these benefits.*

*We believe this Program provides worthwhile protection for you and your family.*

*Please read this Booklet carefully. If you have any questions about the Program, we will be happy to answer them.*

***IMPORTANT NOTICE:*** *This Booklet is an important document and should be kept in a safe place. This Booklet and the Certificate of Coverage made a part of this Booklet together form your Group Insurance Certificate.*

***IMPORTANT INFORMATION FOR RESIDENTS OF CERTAIN STATES:*** *There are state-specific requirements that may change the provisions under the Coverage(s) described in this Group Insurance Certificate. If you live in a state that has such requirements, those requirements will apply to your Coverage(s) and are made a part of your Group Insurance Certificate. Prudential has a website that describes these state-specific requirements. You may access the website at www.prudential.com/etonline. When you access the website, you will be asked to enter your state of residence and your Access Code.* ***Your Access Code is 4605.***

*If you are unable to access this website, want to receive a printed copy of these requirements or have any questions, call Prudential at 1-866-439-9026.*

# Table of Contents

FOREWORD ...................................................................................................................1

SCHEDULE OF BENEFITS ...........................................................................................3

WHO IS ELIGIBLE TO BECOME INSURED...............................................................10

WHEN YOU BECOME INSURED.................................................................................11

DELAY OF EFFECTIVE DATE.....................................................................................13

EMPLOYEE TERM LIFE COVERAGE ........................................................................15

OPTION TO ACCELERATE PAYMENT OF DEATH BENEFITS ................................18

RIGHT TO ELECT TERM LIFE COVERAGE UNDER THE PORTABILITY PLAN............................20

OPTIONAL DEPENDENTS TERM LIFE COVERAGE.................................................22

RIGHT TO ELECT DEPENDENTS TERM LIFE COVERAGE UNDER THE PORTABILITY PLAN..24

ACCIDENTAL DEATH AND DISMEMBERMENT COVERAGE .................................27

RIGHT TO ELECT ACCIDENTAL DEATH AND DISMEMBERMENT COVERAGE UNDER THE PORTABILITY PLAN .................................................................................34

GENERAL INFORMATION...........................................................................................36

WHEN YOUR INSURANCE ENDS..............................................................................41

CERTIFICATE OF COVERAGE ...................................................................................42

# Schedule of Benefits

**Covered Classes:** The "Covered Classes" are these Employees of the Employer (and its Associated Companies): All Full-time Employees.

**Program Date:** June 1, 2008. This Booklet describes the benefits under the Group Program as of the Program Date.

- This Booklet and the Certificate of Coverage together form your Group Insurance Certificate. The Coverages in this Booklet are insured under a Group Contract issued by Prudential. All benefits are subject in every way to the entire Group Contract which includes the Group Insurance Certificate. It alone forms the agreement under which payment of insurance is made.

## BASIC EMPLOYEE TERM LIFE COVERAGE

**BENEFIT AMOUNTS:**

**Amount For Each Benefit Class:**

| Benefit Classes | Amount of Insurance |
|---|---|
| All Employees | 100% of your annual Earnings. If this amount is not a multiple of $1,000, it will be rounded to the next higher multiple of $1,000. |
| | Minimum Amount: $5,000. |
| | Maximum Amount: $200,000. |

The Definitions section explains what "Earnings" means.

**Amount Limit Due to Age:** When you are age 65 or more, your amount of insurance is limited. It is the Limited Percent (for that Age) of the amount for which you would then be insured if there were no limitation. Each Age and the Limited Percent for that Age are shown below.

| Age | Limited Percent |
|---|---|
| 65 | 65 |
| 70 and more | 50 |

The Limited Percent for an Age takes effect on the day you become insured if you are then that Age. Otherwise, each Limited Percent for an Age takes effect on the first November 1 that occurs while you are that Age.

The Delay of Effective Date section does not apply to this provision.

**Effect of Option to Accelerate Payment of Death Benefits:** Your amount of insurance (as determined in the absence of this provision) will be reduced by the amount of any Terminal Illness Proceeds paid under the Option to Accelerate Payment of Death Benefits.

## OPTIONAL EMPLOYEE TERM LIFE COVERAGE

You may enroll for one of the options below.  The option for which you enroll will be recorded by your Employer and reported to Prudential.

BENEFIT AMOUNTS:

Amount For Each Benefit Class:

| Benefit Classes | Amount of Insurance |
| --- | --- |
| All Employees | Any multiple of $10,000. |
| | Minimum Amount: $10,000. |
| | Maximum Amount:  the lesser of (1) and (2): |
| | (1)  500% of your annual Earnings. |
| | (2)  $300,000. |

The Definitions section explains what "Earnings" means.

**Non-medical Limit on Amount of Insurance:**  There is a limit on the amount for which you may be insured without submitting evidence of insurability.  This is called the Non-medical Limit.

If the amount of insurance for your Class and age at any time is more than the Non-medical Limit, you must give evidence of insurability satisfactory to Prudential before the part over the Limit can become effective.

This requirement applies:  when you first become insured; when your Class changes; if you request an increase in your Amount of Insurance; or if the amount for your Class is changed by an amendment to the Group Contract.  Even if you are insured for an amount over the Limit, you will still have to meet this evidence requirement before any increase in your amount of insurance can become effective.  The amount of your insurance will be increased to the amount for your Class and age when Prudential decides the evidence is satisfactory and you meet the Active Work Requirement.

Non-medical Limit: $100,000.  If the Amount Limit for this Coverage applies at any time to your amount of insurance, that Limit will also apply to the Non-medical Limit as if it were an amount of insurance.

The Delay of Effective Date section does not apply to this provision.

Note:  The Non-medical Limit does not apply to any amount of insurance for which you were insured under another group contract providing employee term life coverage for Employees of the Employer on the day prior to the Program Date.

**Increases and Decreases:**  You may elect to have your amount of insurance under the Coverage changed.  You must do this on a form approved by Prudential and agree to make any required contributions.

If you request an increase, you must give evidence of insurability.  The amount of your insurance will be increased when Prudential decides the evidence is satisfactory and you meet the Active Work Requirement.

If you request a decrease, the amount of your insurance will be decreased on the date of your written request.

**Changing Plans at Annual Enrollment:** You may elect to have your amount of insurance under the Coverage changed during the Annual Enrollment Period. You must do this on a form approved by Prudential and agree to make any required contributions.

You must give evidence of insurability if you request an increase of more than four options or $40,000. Changes will become effective on the date designated by the Employer. But an increase, which is subject to evidence, will be effective on the date Prudential decides the evidence is satisfactory, if this date is later. The Delay of Effective Date section applies to all changes except decreases.

Any Non-medical Limit will apply to an increased amount of coverage.

The "Definitions" section explains what "Annual Enrollment Period" means.

**Amount Limit Due to Age:** When you are age 65 or more, your amount of insurance is limited. It is the Limited Percent (for that Age) of the amount for which you would then be insured if there were no limitation. Each Age and the Limited Percent for that Age are shown below.

| Age | Limited Percent |
| --- | --- |
| 65 | 65 |
| 70 and more | 50 |

The Limited Percent for an Age takes effect on the day you become insured if you are then that Age. Otherwise, each Limited Percent for an Age takes effect on the first November 1 that occurs while you are that Age.

The Delay of Effective Date section does not apply to this provision.

**Effect of Option to Accelerate Payment of Death Benefits:** Your amount of insurance (as determined in the absence of this provision) will be reduced by the amount of any Terminal Illness Proceeds paid under the Option to Accelerate Payment of Death Benefits.

## OPTIONAL DEPENDENTS TERM LIFE COVERAGE

The amount of insurance is the amount for your Benefit Class. You may enroll your Qualified Dependents for the plan shown below. If you may choose the amount of insurance or if there are options from which to select, the amount for which you enroll will be recorded by your Employer and reported to Prudential. Your Benefit Class is determined by the classification of your dependents and the amount for which you enroll as shown in this table.

| Qualified Dependents Classification | Amount of Insurance* |
| --- | --- |
| Your spouse | Any multiple of $5,000. |
| | Minimum Amount: $5,000. |
| | Maximum Amount: $150,000. |
| Your children | Any multiple of $2,000. |
| | Maximum Amount: $10,000. |

\*    The amount of insurance on a dependent will not exceed 50% of the amount for which you are insured under the Optional Employee Term Life Coverage.

**Non-medical Limit on Amount of Insurance for Your Spouse:** There is a limit on the amount for which your spouse may be insured without submitting evidence of insurability. This is called the Non-medical Limit.

If you elect an amount of Dependents Term Life Coverage for your spouse above the Non-medical Limit, you must give evidence of insurability for your spouse satisfactory to Prudential before the part over the Limit can become effective. The amount of your spouse's insurance will be increased when Prudential decides the evidence is satisfactory and your spouse is not home or hospital confined for medical care or treatment. This requirement applies: when your spouse first becomes insured, or if you elect to have your spouse's amount of Dependents Term Life Coverage increased.

Non-medical Limit: $20,000. If the Amount Limit for this Coverage applies at any time to your spouse's amount of insurance, that Limit will also apply to the Non-medical Limit as if it were an amount of insurance.

The Delay of Effective Date section does not apply to this provision.

**Amount Limit Due to Age:** When you are age 65 or more, your spouse's amount of insurance is limited. It is the Limited Percent (for that Age) of the amount for which your spouse would then be insured if there were no limitation. Each Age and the Limited Percent for that Age are shown below.

| Age | Limited Percent |
|---|---|
| 65 | 65 |
| 70 and more | 50 |

The Limited Percent for an Age takes effect on the day you become insured if you are then that Age. Otherwise, each Limited Percent for an Age takes effect on the first November 1 that occurs while you are that Age.

The Delay of Effective Date section does not apply to this provision.

## ACCIDENTAL DEATH AND DISMEMBERMENT COVERAGE

**BENEFIT AMOUNTS UNDER BASIC EMPLOYEE ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE:**

**Amount For Each Benefit Class:** An amount equal to the amount for which you are insured under the Basic Employee Term Life Coverage. For this purpose only, that amount will be the amount as determined above, except that if your Basic Employee Term Life Coverage is reduced by any amount paid under the Option to Accelerate Payment of Death Benefits, that reduction will not apply to this Coverage.

**BENEFIT AMOUNTS UNDER OPTIONAL EMPLOYEE ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE:**

**Amount For Each Benefit Class:** An amount equal to the amount for which you are insured under the Optional Employee Term Life Coverage. For this purpose only, that amount will be the amount as determined above, except that if your Optional Employee Term Life Coverage is reduced by any amount paid under the Option to Accelerate Payment of Death Benefits, that reduction will not apply to this Coverage.

**ADDITIONAL BENEFITS UNDER BASIC AND OPTIONAL EMPLOYEE ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE:**

For the purposes of determining benefits under the Coverage, Amount of Insurance does not include any additional amount payable as shown below.

**Additional Amount Payable for Loss of Life as a Result of an Accident in a Four Wheel Vehicle While Using a Seat Belt:** An amount equal to the lesser of:

(1)   10% of your Amount of Insurance; and

(2)   $10,000.

**Additional Amount Payable for Loss of Life as a Result of an Accident in a Four Wheel Vehicle Equipped with a Supplemental Restraint System:** An amount equal to the lesser of:

(1)   10% of your Amount of Insurance; and

(2)   $10,000.

**Additional Amount Payable for Return of Remains:** An amount equal to the lesser of:

(1)   the amount of Covered Expenses; and

(2)   $2,500.

**Additional Amount Payable for Your Loss as a Result of Felonious Assault:** An amount equal to 5% of the amount payable under the Coverage for the Loss that results from a Felonious Assault.

**Additional Amount Payable for Tuition Reimbursement for Your Spouse:** An amount equal to the least of:

(1)   the actual tuition charged for the program;

(2)   1% of your Amount of Insurance; and

(3)   $2,500.

**Additional Annual Amount Payable for Tuition Reimbursement for Your Dependent Child:** An amount equal to the least of:

(1)   the actual annual tuition, exclusive of room and board, charged by the School;

(2)   1% of your Amount of Insurance; and

(3)   $2,500.

This benefit is payable annually for up to four consecutive years, but not beyond the date the child reaches age 23.

If there is no dependent child eligible for this benefit, a benefit of $1,000 will be paid.

**Additional Annual Amount Payable for Day Care Expenses for Your Dependent Child:** An amount equal to the lesser of:

(1)   the actual cost charged by such Day Care Center per year;

(2)   1% of your Amount of Insurance, and

(3)   $2,000.

This benefit is payable annually for up to four consecutive years, but not beyond the date the child reaches age seven.

If there is no dependent child eligible for this benefit, a benefit of $1,000 will be paid.

**TO WHOM PAYABLE:**

Accidental Death and Dismemberment benefits are payable to you with these exceptions:

(1)  Benefits for tuition reimbursement for your spouse payable on account of your Loss of life will be paid to:

    (a)  your spouse, if living; or

    (b)  your spouse's estate.

(2)  Benefits for day care expenses or tuition reimbursement for your dependent children payable on account of your Loss of life will be paid to the person or institution appearing to Prudential to have assumed the main support of the children.

(3)  Benefits for any other of your Losses that are unpaid at your death or become payable on account of your death will be paid to your Beneficiary or Beneficiaries.  (See Beneficiary Rules.)

## OTHER INFORMATION

**Contract Holder:**  PruValue Insurance Benefits Trust

**Group Contract No.:** PVIB-03

**Employer:**  CREATIVE & RESPONSE RESEARCH SERVICES, INC.

**Associated Companies:**  Associated Companies are employers who are the Employer's subsidiaries or affiliates and are reported to Prudential in writing for inclusion under the Group Contract, provided that Prudential has approved such request.  This Certificate applies to the Employer and its Associated Companies, if any.

**Employer's Control Number:**  4605

**Cost of Insurance:**  Insurance under the Coverage(s) listed below is Non-Contributory Insurance.

    Basic Employee Term Life Coverage

    Basic Accidental Death and Dismemberment Coverage

Insurance under the other Coverage(s) in this Booklet is Contributory Insurance.  You will be informed of the amount of your contribution when you enroll.  Any contribution due but unpaid at your death will be deducted from the death benefit.

**Prudential's Address:**

The Prudential Insurance Company of America
80 Livingston Avenue
Roseland, New Jersey 07068

## WHEN YOU HAVE A CLAIM

Each time a claim is made, it should be made without delay.  Use a claim form, and follow the instructions on the form.

If you do not have a claim form, contact your Employer.

—————————————

# Who is Eligible to Become Insured

## FOR EMPLOYEE INSURANCE

**You are eligible for Employee Insurance while:**

- You are a full-time Employee of the Employer; and

- You are in a Covered Class; and

- You have completed the Employment Waiting Period, if any. You may need to work for the Employer for a continuous full-time period before you become eligible for the Coverage. The period must be agreed upon by the Employer and Prudential. Your Employer will inform you of any such Employment Waiting Period for your class.

**You are full-time** if you are regularly working for the Employer at least the number of hours in the Employer's normal full-time work week for your class, but not less than 30 hours per week. If you are a partner or proprietor of the Employer, that work must be in the conduct of the Employer's business.

**Your class** is determined by the Employer. This will be done under its rules, on dates it sets. The Employer must not discriminate among persons in like situations. You cannot belong to more than one class for insurance on each basis, Contributory or Non-contributory Insurance, under a Coverage. "Class" means Covered Class, Benefit Class or anything related to work, such as position or Earnings, which affects the insurance available.

**This applies if you are an Employee of more than one employer included under the Group Contract:** For the insurance, you will be considered an Employee of only one of those employers. Your service with the others will be treated as service with that one.

The rules for obtaining Employee Insurance are in the When You Become Insured section.

## FOR DEPENDENTS INSURANCE

**You are eligible for Dependents Insurance while:**

- You are eligible for Employee Insurance; and

- You have a Qualified Dependent.

**Qualified Dependents:**

**These are the persons for whom you may obtain Dependents Insurance:**

- Your spouse.

- Your unmarried children 14 days to 19 years old.

Your children include your legally adopted children, children placed with you for adoption prior to legal adoption, and each of your stepchildren and foster children who depends on you for support and maintenance. A child placed with you for adoption prior to legal adoption is considered your Qualified

Dependent from the date of placement for adoption, and is treated as though the child were a newborn child born to you.

**Exceptions:**

(1)   The age 19 limit does not apply to a child who:

   (a)   wholly depends on you for support and maintenance;

   (b)   is enrolled as a full-time student in a school; and

   (c)   is less than the Student Age Limit.

   Student Age Limit:  25.

(2)   Your spouse or child is not your Qualified Dependent while:

   (a)   on active duty in the armed forces of any country; or

   (b)   insured under any Employee Term Life Coverage of the Group Contract; or

   (c)   the spouse or child has protection under any Employee Term Life Coverage of the Group Contract after the spouse's or child's insurance under that Coverage ends.

**A child will not be considered the Qualified Dependent of more than one Employee.**  If this would otherwise be the case, the child will be considered the Qualified Dependent of the Employee named in a written agreement of all such Employees filed with the Employer.  If there is no written agreement, the child will be considered the Qualified Dependent of:

(1)   the Employee who became insured under the Group Contract with respect to the child, while the child was a Qualified Dependent of only that Employee; and otherwise

(2)   the Employee who has the longest continuous service with the Employer, based on the Employer's records.

The rules for obtaining Dependents Insurance are in the When You Become Insured section.

# When You Become Insured

## FOR EMPLOYEE INSURANCE

Your Employee Insurance under a Coverage will begin the first day on which:

- You have enrolled, if the Coverage is Contributory; and

- You are eligible for Employee Insurance; and

- You are in a Covered Class for that insurance; and

- You have met any evidence requirement for Employee Insurance; and

83500
BEL 1001

(4605-8)

- Your insurance is not being delayed under the Delay of Effective Date section below; and

- That Coverage is part of the Group Contract.

For Contributory Insurance, you must enroll on a form approved by Prudential and agree to pay the required contributions. Your Employer will tell you whether contributions are required and the amount of any contribution when you enroll.

At any time, the benefits for which you are insured are those for your class, unless otherwise stated.

**When evidence is required:** In any of these situations, you must give evidence of insurability. This requirement will be met when Prudential decides the evidence is satisfactory.

(1) For Contributory Insurance, you enroll more than 31 days after you could first be covered.

(2) You enroll after any of your insurance under the Group Contract ends because you did not pay a required contribution.

(3) You wish to become insured for life insurance and have an individual life insurance contract which you obtained by converting your insurance under a Coverage of the Group Contract.

(4) You have not met a previous evidence requirement to become insured under any Prudential group contract covering Employees of the Employer.

## FOR DEPENDENTS INSURANCE

Your Dependents Insurance under a Coverage for a person will begin the first day on which all of these conditions are met:

- You have enrolled for Dependents Insurance under the Coverage, if the Coverage is Contributory.

- The person is your Qualified Dependent.

- You are in a Covered Class for that insurance.

- To be insured for a Qualified Dependent under the Dependents Term Life Coverage, you must be insured under the Optional Employee Term Life Coverage of the Group Contract.

- You have met any evidence requirement for that Qualified Dependent.

- Your insurance for that Qualified Dependent is not being delayed under the Delay of Effective Date section below.

- Dependents Insurance under that Coverage is part of the Group Contract.

For Contributory Insurance, you must enroll on a form approved by Prudential and agree to pay the required contributions. Your Employer will tell you whether contributions are required and the amount of any contribution when you enroll.

At any time, the Dependents Insurance benefits for which you are insured are those for your class, unless otherwise stated.

**When evidence is required:** In any of these situations, you must give evidence of insurability for a Qualified Dependent spouse. This requirement will be met when Prudential decides the evidence is satisfactory. Evidence is not required for a Qualified Dependent child.

(1)  For Contributory Insurance, you enroll for Dependents Insurance under a Coverage more than 31 days after you are first eligible for Dependents Insurance.

(2)  You enroll for Dependents Insurance after any insurance under the Group Contract ends because you did not pay a required contribution.

(3)  The Qualified Dependent is a person for whom a previous requirement for evidence of insurability has not been met. The evidence was required for that person to become covered for an insurance, as a dependent or an Employee. That insurance is or was under any Prudential group contract for Employees of the Employer.

**Change in Family Status:** It is important that you inform the Employer promptly when you first acquire a Qualified Dependent. You should also inform the Employer if your Dependents Insurance status changes from one to another of these categories:

• No Qualified Dependents.

• Qualified Dependent spouse only.

• Qualified Dependent spouse and children.

• Qualified Dependent children only.

If you are insured under a Coverage for one or more children, you need not report additional children.

Forms are available for reporting these changes.

# Delay of Effective Date

## FOR EMPLOYEE INSURANCE

Your Employee Insurance under a Coverage will be delayed if you do not meet the Active Work Requirement on the day your insurance would otherwise begin. Instead, it will begin on the first day you meet the Active Work Requirement and the other requirements for the insurance. The same delay rule will apply to any change in your insurance that is subject to this section. If you do not meet the Active Work Requirement on the day that change would take effect, it will take effect on the first day you meet that requirement.

## FOR DEPENDENTS TERM LIFE COVERAGE

A Qualified Dependent may be confined for medical care or treatment, at home or elsewhere. If a Qualified Dependent is so confined on the day that your Dependents Insurance under a Coverage for that Qualified Dependent, or any change in that insurance that is subject to this section, would take effect, it will not then take effect. The insurance or change will take effect upon the Qualified

Exhibit A  3

Dependent's final medical release from all such confinement.  The other requirements for the insurance or change must also be met.

Newborn Child Exception:  This section does not apply to a child of yours if the child is born to you, becomes your Qualified Dependent when the child is 14 days old, and either:

(1)   is your first Qualified Dependent; or

(2)   becomes a Qualified Dependent while you are insured for Dependents Insurance under that Coverage for any other Qualified Dependent.

Also, this section does not apply to any age increase in the amount of insurance for a child under the Dependents Term Life Coverage.

83500
BEL 1001

(4605-8)

# Employee Term Life Coverage

## FOR YOU ONLY

### A. DEATH BENEFIT WHILE A COVERED PERSON.

If you die while a Covered Person, the amount of your Employee Term Life Insurance under this Coverage is payable when Prudential receives written proof of death.

### B. DEATH BENEFIT DURING CONVERSION PERIOD.

A death benefit is payable under this Section B if you die:

(1)   within 31 days after you cease to be a Covered Person; and

(2)   while entitled (under Section D) to convert your Employee Term Life Insurance under this Coverage to an individual contract.

The amount of the benefit is equal to the amount of Employee Term Life Insurance under this Coverage you were entitled to convert.  It is payable even if you did not apply for conversion.  It is payable when Prudential receives written proof of death.

### C. EXTENDED DEATH BENEFIT AND WAIVER OF PREMIUMS DURING TOTAL DISABILITY.

If you meet the conditions below, your death benefit protection will be extended while you are Totally Disabled, and from the date Prudential receives proof as described below, premiums for your Employee Term Life Insurance under this Coverage will be waived while your death benefit protection is extended.  The "Extended Death Benefit" is the benefit described in this Section C.

The conditions referred to above are:

(1)   You become Totally Disabled while you are a Covered Person.

(2)   You are less than age 60 when your Total Disability starts.

Total Disability:  You are "Totally Disabled" when:

(1)   You are not working at any job for wage or profit; and

(2)   Due to Sickness, Injury or both, you are not able to perform for wage or profit, the material and substantial duties of any job for which you are reasonably fitted by your education, training or experience.

The extension ends one year after your Total Disability started, unless, within that year, you give Prudential written proof that:

(1)   You have met the above conditions; and

(2)   You are still Totally Disabled; and

83500
LIF R 5116

(4605-8)

(3)   Your Total Disability has continued for at least 9 months.

Prudential will then further extend your death benefit protection for successive one year periods. The first of these periods will start on the date Prudential receives this proof. After that first period, you must give written proof when and as required by Prudential once each year that your Total Disability continues.

If you die while your death benefit protection is being extended, the Extended Death Benefit is payable when Prudential receives written proof that:

(1)   Your Total Disability continued until your death; and

(2)   All of the above conditions have been met.

If you die within one year after your Total Disability started and before you give Prudential proof of Total Disability, written notice of your death must be given to Prudential within one year after your death.

Your extension protection ends if and when:

(1)   Your Total Disability ends; or

(2)   You reach age 65; or

(3)   You fail to furnish any required proof that your Total Disability continues; or

(4)   You fail to submit to a medical exam by Doctors named by Prudential when and as often as Prudential requires. After two full years of this protection, Prudential will not require an exam more than once a year.

If your extension protection ends after you have given the first proof of continued Total Disability, you have the same rights and benefits under Sections B and D as if you ceased to be a member of the Covered Classes for the insurance. But this does not apply if you become a Covered Person within 31 days after this protection ends.

**Amount of Extended Death Benefit:** This amount is determined as if you had remained a Covered Person until death. But it is reduced by any amount payable under Sections A or B above or any Prudential group life insurance that replaces this Coverage for a class of Employees.

**Effect of Conversion:** An individual contract issued under Section D will be in place of all rights under this Section C. But if you have met all the requirements of this Section C, you can obtain these rights in exchange for all benefits of the individual contract. Premiums paid under the individual contract will be refunded. Your choice of Beneficiary in the individual contract, if different than for this Coverage, will be considered notice of change of Beneficiary for any claim under this Section C.

## D.  CONVERSION PRIVILEGE.

If you cease to be insured for the Employee Term Life Insurance of the Group Contract for one of the reasons stated below, you may convert all or part of your insurance under this Coverage, which then ends, to an individual life insurance contract. Evidence of insurability is not required. The reasons are:

(1)   Your employment ends or you transfer out of a Covered Class.

(2)   All term life insurance of the Group Contract for your class ends by amendment or otherwise. But, on the date it ends, you must have been insured for five years for that insurance (or for that insurance and any Prudential rider or group contract replaced by that insurance).

Any such conversion is subject to the rest of this Section D.

**Availability:**  You must apply for the individual contract and pay the first premium by the later of:

(1)   the thirty-first day after you cease to be insured for the Employee Term Life Insurance; and

(2)   the fifteenth day after you have been given written notice of the conversion privilege.  But, in no event may you convert the insurance to an individual contract if you do not apply for the contract and pay the first premium prior to the ninety-second day after you cease to be insured for the Employee Term Life Insurance.

**Individual Contract Rules:**  The individual contract must conform to the following:

Amount:  Not more than your Employee Term Life Insurance under this Coverage when your insurance ends.  But, if it ends because all term life insurance of the Group Contract for your class ends, the total amount of individual insurance which you may get in place of all your life insurance then ending under the Group Contract will not exceed the lesser of the following:

(1)   The total amount of all your life insurance then ending under the Group Contract reduced by the amount of group life insurance from any carrier for which you are or become eligible within the next 31 days.

(2)   $10,000.

Form:  Any form of a life insurance contract that:

(1)   conforms to Title VII of the Civil Rights Act of 1964, as amended, having no distinction based on sex; and

(2)   is one that Prudential usually issues at the age and amount applied for.

This does not include term insurance or a contract with disability or supplementary benefits.

Premium:  Based on Prudential's rate as it applies to the form and amount, and to your class of risk and age at the time.

Effective Date:  The end of the 31 day period after you cease to be insured for the Employee Term Life Insurance.

---

Any death benefit provided under a section of this Coverage is payable according to that section and the Beneficiary and Mode of Settlement Rules.

---

83500
LIF R 5116

(4605-8)

# Option to Accelerate Payment of Death Benefits

The following is added to the Employee Term Life Coverage provision:

**Definitions**

- Terminally Ill Employee:  An employee whose life expectancy is 12 months or less.

- Terminal Illness Proceeds:  The amount of Employee Term Life Insurance that you may elect to place under this option.  The Terminal Illness Proceeds are equal to 80% of the amount in force on your life on the date Prudential receives the proof that you are a Terminally Ill Employee, but not more than $500,000.  However, the Terminal Illness Proceeds may be reduced if, within 12 months after the date Prudential receives such proof, a reduction on account of age would have applied to the amount of your Employee Term Life Insurance.  In that case, the amount of the Terminal Illness Proceeds may not exceed the amount of such Insurance after applying the reduction.

**Option:**  If you become a Terminally Ill Employee while insured under the Employee Term Life Insurance provision or while your death benefit protection is being extended under the Employee Term Life Coverage provision, you may elect to have the Terminal Illness Proceeds placed under this option.  That election is subject to the conditions set forth below.

**Payment of Terminal Illness Proceeds:**  If you elect this option, Prudential will pay the Terminal Illness Proceeds you place under this option in one sum when it receives proof that you are a Terminally Ill Employee.

If you do not want the Terminal Illness Proceeds in one sum, you may elect to have them paid in 12 equal monthly installments.  The first monthly payment will be due when Prudential receives proof that you are a Terminally Ill Employee.  The other payments are due on the same day of each later month.

**To Whom Payable:**  The benefits under this provision are payable to you.

**Amount Due But Unpaid at Your Death:**  If you elect monthly installments and you die before all payments have been made, Prudential will pay your Beneficiary or Beneficiaries determined under the Beneficiary Rules in one sum.  That sum will be the total of the payments that remain.

**Conditions:**  Your right to be paid under this option is subject to these terms:

(1)  You must choose this option in writing in a form that satisfies Prudential.

(2)  You must furnish proof that satisfies Prudential that your life expectancy is 12 months or less, including certification by a Doctor.

(3)  Your Employee Term Life Insurance must not be assigned.

(4)  Terminal Illness Proceeds will be made available to you on a voluntary basis only.  Therefore:

    (a)  If you are required by law to use this option to meet the claims of creditors, whether in bankruptcy or otherwise, you are not eligible for this benefit.

(b)  If you are required by a government agency to use this option in order to apply for, get or keep a government benefit or entitlement, you are not eligible for this benefit.

**Effect on Insurance:**  This benefit is in lieu of the benefits that would have been paid on your death with respect to the Terminal Illness Proceeds.  When you elect this option, the total amount of Employee Term Life Insurance otherwise payable on your death, including any amount under an extended death benefit, will be reduced by the Terminal Illness Proceeds.  Also, any amount you could otherwise have converted to an individual contract will be reduced by the Terminal Illness Proceeds.

---

# Right to Elect Term Life Coverage under the Portability Plan

This right applies to the Optional Employee Term Life Coverage under the Group Contract.

It describes when and how you may become covered for similar coverage under the Portability Plan when your Optional Employee Term Life Coverage under the Group Contract ends. The terms and conditions of the Portability Plan will not be the same as those under this Group Contract. The amount of insurance available under the Portability Plan may not be the same as the amount under this Group Contract.

## RIGHT TO APPLY FOR COVERAGE UNDER THE PORTABILITY PLAN

A right under this section is subject to the rest of these provisions.

You will have the right to apply for term life coverage under the Portability Plan if you meet all of these tests:

(1)  Your Optional Employee Term Life Coverage ends for any reason other than:

   (a)  your failure to pay, when due, any contribution required for it; or

   (b)  the end of your employment on account of your retirement; or

   (c)  the end of the Coverage for all Employees when such Coverage is replaced by group life insurance from any carrier for which you are or become eligible within the next 31 days.

(2)  You meet the Active Work Requirement on the day your insurance ends.

(3)  You are less than age 80.

(4)  Your Amount of Insurance is at least $20,000 under the Optional Employee Term Life Coverage on the day your insurance ends.

## PORTABILITY APPLICATION PERIOD

You have the right to apply for coverage under the Portability Plan during the Portability Application Period. Evidence of insurability is not required to become insured under the Portability Plan. But, if you submit evidence and Prudential decides the evidence is satisfactory, you will pay lower premium rates.

The Portability Application Period is the 31 day period after your Optional Employee Term Life Coverage ends. But, if you have the right to convert your insurance under the Optional Employee Term Life Coverage to an individual contract, it is the longer of:

(1)  the 31 day period after your Coverage ends; and

(2)  the number of days during which you have the right to convert your insurance under the Coverage to an individual life insurance contract as shown in the Coverage.

83500
PORT 1002

(S-9)(4605-8)

## EFFECT OF CONVERSION PRIVILEGE

The right to elect coverage under the Portability Plan is provided in lieu of the conversion privilege described in the Optional Employee Term Life Coverage, except as follows:

(1)    You may convert your amount of insurance under the Optional Employee Term Life Coverage in excess of the maximum for term life coverage under the Portability Plan.  This maximum is the lesser of 5 times your annual Earnings and $1,000,000.

(2)    You may convert your insurance if you elected coverage under the Portability Plan, but Prudential decided that your evidence of insurability was not satisfactory.

If you elect to convert all of your insurance under the Optional Employee Term Life Coverage to an individual contract, you may not elect to apply for coverage under the Portability Plan.

If, during the Portability Application Period, you apply for coverage under the Portability Plan and then elect to convert all of your insurance under the Optional Employee Term Life Coverage to an individual contract, your coverage under the Portability Plan will not become effective.

The right to elect coverage under the Portability Plan does not affect your coverage under the Death Benefit During Conversion Period provision of the Optional Employee Term Life Coverage.

## TERMS AND CONDITIONS OF THE PORTABILITY PLAN

The form, amount, first premium, and effective date will be as stated below.

**Form and Amount:**  The form of term life coverage that Prudential then makes available under the Portability Plan.  The terms and conditions of that coverage will not be the same as the Optional Employee Term Life Coverage under the Group Contract.

Amount:  Not more than your amount of insurance under the Optional Employee Term Life Coverage when your insurance ends, but not less than $20,000.

The maximum amount of term life insurance under the Portability Plan is the lesser of 5 times your annual Earnings and $1,000,000.

**First Premium:**  The first premium is due to Prudential within 31 days of the date the first bill is issued.

**Effective Date:** The day after the Portability Application Period ends.

---

# Optional Dependents Term Life Coverage

**FOR YOUR DEPENDENTS ONLY**

## A.  DEATH BENEFIT WHILE A COVERED PERSON.

If a dependent dies while a Covered Person, the amount of insurance on that dependent under this Coverage is payable when Prudential receives written proof of death.

## B.  DEATH BENEFIT DURING A CONVERSION PERIOD.

A death benefit is payable under this Section B if a dependent dies:

(1)　within 31 days after ceasing to be a Covered Person; and

(2)　while entitled (under Section C) to a conversion of the insurance under this Coverage to an individual contract.

The amount of the benefit is equal to the amount of Dependents Term Life Coverage which could have been converted.  It is payable even if conversion was not applied for.  It is payable when Prudential receives written proof of death.

## C.  CONVERSION PRIVILEGE.

This privilege applies if you cease to be insured for the Dependents Term Life Coverage of the Group Contract with respect to a dependent.  That dependent may have your insurance on the dependent under this Coverage, which then ends, converted to an individual life insurance contract.  Evidence of insurability is not required.  However, conversion is not available if the insurance ends for one of these reasons:

(1)　You fail to make any required contribution for insurance under the Group Contract.

(2)　All Dependents Term Life Coverage of the Group Contract for your class ends by amendment or otherwise.  This (2) does not apply if, on the date it ends, you have been insured with respect to the dependent for five years for that insurance (or for that insurance and any Prudential rider or group contract replaced by that insurance).

Any such conversion is subject to the rest of this Section C.

**Availability:**  The individual contract must be applied for and the first premium must be paid by the later of:

(1)　the thirty-first day after you cease to be insured for Dependents Term Life Coverage with respect to the dependent; and

(2)　the fifteenth day after you have been given written notice of the conversion privilege.  But, in no event may you convert the insurance to an individual contract if you do not apply for the contract and pay the first premium prior to the ninety-second day after you cease to be insured for Dependents Term Life Coverage with respect to the dependent.

**Individual Contract Rules:** The individual contract must conform to the following:

**Amount:** Not more than the amount of Dependents Term Life Coverage on the dependent ending under this Coverage. But, if it ends because all the Dependents Term Life Coverage of the Group Contract for your class ends, the total amount of individual insurance which may be obtained in place of all the Dependents Term Life Coverage on the dependent then ending under the Group Contract will not exceed the lesser of the following:

(1) The total amount of all your Dependents Term Life Coverage on the dependent then ending under the Group Contract reduced by the amount of group life insurance from any carrier for which you are or become eligible with respect to the dependent within the next 31 days.

(2) $10,000.

**Form:** Any form of a life insurance contract that:

(1) conforms to Title VII of the Civil Rights Act of 1964, as amended, having no distinction based on sex; and

(2) is one that Prudential usually issues at the age and amount applied for.

This does not include term insurance or a contract with disability or supplementary benefits.

**Premium:** Based on Prudential's rate as it applies to the form and amount, and to the dependent's class of risk and age at the time.

**Effective Date:** The end of the 31 day period after you cease to be insured for Dependents Term Life Coverage with respect to the dependent.

———————————

Any death benefit provided under a section of this Coverage is payable to you. If you are not living at the death of a dependent, the death benefit is payable to the dependent's estate or, at Prudential's option, to any one or more of these surviving relatives of the dependent: wife; husband; mother; father; children; brothers; sisters.

———————————

83500
DPL R 5025

23

(4605-8)

# Right to Elect Dependents Term Life Coverage under the Portability Plan

This right applies to the Optional Dependents Term Life Coverage under the Group Contract.

It describes when and how your Qualified Dependents may become covered for similar coverage under the Portability Plan when your Optional Dependents Term Life Coverage under the Group Contract ends. The terms and conditions of the Portability Plan will not be the same as those under this Group Contract. The amount of insurance available under the Portability Plan may not be the same as the amount under this Group Contract.

## RIGHT TO APPLY FOR COVERAGE UNDER THE PORTABILITY PLAN

A right under this section is subject to the rest of these provisions.

You will have the right to apply for dependents term life coverage under the Portability Plan for a Qualified Dependent if all of these tests are met:

(1) The Optional Dependents Term Life Coverage on the dependent ends because your Optional Employee Term Life Coverage ends for any reason other than:

    (a) your failure to pay, when due, any contribution required for it; or

    (b) the end of your employment on account of your retirement; or

    (c) the end of the Optional Employee Term Life Coverage for all Employees when such Coverage is replaced by group life insurance from any carrier for which you are or become eligible within the next 31 days.

(2) You apply and become covered for term life coverage under the Portability Plan.

(3) With respect to a dependent spouse, that spouse is less than age 80.

(4) With respect to a dependent child, that child is:

    (a) less than age 19; or

    (b) less than age 23, enrolled as a full-time student in a school, and wholly depends on you for support and maintenance.

(5) The dependent is covered for Optional Dependents Term Life Coverage on the day your Optional Employee Term Life Coverage ends.

(6) The dependent is not confined for medical care or treatment, at home or elsewhere on the day your Optional Employee Term Life Coverage ends.

If you die, your spouse will have the right to apply for term life coverage under the Portability Plan if that spouse meets all of the tests in (3), (5) and (6) above.

If you die, your spouse will also have the right to apply for dependents term life coverage under the Portability Plan for a Qualified Dependent child if:

(1)   that spouse applies and becomes covered under the Portability Plan; and

(2)   that child meets all of the tests in (4), (5) and (6) above.

If you divorce, your spouse will have the right to apply for term life coverage under the Portability Plan if:

(1)   the Optional Dependents Term Life Coverage on your spouse ends due to divorce; and

(2)   that spouse is less than age 80; and

(3)   that spouse is not confined for medical care or treatment, at home or elsewhere on the day the Optional Dependents Term Life Coverage on that spouse ends.

## PORTABILITY APPLICATION PERIOD

You have the right to apply for dependents term life coverage under the Portability Plan for your dependents during the Portability Application Period. In the case of your death or divorce, your spouse has the right to apply for coverage under the Portability Plan during the Portability Application Period. Evidence of insurability is not required for a dependent to become insured under the Portability Plan. But, if evidence of insurability is submitted for your spouse and Prudential decides the evidence is satisfactory, you or, in the case of your death or divorce, your spouse will pay lower premium rates for your spouse's coverage.

The Portability Application Period is the longer of:

(1)   the 31 day period after your Optional Dependents Term Life Coverage ends; and

(2)   either:

   (a)   the number of days during which you have the right to convert your insurance under the Optional Employee Term Life Coverage to an individual life insurance contract as shown in that Coverage; or

   (b)   in the case of your death or divorce, the number of days during which your spouse has the right to convert the insurance under the Optional Dependents Term Life Coverage to an individual life insurance contract as shown in that Coverage.

## EFFECT OF CONVERSION PRIVILEGE

The right to elect coverage under the Portability Plan is provided in lieu of the conversion privilege described in the Optional Dependents Term Life Coverage, except as follows:

(1)   If a dependent's amount of insurance under the Optional Dependents Term Life Coverage exceeds the lesser of 5 times your annual Earnings and $1,000,000, the dependent may convert the excess amount.

(2)   A spouse may convert the Dependents Insurance under the Coverage if coverage was elected under the Portability Plan, but Prudential decided that the evidence of insurability for that spouse was not satisfactory.

If a dependent elects to convert all of the insurance under the Optional Dependents Term Life Coverage to an individual contract, you or, in the case of your death or divorce, your spouse may not elect to apply for coverage under the Portability Plan for that dependent.

If, during the Portability Application Period, you or, in the case of your death or divorce, your spouse applies for coverage under the Portability Plan for a dependent and that dependent then elects to convert all of the insurance under the Optional Dependents Term Life Coverage to an individual contract, that dependent's coverage under the Portability Plan will not become effective.

The right to elect coverage under the Portability Plan does not affect a dependent's coverage under the Death Benefit During a Conversion Period provision of the Optional Dependents Term Life Coverage.

## TERMS AND CONDITIONS OF THE PORTABILITY PLAN

The form, amount, first premium, and effective date will be as stated below.

**Form and Amount:**  The form of dependents term life coverage that Prudential then makes available under the Portability Plan.  The terms and conditions of that coverage will not be the same as those under the Group Contract.

Amount:  Not more than the amount of insurance on the dependent under the Optional Dependents Term Life Coverage when that insurance ends.

For each dependent, the maximum amount of dependents term life insurance under the Portability Plan is the lesser of 5 times your annual Earnings and $1,000,000.

**First Premium:**  The first premium is due to Prudential within 31 days of the date the first bill is issued.

**Effective Date:**  The day after the Portability Application Period ends.

---

# Accidental Death and Dismemberment Coverage

## FOR YOU

This Coverage pays benefits for accidental Loss.

Loss means the person's:

(1)  loss of life;

(2)  total and permanent loss of sight;

(3)  loss of hand or foot by severance at or above the wrist or ankle;

(4)  total and permanent loss of speech;

(5)  total and permanent loss of hearing in both ears;

(6)  loss of thumb and index finger of the same hand by severance at or above the metacarpophalangeal joint;

(7)  loss due to Quadriplegia, Paraplegia, or Hemiplegia; or

(8)  loss due to Coma.

Quadriplegia means the complete and irreversible paralysis of both upper and both lower limbs.

Paraplegia means the complete and irreversible paralysis of both lower limbs.

Hemiplegia means the complete and irreversible paralysis of the upper and lower limbs on one side of the body.

Coma means a profound state of unconsciousness from which the person cannot be aroused, even by powerful stimulation, as determined by the person's physician.

## A.  BENEFITS.

Benefits for accidental Loss are payable only if all of these conditions are met:

(1)  The person sustains an accidental bodily Injury while a Covered Person.

(2)  The Loss results directly from that Injury and from no other cause.

(3)  The person suffers the Loss within 365 days after the accident.  But, if the Loss is due to Coma, that Loss:

    (a)  begins within 365 days after the accident; and

(b)   continues for six consecutive months; and

(c)   is total, continuous and permanent at the end of that six month period.

Any benefit for a Loss due to Coma will not begin until the end of the six-month period in (c) above.

For the purposes of the Coverage:

(1)   Exposure to the elements will be considered an accidental Injury.

(2)   It will be presumed that the person has suffered a Loss of life if the person's body has not been found within one year of disappearance, stranding, sinking or wrecking of any vehicle in which the person was an occupant.

Not all such Losses are covered.  See Losses Not Covered below.

**Benefit Amount Payable:**  The amount payable depends on the type of Loss as shown below.  All benefits are subject to the Limitation Per Accident below.

Percent of the Person's
Amount of Insurance

Loss of or by Reason of:

| | |
|---|---|
| Life | 100 |
| Both Hands | 100 |
| Both Feet | 100 |
| Sight of Both Eyes | 100 |
| One Hand and One Foot | 100 |
| One Hand and Sight of One Eye | 100 |
| One Foot and Sight of One Eye | 100 |
| Speech and Hearing | 100 |
| Quadriplegia | 100 |
| Paraplegia | 75 |
| One Hand | 50 |
| One Foot | 50 |
| Sight of One Eye | 50 |
| Speech | 50 |
| Hearing | 50 |
| Hemiplegia | 50 |
| Thumb and Index Finger of the Same Hand | 25 |
| Coma | 1% per month, up to 11 months |

**Limitation Per Accident:**  No more than the Amount of Insurance on a person at the time of the accident will be paid for all Losses resulting from Injuries sustained in that accident.

83500
ADD R 5011

28

(4605-8)

## B.  LOSSES NOT COVERED.

A Loss is not covered if it results from any of these:

(1)  Suicide or attempted suicide, while sane or insane.

(2)  Intentionally self-inflicted Injuries, or any attempt to inflict such Injuries.

(3)  Sickness, whether the Loss results directly or indirectly from the Sickness.

(4)  Medical or surgical treatment of Sickness, whether the Loss results directly or indirectly from the treatment.

(5)  Any infection.  But, this does not include:

    (a)  a pyogenic infection resulting from an accidental cut or wound; or

    (b)  a bacterial infection resulting from accidental ingestion of a contaminated substance.

(6)  War, or any act of war.  "War" means declared or undeclared war and includes resistance to armed aggression.

(7)  An accident that occurs while the person is serving on full-time active duty for more than 30 days in any armed forces.  But this does not include Reserve or National Guard active duty for training.

(8)  Travel or flight in any vehicle used for aerial navigation.  This includes getting in, out, on or off any such vehicle.  This (8) applies only if:

    (a)  the person is riding as a passenger in any aircraft not intended or licensed for the transportation of passengers;

    (b)  the person is performing as a pilot or a crew member of any aircraft; or

    (c)  you are riding as a passenger in an aircraft owned, leased or operated by your Employer.

(9)  Commission of or attempt to commit a felony.

(10) Being legally intoxicated or under the influence of any narcotic unless administered or consumed on the advice of a Doctor.

(11) Participation in these hazardous sports:  scuba diving; bungee jumping; skydiving; parachuting; hang gliding; or ballooning.

## C.  ADDITIONAL BENEFITS

An additional benefit may be payable for a Loss for which a benefit is payable under the other terms of this Coverage or would be payable except for the Limitation Per Accident of those terms.  Any such benefit is payable in addition to any other benefit payable under this Coverage.  Any additional conditions that apply to an additional benefit are shown below.  An additional benefit is payable only if those conditions are met.

(1)  **Additional Benefit for Loss of Life as a Result of an Accident in a Four Wheel Vehicle While Using a Seat Belt:**

This additional benefit for the person's Loss of life is payable only if this test is met.

The person sustains an accidental bodily Injury resulting in the Loss while:

(a)  the person is a driver or passenger in a Four Wheel Vehicle; and

(b)  the person is wearing a Seat Belt in the manner prescribed by the vehicle's manufacturer; and

(c)  the actual use of a Seat Belt at the time of the Injury is verified in an official report of the accident, or is certified in writing by the investigating official(s).

Four Wheel Vehicle means a vehicle that is:

(a)  duly licensed for passenger use;

(b)  designated primarily for use on public streets and highways; and

(c)  in the list below:

    (i)  a private passenger automobile;

    (ii)  a station wagon;

    (iii)  a van, jeep or truck-type vehicle which has a manufacturer's rated load capacity of 2,000 pounds or less; or

    (iv)  a self-propelled motor home.

Seat Belt means an unaltered lap restraint or lap and shoulder restraint.

**Losses Not Covered under this Additional Benefit:**  A Loss is not covered under this additional benefit if it results from driving or riding in any Four Wheel Vehicle used in a race or a speed or endurance test, or for acrobatic or stunt driving.

**Benefit Amount Payable for Loss of Life as a Result of an Accident in a Four Wheel Vehicle While Using a Seat Belt:**  The additional amount payable is shown in the Schedule of Benefits.

(2)  **Additional Benefit for Loss of Life as a Result of an Accident in a Four Wheel Vehicle Equipped with a Supplemental Restraint System:**

This additional benefit for the person's Loss of life is payable only if this test is met.

The person sustains an accidental bodily Injury resulting in the Loss while:

(a)  the person is a driver or passenger in a Four Wheel Vehicle equipped with a factory-installed Supplemental Restraint System; and

(b)  the person is in a seat designed to be protected by an air bag; and

(c)  the person is wearing a Seat Belt in the manner prescribed by the vehicle's manufacturer; and

(d)  the actual use of a Seat Belt at the time of the Injury is verified in an official report of the accident, or is certified in writing by the investigating official(s).

Four Wheel Vehicle means a vehicle that is:

(a)  duly licensed for passenger use;

(b)  designated primarily for use on public streets and highways; and

(c)  in the list below:

    (i)  a private passenger automobile;

    (ii)  a station wagon;

    (iii)  a van, jeep or truck-type vehicle which has a manufacturer's rated load capacity of 2,000 pounds or less; or

    (iv)  a self-propelled motor home.

Seat Belt means an unaltered lap restraint or lap and shoulder restraint.

Supplemental Restraint System means an air bag system intended to add protection to the head and chest areas.

**Losses Not Covered under this Additional Benefit:**  A Loss is not covered under this additional benefit if it results from driving or riding in any Four Wheel Vehicle used in a race or a speed or endurance test, or for acrobatic or stunt driving.

**Benefit Amount Payable for Loss of Life as a Result of an Accident in a Four Wheel Vehicle Equipped with a Supplemental Restraint System:**  The additional amount payable is shown in the Schedule of Benefits.

(3)  **Additional Benefit for Return of Remains:**

This additional benefit for return of remains only applies if the person suffers a Loss of life and such Loss occurs outside a 150-mile radius of the person's home.  It is payable for Covered Expenses incurred to return the person's body home to the United States or Canada.

Covered Expenses includes expenses for:  (a) embalming; (b) cremation; (c) a coffin; and (d) transportation of the remains.

**Benefit Amount Payable for Return of Remains:**  The additional amount payable is shown in the Schedule of Benefits.

(4)  **Additional Benefit for Your Loss as a Result of Felonious Assault:**

This additional benefit for Felonious Assault only applies if you suffer a Loss that is the result of a Felonious Assault.

Felonious Assault means a Physical Attack by another person resulting in bodily harm to you. But, a Felonious Assault is not a moving violation as defined under the applicable state motor vehicle laws.

Physical Attack means any willful or unlawful use of force or violence upon you with the intent to cause bodily Injury to you.  The Physical Attack must be considered a felony or misdemeanor in the jurisdiction in which it occurs.

**Benefit Amount Payable for Your Loss as a Result of Felonious Assault:** The additional amount payable is shown in the Schedule of Benefits.

(5)    **Additional Benefit for Tuition Reimbursement for Your Spouse:**

This additional benefit for tuition reimbursement for your spouse only applies if you suffer a Loss of life.

An additional benefit for tuition reimbursement is payable for the person who:

(a)    is your spouse on the date of your death; and

(b)    enrolls in any professional or trades program within 30 months after the date of your death for the purposes of obtaining an independent source of support or enriching that spouse's ability to earn a living.  Proof of enrollment must be given to Prudential.

**Benefit Amount Payable for Tuition Reimbursement for Your Spouse:** The additional benefit payable is shown in the Schedule of Benefits.

(6)    **Additional Benefit for Tuition Reimbursement for Your Dependent Child:**

This additional benefit for tuition reimbursement for your dependent child only applies if you suffer a Loss of life.

An additional benefit for tuition reimbursement is payable for each dependent child less than age 23 who, on the date of death, is:

(a)    your child who wholly depends on you for support and maintenance; and

(b)    enrolled as a full-time student in a School; or

(c)    in the 12th grade and becomes a full-time student in a School within 365 days after that date.

Proof of enrollment must be given to Prudential.

School means an institution of higher learning.  This includes, but is not limited to, a university, college or trade school.

**Benefit Amount Payable for Tuition Reimbursement for Your Dependent Child:** The additional amount payable is shown in the Schedule of Benefits.

(7)    **Additional Benefit for Day Care Expenses for Your Dependent Child:**

This additional benefit for day care expenses for your dependent child only applies if you suffer a Loss of life.

This additional benefit is payable for each dependent child less than age 7 who:

(a)    is your child who is wholly dependent on you for support and maintenance on the date of death; and

(b)    is enrolled at a Day Care Center on the date of death; or

(c)    becomes enrolled at a Day Care Center within 90 days after the date of death.

Proof of enrollment must be given to Prudential.

A Day Care Center is a facility which:

(a)   is duly licensed, certified or accredited to provide child care by the jurisdiction in which it is located; and

(b)   is operating in compliance with applicable laws and regulation of that jurisdiction.

**Benefit Amount Payable for Day Care Expenses for Your Dependent Child:** The additional amount payable is shown in the Schedule of Benefits.

---

The Claim Rules and the "To Whom Payable" part of the Schedule of Benefits apply to the payment of the benefits.

---

83500
ADD R 5011

(4605-8)

# Right to Elect Accidental Death and Dismemberment Coverage under the Portability Plan

This right applies to the Optional Accidental Death and Dismemberment Coverage for Employees under the Group Contract.

It describes when and how you may become covered for similar coverage under the Portability Plan when your Optional Accidental Death and Dismemberment Coverage under the Group Contract ends. The terms and conditions of the Portability Plan will not be the same as those under this Group Contract. The amount of insurance available under the Portability Plan may not be the same as the amount under this Group Contract.

## RIGHT TO APPLY FOR COVERAGE UNDER THE PORTABILITY PLAN

A right under this section is subject to the rest of these provisions.

You will have the right to apply for accidental death and dismemberment coverage under the Portability Plan if you meet all of these tests:

(1) Your Optional Accidental Death and Dismemberment Coverage ends for any reason other than:

   (a) your failure to pay, when due, any contribution required for it; or

   (b) the end of your employment on account of your retirement; or

   (c) the end of the Coverage for all Employees when such Coverage is replaced by group accidental death and dismemberment insurance from any carrier for which you are or become eligible within the next 31 days.

(2) You meet the Active Work Requirement on the day your insurance ends.

(3) You are less than age 80.

(4) Your Amount of Insurance is at least $20,000 under the Optional Accidental Death and Dismemberment Coverage on the day your insurance ends.

(5) You apply for term life coverage under the Portability Plan.

## PORTABILITY APPLICATION PERIOD

You have the right to apply for coverage under the Portability Plan during the Portability Application Period. Evidence of insurability is not required to become insured under the Portability Plan.

The Portability Application Period is the longer of:

(1) the 31 day period after your Optional Accidental Death and Dismemberment Coverage ends; and

83500
PORT 1003

(S-23)(4605-8)

(2)  the number of days during which you have the right to apply for the term life coverage under the Portability Plan.

## TERMS AND CONDITIONS OF THE PORTABILITY PLAN

The form, amount, first premium, and effective date will be as stated below.

**Form and Amount:**  The form of accidental death and dismemberment coverage that Prudential then makes available under the Portability Plan.  The terms and conditions of that coverage will not be the same as the Optional Accidental Death and Dismemberment Coverage under the Group Contract.

Amount:  Not more than your amount of insurance under the Optional Accidental Death and Dismemberment Coverage when your insurance ends, but not less than $20,000.

The maximum amount of accidental death and dismemberment insurance under the Portability Plan is the lesser of 5 times your annual Earnings and $1,000,000.

In no event can your amount of accidental death and dismemberment insurance under the Portability Plan exceed your amount of term life insurance under the Portability Plan.

**First Premium:**  The first premium is due to Prudential within 31 days of the date the first bill is issued.

**Effective Date:** The day after the Portability Application Period ends.

———————————————

# General Information

## BENEFICIARY RULES

The rules in this section apply to insurance payable on account of your death, when the Coverage states that they do. But these rules are modified by any burial expenses rule in the Schedule of Benefits and, if there is an assignment, by the following sections: Limits on Assignments; and Effect of Gift Assignment of Rights of Group Life Insurance Under Another Group Contract.

"Beneficiary" means a person chosen, on a form approved by Prudential, to receive the insurance benefits.

You have the right to choose a Beneficiary for each Coverage under this Prudential Group Contract.

If there is a Beneficiary for the insurance under a Coverage, it is payable to that Beneficiary. Any amount of insurance under a Coverage for which there is no Beneficiary at your death will be payable to the first of the following: Your (a) surviving spouse; (b) surviving child(ren) in equal shares; (c) surviving parents in equal shares; (d) surviving siblings in equal shares; (e) estate. This order will apply unless otherwise provided in the Limits on Assignments.

You may change the Beneficiary at any time without the consent of the present Beneficiary. The Beneficiary change form must be filed through the Employer. The change will take effect on the date the form is signed. But it will not apply to any amount paid by Prudential before it receives the form.

If there is more than one Beneficiary but the Beneficiary form does not specify their shares, they will share equally. If a Beneficiary dies before you, that Beneficiary's interest will end. It will be shared equally by any remaining Beneficiaries, unless the Beneficiary form states otherwise.

## MODE OF SETTLEMENT RULES

The rules in this section apply to Employee Life Insurance payable on account of your death. But these rules are subject to the Limits on Assignments section.

"Mode of Settlement" means payment other than in one sum.

Employee Life Insurance is normally paid to the Beneficiary in one sum. But a Mode of Settlement may be arranged with Prudential for all or part of the insurance, as stated below.

Arrangements for Mode of Settlement: You may arrange a Mode of Settlement by proper written request to Prudential. If, at your death, no Mode of Settlement has been arranged for an amount of your Employee Life Insurance, the Beneficiary and Prudential may then mutually agree on a Mode of Settlement for that amount.

Conditions for Mode of Settlement: The Beneficiary must be a natural person taking in the Beneficiary's own right. A Mode of Settlement will apply to secondary Beneficiaries only if Prudential agrees in writing. Each installment to a person must not be less than $20.00. A change of Beneficiary will void any Mode of Settlement arranged before the change.

Choice by Beneficiary: A Beneficiary being paid under a Mode of Settlement may, if Prudential agrees, choose (or change the Beneficiary's choice of) a payee or payees to receive, in one sum, any amount which would otherwise be payable to the Beneficiary's estate.

83500
BBN 5010

(S-1)

Prudential has prepared information about the modes of settlement available. Ask the Employer for this.

## INCONTESTABILITY OF LIFE INSURANCE

This limits Prudential's use of your statements in contesting an amount of Life Insurance for which you are insured. These are statements made to persuade Prudential to accept you for insurance. They will be considered to be made to the best of your knowledge and belief. These rules apply to each statement:

(1)    It will not be used in the contest unless:

    (a)    It is in a written instrument signed by you; and

    (b)    A copy of that instrument is or has been furnished to you or, in the event of your death or incapacity, to your Beneficiary or personal representative.

(2)    If it relates to your insurability, it will not be used to contest the validity of insurance which has been in force, before the contest, for at least two years during your lifetime.

—————————————————

## LIMITS ON ASSIGNMENTS

You may assign your insurance under a Coverage. Unless the Schedule of Benefits states otherwise, the following rules apply to assignments: (1) Insurance under any Coverage providing either death benefits or periodic benefits on account of disability may be assigned only as a gift assignment; (2) Insurance under any other Coverage may be assigned without restriction. Any rights, benefits or privileges that you have as an Employee may be assigned. This includes any right you have to choose a Beneficiary or to convert to another contract of insurance. Prudential will not decide if an assignment does what it is intended to do. Prudential will not be held to know that one has been made unless it or a copy is filed with Prudential through the Employer.

This paragraph applies only to insurance for which you have the right to choose a Beneficiary, when that right has been assigned. If an assigned amount of insurance becomes payable on account of your death and, at your death, there is no Beneficiary chosen by the assignee, it will be payable to:

(1)   the assignee, if living; or

(2)   the estate of the assignee, if the assignee is not living.

It will not be payable as stated in the Beneficiary Rules.

## EFFECT OF GIFT ASSIGNMENT OF RIGHTS OF GROUP LIFE INSURANCE UNDER ANOTHER GROUP CONTRACT

This Section applies to all Coverages providing Employee death benefits.

If you are eligible for insurance under the Group Contract on the Group Contract's effective date you will have no rights, benefits or privileges under any such Coverage if, on the day before that date, all the following were true:

(1)   You were insured for group life insurance under another group contract. That contract was issued by Prudential or another insurance carrier to cover Employees of the Employer.

(2)   Your group life insurance under the other group contract ended.

(3)   An irrevocable and absolute gift assignment made by you was in effect. It was made before the other contract ended. That assignment was of all your rights, benefits and privileges of the group life insurance under the other group contract. Those rights were owned by the assignee or the assignee's successor.

The owner of those rights of the group life insurance under the other group contract on the day before this Group Contract's effective date will be the owner of the rights, benefits, and privileges you would have had under a Coverage if this section did not apply. This includes, but is not limited to, any right of assignment you would have had under the Limits on Assignments section above. The term "assignee" as used in that section includes such an owner.

The term "group life insurance", as used above, means only group life insurance provided under a group contract in effect on the day before the date the Employer became included under the Group Contract.

# DEFINITIONS

**Active Work Requirement:** A requirement that you be actively at work on full time at the Employer's place of business, or at any other place that the Employer's business requires you to go. You are considered actively at work during normal vacation if you were actively at work on your last regular scheduled workday.

**Annual Enrollment Period:** There is a period each year when you may enroll for coverage or request a change for the following calendar year. Your Employer will notify you of when this Annual Enrollment Period begins and ends.

**Calendar Year:** A year starting January 1.

**Contributory Insurance, Non-contributory Insurance:** Contributory Insurance is insurance for which you must contribute toward the cost of the premium. Non-contributory Insurance is insurance for which the Employer pays the entire premium. Your Employer will tell you whether contributions are required and the amount of any contribution when you enroll.

**Coverage:** A part of the Certificate consisting of:

(1)   A benefit page labeled as a Coverage in its title.

(2)   Any page or pages that continue the same kind of benefits.

(3)   A Schedule of Benefits entry and other benefit pages or forms that by their terms apply to that kind of benefits.

**Covered Person** under a Coverage: An Employee who is insured for Employee Insurance under that Coverage; a Qualified Dependent for whom an Employee is insured for Dependents Insurance, if any, under that Coverage.

**Dependents Insurance:** Insurance on the person of a dependent.

**Doctor:** A licensed practitioner of the healing arts acting within the scope of the license.

**Earnings:** This is the gross amount of money paid to you by the Employer in cash for performing the duties required of your job. Bonuses, overtime pay, Earnings for more than 40 hours per week, and all other benefits are not included.

**Employee:** A person employed by the Employer; a proprietor or partner of the Employer. The term also applies to that person for any rights after insurance ends.

**Employee Insurance:** Insurance on the person of an Employee.

**The Employer:** Collectively, all employers included under the Group Contract.

**Injury:** Injury to the body of a Covered Person.

**Prudential:** The Prudential Insurance Company of America.

**Sickness:** Any disorder of the body or mind of a Covered Person, but not an Injury; pregnancy of a Covered Person, including abortion, miscarriage or childbirth.

**You:** An Employee.

## CLAIM RULES

These rules apply to payment of benefits under all accident Coverages.

**Proof of Loss:**  Prudential must be given written proof of the loss for which claim is made under the Coverage.  This proof must cover the occurrence, character and extent of that loss.  It must be furnished within 90 days after the date of the loss.  But, if any Coverage provides for periodic payment of benefits at monthly or shorter intervals, the proof of loss for each such period must be furnished within 90 days after its end.

A claim will not be considered valid unless the proof is furnished within these time limits.  However, it may not be reasonably possible to do so.  In that case, the claim will still be considered valid if the proof is furnished as soon as reasonably possible.

**When Benefits are Paid:**  Benefits are paid when Prudential receives written proof of the loss.  But, if a Coverage provides that benefits are payable at equal intervals of a month or less, Prudential will not have to pay those benefits more often.

**Physical Exam and Autopsy:**  Prudential, at its own expense, has the right to examine the person whose loss is the basis of claim.  Prudential may do this when and as often as is reasonable while the claim is pending.  Prudential also has the right to arrange for an autopsy in case of accidental death, if it is not forbidden by law.

**Legal Action:**  No action at law or in equity shall be brought to recover on the Group Contract until 60 days after the written proof described above is furnished.  No such action shall be brought more than three years after the end of the time within which proof of loss is required.

# INCONTESTABILITY OF INSURANCE TO WHICH THE CLAIM RULES APPLY

This limits Prudential's use of your statements in contesting an amount of that insurance for which you are insured.  These are statements made to persuade Prudential to effect an amount of that insurance.  They will be considered to be made to the best of your knowledge and belief.  These rules apply to each statement:

(1)   It will not be used in a contest to avoid or reduce that amount of insurance unless:

    (a)   It is in a written instrument signed by you; and

    (b)   A copy of that instrument is or has been furnished to you.

(2)   It will not be used in the contest after that amount of insurance has been in force, before the contest, for at least two years during your lifetime.

---

# When Your Insurance Ends

## EMPLOYEE AND DEPENDENTS INSURANCE

Your Employee Insurance under a Coverage or your Dependents Insurance under a Coverage will end when the first of these occurs:

- Your membership in the Covered Classes for the insurance ends because your employment ends (see below) or for any other reason.

- The date your Employer ceases to be included under the Group Contract.

- The part of the Group Contract providing the insurance ends.

- For Contributory Insurance under a Coverage of the Group Contract, you fail to pay, when due, any contribution required. But, if Employee Insurance is Contributory, failure to contribute for Dependents Insurance will not cause your Employee Insurance to end.

- The Insurance is Dependents Insurance under the Dependents Term Life Coverage and your Employee Insurance under the Employee Term Life Coverage ends.

Your Dependents Insurance for a Qualified Dependent under a Coverage will end when that person ceases to be a Qualified Dependent for that Coverage.

**End of Employment:** For insurance purposes, your employment will end when you are no longer a full-time Employee actively at work for the Employer. But, under the terms of the Group Contract, the Employer may consider you as still employed in the Covered Classes during certain types of absences from full-time work. This is subject to any time limits or other conditions stated in the Group Contract.

For the purpose of your life insurance under the Group Contract, your employment in the Covered Classes will not be considered to end while you: (1) are absent from work for the Employer on account of your disability; and (2) have been so absent for less than six months; and (3) are not working at any other job for wage or profit.

If you stop active full-time work for any reason, you should contact the Employer at once to determine what arrangements, if any, have been made to continue any of your insurance.

---

83500
BTE 5029

41

(4605-8)

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

# Certificate of Coverage

**Prudential** certifies that insurance is provided according to the Group Contract(s) for each Insured Employee.  Your Booklet's Schedule of Benefits shows the Contract Holder and the Group Contract Number(s), the Employer and the Employer's Control Number.

Insured Employee:  You are eligible to become insured under the Group Contract if you are in the Covered Classes of the Booklet's Schedule of Benefits and meet the requirements in the Booklet's Who is Eligible section.  The When You Become Insured section of the Booklet states how and when you may become insured for each Coverage.  Your insurance will end when the rules in the When Your Insurance Ends section so provide.  Your Booklet and this Certificate of Coverage together form your Group Insurance Certificate.

Beneficiary for Employee Death Benefits:  See the Booklet's Beneficiary Rules.

Coverages and Amounts:  The available Coverages and the amounts of insurance are described in the Booklet.

If you are insured, your Booklet and this Certificate of Coverage form your Group Insurance Certificate.  Together they replace any older booklets and certificates issued to you for the Coverages in the Booklet's Schedule of Benefits.  All Benefits are subject in every way to the entire Group Contract which includes the Group Insurance Certificate.

The Prudential Insurance Company of America
751 Broad Street
Newark, New Jersey 07102

83500
BCT 5006

42

(S-1)

The Summary Plan Description

is not part of the

Group Insurance Certificate.

It has been provided by

your Employer and included in

your Booklet-Certificate

upon the Employer's request.

# SUMMARY PLAN DESCRIPTION

This booklet is intended to comply with the disclosure requirements of the regulations issued by the U.S. Department of Labor under the Employee Retirement Income Security Act (ERISA) of 1974. ERISA requires that you be given a "Summary Plan Description" which describes the plan and informs you of your rights under it.

**Plan Name**

Employee Term Life, Accidental Death and Dismemberment and Dependents Term Life Coverage for All Full-time Employees

**Plan Number**

527

**Type of Plan**

Employee Welfare Benefit Plan

**Plan Sponsor**

Creative & Response Research Services, Inc.
500 North Michigan Ave.
Chicago, Illinois 60611

**Employer Identification Number**

36-2441654

**Plan Administrator**

Creative & Response Research Services, Inc.
Attention: Human Resources Department
500 North Michigan Ave.
Chicago, Illinois 60611

**Agent for Service of Legal Process**

Creative & Response Research Services, Inc.
Attention: Human Resources Department
500 North Michigan Ave.
Chicago, Illinois 60611

**Plan Year Ends**

October 31

**Plan Benefits Provided by**

The Prudential Insurance Company of America
751 Broad Street
Newark, New Jersey 07102

This Group Contract underwritten by The Prudential Insurance Company of America provides insured benefits under your Employer's ERISA plan(s). For all purposes of this Group Contract, the Employer/Policyholder acts on its own behalf or as an agent of its employees. Under no circumstances will the Employer/Policyholder be deemed the agent of The Prudential Insurance Company of America, absent a written authorization of such status executed between the Employer/Policyholder and The Prudential Insurance Company of America. Nothing in these documents shall, of themselves, be deemed to be such written execution.

The Prudential Insurance Company of America as Claims Administrator has the sole discretion to interpret the terms of the Group Contract, to make factual findings, and to determine eligibility for benefits. The decision of the Claims Administrator shall not be overturned unless arbitrary and capricious.

### Loss of Benefits

You must continue to be a member of the class to which this plan pertains and continue to make any of the contributions agreed to when you enroll. Failure to do so may result in partial or total loss of your benefits. It is intended that this plan will be continued for an indefinite period of time. But, the employer reserves the right to change or terminate the plan. This booklet describes your rights upon termination of the plan.

### Claim Procedures

1. **Determination of Benefits**

   Prudential shall notify you of the claim determination within 45 days of the receipt of your claim. This period may be extended by 30 days if such an extension is necessary due to matters beyond the control of the plan. A written notice of the extension, the reason for the extension and the date by which the plan expects to decide your claim, shall be furnished to you within the initial 45-day period. This period may be extended for an additional 30 days beyond the original 30-day extension if necessary due to matters beyond the control of the plan. A written notice of the additional extension, the reason for the additional extension and the date by which the plan expects to decide on your claim, shall be furnished to you within the first 30-day extension period if an additional extension of time is needed. However, if a period of time is extended due to your failure to submit information necessary to decide the claim, the period for making the benefit determination by Prudential will be tolled (i.e., suspended) from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

   If your claim for benefits is denied, in whole or in part, you or your authorized representative will receive a written notice from Prudential of your denial. The notice will be written in a manner calculated to be understood by you and shall include:

   (a) the specific reason(s) for the denial,

   (b) references to the specific plan provisions on which the benefit determination was based,

   (c) a description of any additional material or information necessary for you to perfect a claim and an explanation of why such information is necessary,

   (d) a description of Prudential's appeals procedures and applicable time limits, including a statement of your right to bring a civil action under section 502(a) of ERISA following your appeals, and

(e)  if an adverse benefit determination is based on a medical necessity or experimental treatment or similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination will be provided free of charge upon request.

2.  Appeals of Adverse Determination

If your claim for benefits is denied or if you do not receive a response to your claim within the appropriate time frame (in which case the claim for benefits is deemed to have been denied), you or your representative may appeal your denied claim in writing to Prudential within 180 days of the receipt of the written notice of denial or 180 days from the date such claim is deemed denied.  You may submit with your appeal any written comments, documents, records and any other information relating to your claim.  Upon your request, you will also have access to, and the right to obtain copies of, all documents, records and information relevant to your claim free of charge.

A full review of the information in the claim file and any new information submitted to support the appeal will be conducted by Prudential, utilizing individuals not involved in the initial benefit determination.  This review will not afford any deference to the initial benefit determination.

Prudential shall make a determination on your claim appeal within 45 days of the receipt of your appeal request.  This period may be extended by up to an additional 45 days if Prudential determines that special circumstances require an extension of time.  A written notice of the extension, the reason for the extension and the date that Prudential expects to render a decision shall be furnished to you within the initial 45-day period.  However, if the period of time is extended due to your failure to submit information necessary to decide the appeal, the period for making the benefit determination will be tolled (i.e., suspended) from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

If the claim on appeal is denied in whole or in part, you will receive a written notification from Prudential of the denial.  The notice will be written in a manner calculated to be understood by the applicant and shall include:

(a)  the specific reason(s) for the adverse determination,

(b)  references to the specific plan provisions on which the determination was based,

(c)  a statement that you are entitled to receive upon request and free of charge reasonable access to, and make copies of, all records, documents and other information relevant to your benefit claim upon request,

(d)  a description of Prudential's review procedures and applicable time limits,

(e)  a statement that you have the right to obtain upon request and free of charge, a copy of internal rules or guidelines relied upon in making this determination, and

(f)  a statement describing any appeals procedures offered by the plan, and your right to bring a civil suit under ERISA.

If a decision on appeal is not furnished to you within the time frames mentioned above, the claim shall be deemed denied on appeal.

If the appeal of your benefit claim is denied or if you do not receive a response to your appeal within the appropriate time frame (in which case the appeal is deemed to have been

denied), you or your representative may make a second, voluntary appeal of your denial in writing to Prudential within 180 days of the receipt of the written notice of denial or 180 days from the date such claim is deemed denied. You may submit with your second appeal any written comments, documents, records and any other information relating to your claim. Upon your request, you will also have access to, and the right to obtain copies of, all documents, records and information relevant to your claim free of charge.

Prudential shall make a determination on your second claim appeal within 45 days of the receipt of your appeal request. This period may be extended by up to an additional 45 days if Prudential determines that special circumstances require an extension of time. A written notice of the extension, the reason for the extension and the date by which Prudential expects to render a decision shall be furnished to you within the initial 45-day period. However, if the period of time is extended due to your failure to submit information necessary to decide the appeal, the period for making the benefit determination will be tolled from the date on which the notification of the extension is sent to you until the date on which you respond to the request for additional information.

Your decision to submit a benefit dispute to this voluntary second level of appeal has no effect on your right to any other benefits under this plan. If you elect to initiate a lawsuit without submitting to a second level of appeal, the plan waives any right to assert that you failed to exhaust administrative remedies. If you elect to submit the dispute to the second level of appeal, the plan agrees that any statute of limitations or other defense based on timeliness is tolled during the time that the appeal is pending.

If the claim on appeal is denied in whole or in part for a second time, you will receive a written notification from Prudential of the denial. The notice will be written in a manner calculated to be understood by the applicant and shall include the same information that was included in the first adverse determination letter. If a decision on appeal is not furnished to you within the time frames mentioned above, the claim shall be deemed denied on appeal.

## Rights and Protections

As a participant in this plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA), as amended. ERISA provides that all plan participants shall be entitled to:

### Receive Information about Your Plan and Benefits

- Examine, without charge, at the plan administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

- Obtain, upon written request to the plan administrator, copies of documents governing the operation of the plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The plan administrator may make a reasonable charge for the copies.

- Receive a summary of the plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of this summary annual report.

### Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

## Enforce Your Rights

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

## Assistance with Your Questions

If you have any questions about your plan, you should contact the plan administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, DC 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

# Group Insurance Contract

### Contract Holder: PRUVALUE℠ INSURANCE TRUST NO. 3

### Group Contract No.:  PVIB - 03

Prudential will provide or pay the benefits described in the Group Insurance Certificate(s) listed in the Schedule of Plans of the Group Contract, subject to the Group Contract's terms.  This promise is based on the Contract Holder's application and payment of the required premiums.

All of the provisions of the Group Insurance Certificate(s), attached to and made a part of the Group Contract, apply to the Group Contract as if fully set forth in the Group Contract.

The Group Contract takes effect on the Contract Date, if it is duly attested under the Group Contract Schedule.  It continues as long as the required premiums are paid, unless it ends as described in its General Rules.  Dividends are apportioned each year.

The Group Contract is delivered in and is governed by the laws of the Governing Jurisdiction.

Secretary                                                  Chairman of the Board

# Group Contract Schedule

**Contract Date:** April 1, 1999

**Contract Anniversaries:** January 1 of each year, beginning in 2000.

**Premium Due Dates:** The Contract Date, and the first day of the month beginning with May, 1999.

**Governing Jurisdiction:** State of Delaware

**Minimum Participation Number:** 1

_____

**Table of Contents** (as of the Contract Date): The Group Contract includes these forms with an 83500 prefix: COV 1004, GCS 1027, SPR 1001, GR 5022, MOD 1001, SCH 1001, APP 1001.

_____

Attest: _____

# Included Employers

## A.  BECOMING AN INCLUDED EMPLOYER.

**Application and Approval:**  An employer may become an Included Employer under the Group Contract if all these conditions are met.

(1)  The employer has applied to Prudential for a PruValue[SM] Insurance Benefits Program insurance plan.  That plan will provide the benefits of one or more Coverages to the employer's Employees.

(2)  The employer's application has been approved by Prudential.

(3)  The conditions listed in the Rules for Inclusion below are met.

(4)  The employer has been accepted by the Contract Holder as a subscriber to the Contract Holder Trust.

An employer will be an Included Employer on the employer's Plan Effective Date.  Prudential will determine the Plan Effective Date and will let the employer know that date.

An employer's Associated Companies, if any, are considered Included Employers under the Group Contract.  Associated Companies are the employer's subsidiaries or affiliates named in the employer's application.

The employer must let Prudential know, in writing, when a company named as an Associated Company is no longer one of its subsidiaries or affiliates.

**Coverage:**  Coverage of Employees of Included Employers is determined by these Included Employer provisions.  But that Coverage is subject to the following:

(1)  The Schedule of Benefits or Benefit Highlights in the Group Insurance Certificate lists the available Coverages and their benefits.

(2)  For Coverages other than Disability Coverage, the Who is Eligible To Become Insured and When You Become Insured sections of the Group Insurance Certificates describe who is eligible for Employee Insurance and how they become insured for Employee Insurance.  For Disability Coverages, the General Provisions section of the Group Insurance Certificates describe who is eligible for Employee Insurance and how they become insured for Employee Insurance.

(3)  For purposes of the Group Contract, Employees of an employer's Associated Companies are considered Employees of the employer.  On any date when a company ceases to be an Associated Company, the Group Contract will be considered to end for Employees of that company.  This applies to all of those Employees except those who, on the next day, are still within the Covered Classes of the Schedule of Plans of the Group Contract as Employees of an Included Employer.

(4)  An Employee of more than one Included Employer will be considered as an Employee of only one of those employers for the purpose of the Group Contract.  The Employee's service with all other Included Employers will be treated as service with that one.

Terms Used in Rules for Inclusion.

**Eligible Employees:**  The Who is Eligible To Become Insured section or the General Provisions section of the Group Insurance Certificate states when an Employee is eligible for Employee Insurance under the Group Contract.  The term "Eligible Employee, " as used in the Rules for Inclusion below, means an Employee who becomes eligible for insurance on the Included Employer's Plan Effective Date.  The Employee's employment must, however, continue with the Included Employer to that date.  The Employee must also be in the Covered Classes on that date. If an Employee has no Qualified Dependents, the Employee is not eligible for Dependents Insurance.

**Enrollment:**  An Employee has enrolled for an insurance if the Employee has:

(1)  asked the Included Employer for the insurance on a form approved by Prudential; and,

(2)  agreed to pay the required contributions, if any.

**Required Enrollment:**  If an Included Employer does not require Employee contributions toward the cost of any insurance under the Included Employer's plan, the Required Enrollment of that Included Employer's Eligible Employees is 100%.  If an Included Employer requires Employee contributions, the Required Enrollment of such Employees is:

  (1)  100% for Included Employers who have fewer than 5 Eligible Employees;

  (2)  all but one Employee for Included Employers who have 5 to 9 Eligible Employees;

  (3)  75% for Included Employers who have 10 or more Eligible Employees.

  (4)  With respect to Dependents Coverage, 75% of Qualified Dependents of Eligible Employees for any Included Employer.

An Employee or Dependent may not become insured because the Employee or Dependent is unable to give satisfactory evidence of insurability to the Prudential.  In that case, the Employee or Dependent will not be counted in determining the Required Enrollment.

**Rules for Inclusion.**

(1)  The Included Employer must be engaged in business in this industry:  Service

(2)  The Included Employer's main place of business must be in one of these locations:

  (a)  a state of the United States;

  (b)  the District of Columbia;

  (c)  the Territory of Guam; or

  (d)  the Virgin Islands of the United States.

(3)  The Included Employer's application for the insurance plan and all enrollments for Employees who will become insured for Employee Insurance on the Plan Effective Date must be made within one month.

(4)  If there are only two Eligible Employees of the Included Employer, each must have a separate residence and neither may be a member of the same family.  If an Included Employer has three Eligible Employees, no more than two of those Eligible Employees may be members of the same family.  If an Included Employer has at least four Eligible Employees, no more than three of those Eligible Employees may be members of the same family.

(5)  The business of the Included Employer must not be operated out of the residence of the Included Employer.

(6)  An Included Employer must have been in the business in which it currently operates for at least 12 months.

(7)  An employer may not become an Included Employer if the employer's plan of benefits has been underwritten by more than two insurance carriers in the three years immediately preceding the employer's application for inclusion under the Group Contract.

(8)  If an Included Employer requires Employee contributions, the amount required of an Employee cannot exceed 75% of the cost of the benefits for which the Employee is insured.

(9)  The first premium for the Included Employer must have been received by Prudential.

## B. EMPLOYER TRANSFERRED FROM ANOTHER GROUP CONTRACT OR GROUP POLICY.

If a group contract or group policy (called "group contract" below) issued by Prudential to another Employee Benefits Program Insurance Trust ends, or, if insurance with respect to an Included Employer under another group contract issued by Prudential to another Employee Benefits Program Insurance Trust ends in order that it be replaced by insurance under this Group Contract, an Included Employer included under that other group contract will be automatically included under this Group Contract if the Contract Holder notifies Prudential.  In that case, the following will apply to that Included Employer's insurance:

(1)  The Coverages and benefits for the Included Employer's Employees will be those that most closely resemble the Coverages and benefits of the Included Employer's insurance plan under the other group contract.  Prudential will decide which Coverages and benefits they are.  This will apply until the Included Employer changes its plan.

(2)  Prudential's right to change premium rates for the Included Employer under this Group Contract will be the same as if the Included Employer had continued to be included under the other group contract.  This will apply until the first date Prudential could have changed the rates under the other group contract.

If a person was a covered person under the other group contract when it ended and would have continued to be a covered person had the other group contract not ended as to the Included Employer, the following will apply:

(1)  Each such person will become a Covered Person under the Group Contract when the other group contract ends as to the Included Employer.  Each person will be covered in the same capacity as they were under the other group contract, either as an Employee or as a Qualified Dependent.

(2)  The Coverages under which each such person is covered will be those which are determined by Prudential to be most similar to the person's coverage under the other group contract. This also applies to the level of benefits under such Coverages. Those Coverages and levels of benefits are subject to change as provided in the Group Contract.

(3)  The Beneficiary or Beneficiaries chosen by an Employee under the other group contract will continue to apply under the Group Contract. The Employee may change that Beneficiary at any time according to the Beneficiary Rules in the Group Insurance Certificate.

(4)  Benefits paid or payable under the coverages of the other group contract will be considered as paid under the Group Contract. But, if benefits are payable under the other group contract for a loss sustained by an person, benefits will not be payable under the Group Contract for that same loss.

(5)  An assignment by an Employee of the Employee's insurance under the other group contract which was allowed by that contract will apply to the replacing insurance under the Group Contract.

## C.  CHANGES IN INSURANCE PLAN.

An Included Employer may apply to Prudential for a change in the Included Employer's insurance plan. Prudential must approve the application. The Included Employer's insurance plan will automatically be modified to the extent of the changes approved by Prudential. The changes will be effective as of the plan change effective date. The plan change effective date is determined by Prudential. The Delay of Effective Date section applies to any change in the insurance of a Covered Person resulting from the change in the Included Employer's insurance plan.

The Included Employer's application for plan change and all Employee enrollment for the revised plan must be made within one month.

The premium due for the Included Employer on the Premium Due Date just before the Included Employer applied for a change must have been received by Prudential.

## D.  CEASING TO BE AN INCLUDED EMPLOYER.

An Included Employer will cease to be an Included Employer when the Group Contract ends for such Included Employer under the provisions of the Group Contract's General Rules.

---

# General Rules

## A. PAYMENT OF PREMIUMS - GRACE PERIOD.

Premiums are to be paid by the Contract Holder to Prudential. Each may be paid at a Prudential office or to one of its authorized agents. One is due with respect to each Included Employer on that Included Employer's Plan Effective Date. Later premiums are due on the same day of each month as the Included Employer's Plan Effective Date. But, a premium is due: (1) on the last day of the month, if the Included Employer's Plan Effective Date is on the thirty-first day of a month; and (2) on the last day of February, if the Included Employer's Plan Effective Date is on the twenty-ninth or thirtieth day of a month. The Contract Holder may pay each premium other than the first within 31 days of the Included Employer's Premium Due Date without being charged interest. Those days are known as the grace period. The Contract Holder is liable to pay premiums to Prudential for each Included Employer for the time the Group Contract is in force with respect to that Included Employer. The Contract Holder is not so liable if the Contract Holder and the Included Employer mutually agree that such Included Employer is directly liable, as provided in the End of the Group Contract or of an Insurance for an Included Employer section of these General Rules.

## B. PREMIUM AMOUNTS.

The premium due for an Included Employer on each Premium Due Date is the sum of the premium charges for the insurance then provided for that Included Employer under the Coverages. Those charges are determined from the premium rates then in effect and the Employees then insured.

The following will apply if one or more premiums paid include premium charges for an Employee whose insurance has ended before the due date of that premium. Prudential will not have to refund more than the amount of the premium charges for such Employee that were included in the premiums paid for the two month period immediately before the date Prudential receives written notice from the Included Employer that the Employee's insurance has ended.

Premiums may be determined in another way. But it must produce about the same amounts and be agreed to by the Contract Holder and Prudential.

No premium charge will be made for an insured Employee under the Long Term Disability Coverage while the Employee:

(1)   is Disabled; and

(2)   is entitled, after the Elimination Period, to benefits under the Coverage.

## C. PREMIUM RATE CHANGES.

The premium rates in effect for an Included Employer on the Contract Date are shown in the Group Contract's Schedule of Premium Rates. Prudential has the right to change premium rates for an Included Employer:

(1)   As of any Premium Due Date for that Included Employer; and

(2)   As of any date that an employer becomes, or ceases to be, an Included Employer; and

(3)  As of any date that the insurance for Employees of that Included Employer changes at the Included Employer request; and

(4)  For a Coverage, as of any date that the extent or nature of the risk under that Coverage is changed as to the Included Employer: (a) by amendment of the Group Contract; or (b) by reason of any provision of law or any governmental program or regulation; or (c) by termination of, or any change in, benefits not in that Coverage but considered in determining the premium rates for that Coverage.

But, unless the Schedule of Premium Rates or an amendment states otherwise, (1) above will not be used to change premium rates for an Included Employer within 12 months of the Included Employer's Plan Effective Date.

Prudential will tell the Included Employer when a change in the premium rates is made.

## D.  PREMIUM REFUNDS.

Prudential will determine the premium refund, if any, allocable to the Group Contract as of each Contract Anniversary, if the Group Contract stays in force by the payment of all premiums to that date. The premium refund will be credited to the Group Contract as of that date.  If the Group Contract ends on a date other than a Contract Anniversary, the premium refund, if any, will be determined and credited to the Group Contract as of that date.

Each premium refund will be paid to the Contract Holder in cash unless the Contract Holder asks that it be applied toward the premium then due.

Prudential's sole liability as to any premium refund is as set forth above.

**Non-profit Clause:**  This applies if the aggregate premium refunds under the Group Contract and any other group contract(s) of the Contract Holder exceed the aggregate payments toward their cost made from the Included Employer's own funds.  The Contract Holder will see that an amount equal to the excess is applied for the benefit of insured persons.

## E.  END OF THE GROUP CONTRACT OR OF AN INSURANCE FOR AN INCLUDED EMPLOYER.

**End of Period of Payment - Failure to Pay Premiums:**  If an Included Employer fails to make a payment required in connection with the Contract Holder Trust within the time the Contract Holder allows for such payments, the Group Contract will end for that Included Employer at the end of such time.  But the Included Employer may write to the Contract Holder, in advance, to ask that the Group Contract be ended at the end of the period for which premiums for that Included Employer have been paid or at any time during the time the Contract Holder allows for such payments.  Then the Group Contract will end for that Included Employer on the date requested.  If the Contract Holder and the Included Employer mutually agree, the Included Employer will be directly liable to Prudential for paying a pro-rata premium for the time the Group Contract was in force for such Included Employer beyond the period to which the last payment made by the Included Employer applied.

**During or at End of Grace Period - Failure to Pay Premiums:**  If any premium for an Included Employer is not paid by the end of its grace period, the Group Contract will end when that period ends with respect to that Included Employer.  But it may be ended earlier for an Included Employer as provided above.

**On a Premium Due Date - Failure to Maintain Insuring Conditions:**  On any Premium Due Date for an Included Employer, Prudential may end the part of the Group Contract for Employee Insurance or Dependents Insurance under a Coverage for that Included Employer if one or more of the following

conditions then exists for that part. But notice of its intent to do so must be given to that Included Employer at least 31 days in advance.

The insured Employees of an Included Employer are:

(1)  less than the Minimum Participation Number; or

(2)  less than the Required Enrollment; or

(3)  contributing at a rate higher than the maximum, if any, stated in the Group Contract for the insurance: or

(4)  in total, less than the Minimum Participation Number on both of these dates that occur within the 12 month period just before the date of the notice:

    (a)  on each of three Premium Due Dates; and

    (b)  on two Premium Due Dates in a row.

When condition (4) does not exist, the end of the Group Contract or of an insurance will not take effect if, before the date on which it would otherwise end, the condition(s) on which the notice was based no longer exists.

The Minimum Participation Number and the Required Enrollment are shown in the Group Contract Schedule.

**On Notice - Ceasing to be a Subscriber:** If the Contract Holder notifies Prudential of an Included Employer's ceasing to subscribe to the Contract Holder Trust, the Group Contract will end for that Included Employer on such cessation. But such ending will not take effect before the end of the period for which premiums have been paid for Employees of that Included Employer.

**On a Contract Anniversary - On Notice:** Prudential may end the Group Contract on the date on which less than 100 Employees are insured under the Group Contract.

**On a Premium Due Date:** Prudential may end the Group Contract with respect to an Included Employer on any Premium Due Date. But notice of its intent to do so must be given to the Included Employer at least 31 days in advance.

## F.  AGE ADJUSTMENT.

If an age is used to determine the premium charge for an Employee's insurance and the age is found to be in error, the premium charge for that insurance will then be adjusted to reflect the correct age. If this adjustment results in a change in the amount of premium, any difference between the premium paid and the premium required on the basis of the correct age will be paid as follows:

(1)  If the adjustment results in an increased premium, the difference will be paid by the Contract Holder when notified by Prudential.

(2)  If the adjustment results in a decreased premium, the difference will be refunded by Prudential.

If the change in age affects the amount of the Employee's insurance under any Coverage, such amount will be changed on the basis of the correct age. Any premium adjustment will take this into account.

## G.  EMPLOYEE'S CERTIFICATE.

Prudential will give the Included Employer an individual certificate to give each insured Employee.  It will describe the Employee's coverage under the Group Contract.  It will include (1) to whom Prudential pays benefits, (2) any protection and rights when the insurance ends, and (3) claim rights and requirements.

## H.  RECORDS - INFORMATION TO BE FURNISHED.

Either the Contract Holder or Prudential, as they agree, will keep a record of the insured Employees.  It will contain the key facts about their insurance.

At the times set by Prudential, the Contract Holder will send the data required by Prudential to perform its duties under the Group Contract, and to determine the premium rates.  All records of the Contract Holder and of the Included Employers which bear on the insurance must be open to Prudential for its inspection at any reasonable time.

Prudential will not have to perform any duty that depends on such data before it is received in a form that satisfies Prudential.  The Contract Holder or an Included Employer may correct wrong data given to Prudential, if Prudential has not been harmed by acting on it.  An Employee's insurance under a Coverage will not be made invalid by failure of the Contract Holder or an Included Employer, due to clerical error, to record or report the Employee for that insurance.

## I.    THE CONTRACT - INCONTESTABILITY OF THE CONTRACT.

The entire Group Contract consists of:  (1) the Group Insurance Certificate(s) listed in the Schedule of Plans, a copy of which is attached to the Group Contract; (2) all modifications and endorsements to such Group Insurance Certificates which are attached to and made a part of the Group Contract by amendment to the Group Contract; (3) the forms shown in the Table of Contents as of the Contract Date; (4) the Contract Holder's application, a copy of which is attached to the Group Contract; (5) any endorsements or amendments to the Group Contract; and (6) the applications of Included Employers and the individual applications, if any, of the persons insured.  No statement of the Contract Holder or of an Included Employer shall be used in any contest of the insurance under the Group Contract unless it is contained in a written application.

There will be no contest of the validity of the Group Contract, except for not paying premiums, after it has been in force for one year.

## J.  MODIFICATION OF THE GROUP CONTRACT.

The Group Contract may be amended, at any time, without the consent of the insured Employees or of anyone else with a beneficial interest in it.  This can be done through written request made by the Contract Holder and agreed to by Prudential.  But an amendment will not affect a claim incurred before the date of change.

Only an officer of Prudential has authority:  to waive any conditions or restrictions of the Group Contract; or to extend the time in which a premium may be paid; or to make or change a contract; or to bind Prudential by a promise or representation or by information given or received.  A Prudential agent is not an officer.

No change in the Group Contract is valid unless shown in:

(1)  an endorsement on it signed by an officer of Prudential; or

(2)   an amendment to it signed by the Contract Holder and by an officer of Prudential.

But a change in the Group Contract may be made in an amendment to it that is signed only by an officer of Prudential if:

(1)   The amendment reflects a change in the Group Contract that has been automatically made to satisfy the requirements of any state or federal law or regulation that applies to the Group Contract, as provided in the Conformity With Law section. This change is known as a Statutory Amendment.

(2)   The amendment reflects a change in Prudential's administration of its group insurance benefits and is intended to apply to all group insurance contracts which are affected by the change. This change is known as a Portfolio Amendment. Prudential will give the Contract Holder written notice of its intent to make a Portfolio Amendment in the Group Contract at least 31 days in advance of the effective date of the Amendment. When the Group Contract is so amended, payment by the Contract Holder of the next premium due under the Group Contract will constitute acceptance of the Portfolio Amendment, unless the Contract Holder has rejected the Amendment, in writing, prior to its effective date.

## K.  OTHER GOODS AND SERVICES.

From time to time, Prudential may offer or provide Covered Persons or their Beneficiaries certain goods and services in addition to the insurance coverage. Prudential also may arrange for third party vendors to provide goods and services at a discount (including without limitation beneficiary financial counseling services and employee assistance programs) to Covered Persons or their Beneficiaries. Though Prudential may make the arrangements, the third party vendors are solely liable for providing the goods and services. Prudential shall not be responsible for providing or failing to provide the goods and services to Covered Persons or their Beneficiaries. Further, Prudential shall not be liable to Covered Persons or their Beneficiaries for the negligent provision of the goods and services by third party vendors.

## L.  CONFORMITY WITH LAW.

If the provisions of the Group Contract do not conform to the requirements of any state or federal law or regulation that applies to the Group Contract, the Group Contract is automatically changed to conform with Prudential's interpretation of the requirements of that law or regulation.

------------------------

# Modification Of The Group Contract

The Group Contract is modified to include the following section:

## END OF EMPLOYMENT

An Employee's employment ends when the Employee is no longer actively at work on a full-time basis for an Included Employer. But, for insurance purposes, an Employee's Included Employer may consider the Employee as still employed and in the Covered Classes for the insurance during certain types of absences from full-time work. The Included Employer decides which Employees with those types of absences are to be considered as still employed, and for how long. In doing this, the Included Employer must not discriminate among persons in like situations.

For the purpose of the Employee's life insurance under the Group Contract, employment in the Covered Classes will not be considered to end while the Employee: (1) is absent from work for the Employer on account of disability; and (2) has been so absent for less than six months; and (3) is not working at any other job for wage or profit.

An Employee may be considered as still employed up to any time limit for the Employee's type of absence. When so considered, the Employee's insurance under a Coverage will be continued only while the Employee is paying contributions for it at the time and in the amounts, if any, required by the Included Employer (whether or not that insurance would otherwise be Non-contributory Insurance). But it will not be continued after it would end for a reason other than end of employment. The types of absences and the time limits are shown below, subject to any exceptions.

### TYPES OF ABSENCES AND TIME LIMITS:

For absence due to retirement, there is no time limit.

For absence due to disability, two years following the date on which the absence from full-time work starts.

For absence due to temporary layoff or part-time employment for reasons other than disability, the end of the contract month following the contract month in which the absence from full-time work starts.

For absence due to leave of absence, there is no time limit. But in the case of an Employee on active duty in the armed forces of any country, not beyond the date of entry into such active duty.

### EXCEPTIONS

Employee Term Life Coverage

Retirement is not an eligible type of absence for Included Employers with fewer than 25 Employees.

An Employee will not be continued as a member of the Covered Classes beyond the date the Employee gives Prudential written proof of Total Disability. This proof must be given according to the rules of the Extended Death Benefit During Total Disability section of the Coverage.

# Modification Of The Group Contract (Continued)

Dependents Term Life Coverage

The types of absences and limits for the Employee Term Life Coverage under the group Contract apply.

Accidental Death and Dismemberment Coverage

Retirement is not an eligible type of absence.

Disability Coverage

The types of absences and limits for Disability Coverage are as set forth in the Group Insurance Certificate.

# Schedule of Premium Rates

PVIB - 03

Classes of Employees to which this Schedule applies:

All Classes

**Applicable Coverage**                    **Monthly Rate Per Employee**

All Coverages                              The premium rates in effect on the Contract Date are those
                                           determined by Prudential.  Those rates will be shown on the billing
                                           notice(s) sent to the Contract Holder (subject to any subsequent
                                           corrections).

# Schedule of Plans

**Effective Date:** March 8, 2002

Group Contract No.: PVIB - 03

This Schedule of Plans sets forth the Plan of Benefits that applies to each Covered Class under the Group Contract listed below as of the Effective Date. The Plan of Benefits for a Covered Class is determined by: (1) the Group Insurance Certificates that apply to the Covered Class; and (2) any modification to those Certificates, provided the modification is included in an amendment to the Group Contract. A copy of each Certificate and any modification to it are attached to the Group Contract and made a part of it.

**Covered Class:**

All Employees of Included Employers

### Plan of Benefits that Applies to the Covered Class:

The Coverages described in the Group Insurance Certificate, and any modifications thereto made a part of the Group Contract, prepared for the PruValue$^{SM}$ Insurance Trust No. 1. These Certificates and modifications, if any, consist of pages derived from the following charts, prepared for use in connection with the PruValue$^{SM}$ Insurance Benefits plans.

LIFE AND ACCIDENT CERTIFICATE ISSUE CHARTS:

- 83500 BFW Forms, Ed. 10-5-00
- 83500 BSB Forms - Introductory Paragraphs, Ed. 10-5-00
- 83500 BSB Forms - Life Chunks, Ed. 5-1-01
- 83500 BSB Forms - AD&D Chunks, Ed. 5-1-01
- 83500 BSB Forms - Dependent Life Chunks, Ed. 12-21-00
- 83500 BSB Forms - Closing Paragraphs, Ed. 10-5-00
- 83500 BEL Forms, Ed. 8-10-01
- 83500 LIF R Forms, Ed. 12-12-01
- 83500 LIF T Forms, Ed. 10-5-00
- 83500 ADD R Forms, Ed. 10-5-00
- 83500 PAI R Forms, Ed. 8-10-01
- 83500 DPL R Forms, Ed. 5-1-01
- 83500 BBN Forms, Ed. 3-8-02
- 83500 BAS Forms, Ed. 12-21-00
- 83500 BCL Forms, Ed. 10-5-00
- 83500 BTE Forms, Ed. 8-10-01

LIFE AND ACCIDENT CERTIFICATE ISSUE CHARTS, (continued):

- 83500 BCT Forms, Ed. 10-5-00
- 83500 PORT Forms, Ed. 3-8-02

SHORT AND LONG TERM DISABILITY CERTIFICATE ISSUE CHARTS:

- 83500 CBH-STD Forms, Ed. 8-10-01
- 83500 CBH-LTD Forms, Ed. 9-18-01
- 83500 CERT Forms, Ed. 9-18-01
- 83500 CGP Forms, Ed. 8-10-01
- 83500 CGI-STD Forms, Ed. 8-10-01
- 83500 CBI-STD Forms, Ed. 9-18-01
- 83500 CCLM-STD Forms, Ed. 8-10-01
- 83500 CGI-LTD Forms, Ed. 8-10-01
- 83500 CBI-LTD Forms, Ed. 9-18-01
- 83500 CDB-LTD Forms, Ed. 9-18-01
- 83500 SCDB-LTD Forms, Ed. 9-18-01
- 83500 COTB-LTD Forms, Ed. 8-10-01
- 83500 CCLM-LTD Forms, Ed. 9-18-01
- 83500 COTS-LTD Forms, Ed. 9-18-01
- 83500 CGL Forms, Ed. 9-18-01

RETIREE LIFE CERTIFICATE ISSUE CHARTS:

- Retiree Life Certificate, Ed. 3-8-02

# Application to

## The Prudential Insurance Company of America (Prudential)

For Group Contract No. PVIB - 03

Applicant:  Christiana Bank & Trust Company, as Trustee of the PruValue$^{SM}$ Insurance Trust No. 3

Address:  Greenville Center
3801 Kennett Pike
Greenville, Delaware 19807

The Group Contract is approved and its terms are accepted.

This Application is made in duplicate.  One is attached to the Group Contract.  The other is to be returned to Prudential.

It is agreed that this Application replaces any prior Application for the Group Contract.

-CHRISTIANA BANK & TRUST COMPANY, AS
TRUSTEE OF THE PRUVALUE$^{SM}$ INSURANCE
TRUST NO. 3-
_____
(Full or Corporate Name of Applicant)

Dated at  _____    By _____
(Signature and Title)

On  _____    Witness _____
(To be signed by a Resident Agent
where required by law)

83500
APP 1001                                                                                    (PVIB - 03)

# ASSIGNMENT

Christiana Bank & Trust Company, a Delaware corporation with a place of business in Greenville, Delaware, does hereby assign, transfer and set over to First Union Trust Company, National Association, a Delaware corporation with a place of business in Wilmington, Delaware, as Trustee of the PruValue[SM] Insurance Trust No. 3 pursuant to the Agreement and Declaration of Trust effective on and after September 30, 1999, Group Insurance Contract No. PVIB-03 issued by The Prudential Insurance Company of America, all rights and obligations of Christiana Bank & Trust Company thereunder, including, but not limited to the right to hold and administer said contract.

IN WITNESS THEREOF, Christiana Bank & Trust Company has caused these presents to be signed as of the _____ day of _____, 2001.

Christiana Bank & Trust Company
(Trustee)

Witness:_____     By:_____
                                              (Signature & Title)

IN WITNESS THEREOF, First Union Trust Company, National Association, Trustee of the PruValue[SM] Insurance Trust No. 3, has caused these presents to be signed as of the _____ day of _____, 2001.

First Union Trust Company, National
Association
(Successor Trustee)

Witness:_____     By:_____
                                              (Signature & Title)

IN WITNESS THEREOF, The Prudential Insurance Company of America has caused these presents to be signed as of the _____ day of _____, 2001.

The Prudential Insurance Company of America

Witness:_____     By:_____
                                              Assistant Secretary

AMENDMENT TO GROUP CONTRACT NO. PVIB - 03

By their signatures below, the Contract Holder and Prudential agree that the Group Contract is changed as follows:

- The insurance form listed in Column I below is attached to this Amendment; it forms part of the Group Contract as of its Effective Date.  The form listed in Column I replaces, as of its Effective Date, the corresponding insurance form, if any, listed in Column II.

    Column I

    83500 GR 5034 (PVIB – 03)
    effective February 4, 2002

    Column II

    83500 GR 5022 (PVIB – 03)
    effective April 1, 1999

- Effective May 1, 2001, the name of the Contract Holder, wherever it appears in the Group Contract, will be Trustee of the PruValue[SM] Insurance Trust No. 3.

Date: _____ February 20, 2002 _____

-TRUSTEE OF THE PRUVALUE[SM] INSURANCE TRUST
NO. 3-
(Contract Holder)

Witness: _____

By: _____
(Signature and Title)

Livingston, NJ

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

February 20, 2002

By: _____
Vice President, Contracts

83500
AMD 1001

STATE OF ILLINOIS)
County of Cook)

JAN 26 2006

**DAVID ORR, County Clerk**

I, David Orr, County Clerk of the County of Cook, in the State aforesaid, and Keeper of the Records and Files of said County do hereby certify that the attached is a true and correct copy of the original Record on file, all of which appears from the records and files in my office.

IN WITNESS THEREOF, I have hereunto set my hand and affixed the Seal of the County of Cook, at my office in the city of Chicago, in said County.

COUNTY CLERK

| | | STATE OF ILLINOIS | | STATE FILE NUMBER |
|---|---|---|---|---|
| ☑ PERMANENT CERTIFICATE | REGISTRATION DISTRICT NO. **16.0** | **MEDICAL EXAMINER'S – CORONER'S CERTIFICATE OF DEATH** | | |
| ☐ TEMPORARY CERTIFICATE | REGISTERED NUMBER | 329 JAN06 | | |

Type, or Print in PERMANENT INK
See Coroner's or Funeral Directors Handbook for INSTRUCTIONS

**DECEASED**

1. DECEASED - NAME FIRST: DANA MIDDLE: LAJOI LAST: WILLIAMS
   SEX: FEMALE
   3. DATE OF DEATH (MONTH, DAY, YEAR): JANUARY 19, 2006

2. COUNTY OF DEATH: COOK
   5a. AGE-LAST BIRTHDAY (YRS): 26
   5b. UNDER 1 YR MOS. DAYS
   5c. UNDER 1 DAY HOURS MIN.
   5d. DATE OF BIRTH (MONTH, DAY, YEAR): DECEMBER 26, 1979

6a. CITY, TOWN-TWP. OR ROAD DISTRICT NUMBER: CALUMET CITY
   6b. HOSPITAL OR OTHER INSTITUTION-NAME (IF NOT IN EITHER, GIVE STREET AND NUMBER): 1390 BURNHAM AVE
   6c. IF HOSP. OR INST., INDICATE D.O.A. OPIER/ER, INPATIENT (SPECIFY): SCENE

7. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY): CHICAGO, IL
   8a. USUAL OCCUPATION: MARRIED  Administrative Assistant
   8b. NAME OF SURVIVING SPOUSE (MAIDEN NAME, IF WIFE): DANYAH WILLIAMS

10. SOCIAL SECURITY NUMBER: 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
    11a. USUAL OCCUPATION: Administrative Assistant
    11b. KIND OF BUSINESS OR INDUSTRY: C&R Research
    12. EDUCATION (SPECIFY ONLY HIGHEST GRADE COMPLETED) Elementary/Secondary (0-12): 12  College (1-4 or 5+): 2

13a. RESIDENCE (STREET AND NUMBER): 1390 BURNHAM AVE
    13b. CITY, TOWN, TWP. OR ROAD DISTRICT NUMBER: CALUMET CITY
    13c. INSIDE CITY (YES/NO): YES
    13d. COUNTY: COOK

13e. STATE: ILLINOIS
    13f. ZIP CODE: 60409
    14a. RACE (WHITE, BLACK, AMERICAN INDIAN, ETC.): BLACK
    14b. OF HISPANIC ORIGIN (SPECIFY NO OR YES)- IF YES, SPECIFY CUBAN, MEXICAN, PUERTO RICAN, etc.): NO

**PARENTS**

15. FATHER-NAME FIRST: EDDIE MIDDLE: RILEY LAST:
16. MOTHER-NAME FIRST: ETHEL MIDDLE: HOWARD (MAIDEN) LAST:

17a. INFORMANT'S NAME (TYPE OR PRINT): ETHEL HOWARD
    17b. RELATIONSHIP: MOTHER
    17c. MAILING ADDRESS (STREET AND NO. OR R.F.D., CITY OR TOWN, STATE, ZIP): 9616 S. LEAVITT ST CHICAGO, IL 60643

**CAUSE**

18. PART I.

Immediate Cause (Final disease or condition resulting in death) ➤ Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line.

(a) MULTIPLE STAB AND INCISED WOUNDS
DUE TO (OR AS A CONSEQUENCE OF)

CONDITIONS, IF ANY WHICH GIVE RISE TO IMMEDIATE CAUSE (a) STATING THE UNDERLYING CAUSE LAST.

(b)
DUE TO, OR AS A CONSEQUENCE OF
(c)

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

19a. AUTOPSY (YES/NO): YES
19b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH (YES/NO):

20a. NATURAL, ACCIDENT, HOMICIDE, SUICIDE, UNDETERMINED (SPECIFY): HOMICIDE
20b. DATE OF INJURY (MONTH, DAY, YEAR): JANUARY 19, 2006
20c. HOUR OF INJURY: 10:35 AM
20d. HOW INJURY OCCURRED (ENTER NATURE OF INJURY MENTIONED IN PART I OR PART II, ITEM 18): MULTIPLE STAB AND INCISED WOUNDS

20e. INJURY AT WORK (YES/NO): NO
20f. PLACE OF INJURY (AT HOME, FARM, STREET, FACTORY, OFFICE BLDG, ETC.) (SPECIFY): HOME
20g. VOCATION (CITY, VIL. OR TOWN): CALUMET CITY, COOK COUNTY, ILLINOIS
19c. IF FEMALE, WAS THERE A PREGNANCY IN PAST THREE MONTHS: YES ☐ NO ☐

21a. I CERTIFY THAT IN MY OPINION BASED UPON MY INVESTIGATION AND/OR THE INQUISITION, THIS DEATH OCCURRED ON THE DATE, AT THE PLACE AND DUE TO THE CAUSE(S) STATED, AND THAT ...
21b. THE DECEDENT WAS PRONOUNCED DEAD ON: JANUARY 19, 2006
21c. 12:19 P M.

**CERTIFIER**

22a. CORONER'S - MEDICAL EXAMINER'S SIGNATURE: C.B. Donoghue, M.D.
22b. DATE SIGNED (MONTH, DAY, YEAR): JANUARY 20, 2006

23a. CORONER'S PHYSICIAN'S NAME (Type or Print): Ponni Arunkumar, M.D.
23b. Ponni Arunkumar, M.D.

**DISPOSITION**

24a. BURIAL, CREMATION, REMOVAL (SPECIFY): BURIAL
24b. CEMETERY OR CREMATORY-NAME: GREENLEAF CEMETERY
24c. LOCATION CITY OR TOWN: MARION   STATE: ALA
24d. DATE (MONTH, DAY, YEAR): 2-1-06

25a. FUNERAL HOME NAME: GATLING'S CHAPEL INC.
    STREET AND NUMBER OR R.F.D.: 10133 S. HALSTED ST
    CITY OR TOWN: CHICAGO, IL   STATE: 66028

25b. FUNERAL DIRECTOR'S SIGNATURE:
25c. FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER: 34-012866

26a. LOCAL REGISTRAR'S SIGNATURE:
26b. DATE FILED BY LOCAL REGISTRAR (MONTH, DAY, YEAR): JAN 26 2006

VR202 (Rev. 5/88)   Illinois Department of Public Health—Division of Vital Records   (BASED ON 19)

Exhibit B



**JEFFERSON PILOT FINANCIAL**

Jefferson Pilot Financial Insurance Company
P.O. Box 2616, Omaha NE 68103-2616
Phone (800) 423-2765 or (402) 361-7300
Fax (877) 573-6177

## ENROLLMENT FORM FOR GROUP INSURANCE | OFFICE CODE: | Memo

Please Use Ink or Type | GROUP ID: CREARESPON | GROUP POLICY #: 000010013087, 000010038995

### A. Employee Information (Complete for ALL Enrollments)

Employer Name/Company Name (Please Print)
Creative & Response Research Services | County COOK | State IL

Social Security Number 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 | Last Name Williams | First Name Dana | MI L. | Date of Birth 12-20-79

Street Address 4125 W. 127th Street #4W | City Alsip | State IL | Zip 60803

☐ Male  ☒ Female | Marital Status: ☒ Married ☐ Divorced ☐ Single ☐ Widowed | Spouses Date of Birth 08-08-75 | Home Phone (708) 293-1754 | Work Phone (312) 828-9200 x8783

### Completed By Employer

Effective Date: 3-11-99 | Date of Full-Time Employment: 2-11-99 | Occupation: Adm. Asst

Earnings: $ _____ | ☐ Hourly ☐ Monthly ☐ Weekly ☒ Yearly | ☐ Union ☒ Non-Union | ☐ Exempt ☐ Non-Exempt | Average Hours Worked Per Week: 35+ Rehire Date:

### B. Product Selection (Complete for ALL Enrollments)

NOTE: Please mark each box if you are eligible for the listed coverage.

| Class | Effective Date | Basic Amount Employer to Complete | Coverage | | Amount | Dental | |
|---|---|---|---|---|---|---|---|
| | 3-11-99 | | Group Life | ☒ Yes ☐ No | | ☐ Single Dental | |
| | 3-11-99 | | Group AD&D | ☒ Yes ☐ No | | ☐ EE/Spouse | |
| | | | Dependent Life | ☐ Yes ☐ No | | ☐ EE/Spouse/Children | |
| | | | Optional Employee Life | ☐ Yes ☐ No | | ☐ EE/Children ☐ One Child | |
| | | | Optional Dependent Life | ☐ Yes ☐ No | | ☐ 2 or More Children | |
| | | | Optional AD&D | ☐ Yes ☐ No | | ☐ No Coverage | |
| | 4-11-99 | | Long Term Disability | ☒ Yes ☐ No | | Effective: | |
| | | | Short Term Disability | ☐ Yes ☐ No | | | |

### C. Beneficiary Information (Complete ONLY for Life or AD&D Enrollments)

Primary Beneficiary's Last Name Williams | First Deborah | MI I. | Relationship of Beneficiary Husband | Social Security Number 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

Street Address 4125 W. 127th Street #4W | City Alsip | State IL | Zip 60803

Contingent Beneficiary's Last Name Williams | First Kathryn | MI A. | Relationship of Beneficiary Daughter | Social Security Number 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

Street Address 4125 W. 127th St. #4W | City Alsip | State IL | Zip 60803

Note: A Contingent Beneficiary will receive benefits only if the Primary Beneficiary does not survive you. If you wish to designate more than one Primary or Contingent Beneficiary, please attach a separate sheet of paper.

### D. Signature (Complete for ALL Enrollments)

I hereby apply for group insurance, for which I am eligible or may become eligible. If contributions are required, I authorize my employer to deduct premiums from my salary. I reserve the right to revoke this deduction at any time on written notice.

_Dana L. Williams_
Employee Signature

_01/08/02_
Date Signed

Dental Enrollment is on the back of this Enrollment Form.

GLAD 4

Exhibit C

January 11, 2002

To Whom It May Concern:

I am writing this to give my consent and wishes that in the event a tragedy happens to me and my husband Dahnyah J. Williams, my life insurance is divided between my two daughters, Kaitlyn A. Williams and Melanie L. Williams. Melanie is the second contingent beneficiary, who was not listed on the enrollment form.

Date: *January 11, 2002*

Signature *Dana L. Williams*

SSN# (Melanie Williams: *322 - 98 - 1315*