IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, )<br>)<br>) | Case No. 08 CV 4304 |
| Plaintiff, ) | |
| )<br>v. )<br>) | |
| DAHNYAH WILLIAMS,<br>KAITLYN A. WILLIAMS, a minor and<br>MELANIE L. WILLIAMS, a minor )<br>)<br>)<br>)<br>) | |
| Defendants. ) | |

**RE-NOTICE OF FILING**

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on July 30, 2008, we filed with the Clerk of the Federal District Court for the Northern District of Illinois the attached: **RE-NOTICE OF FILING.**

/s/ Allen P. Walker
Allen P. Walker

Eileen M. Letts
Allen P. Walker
Kwabena A. Appenteng
GREENE AND LETTS
Attorneys for Defendant
111 W. Washington Street
Chicago, IL 60602
312/346-1100

## PROOF OF SERVICE

The undersigned hereby certifies that the above mentioned documents were served on the above-mentioned parties on July 30, 2008:

( x )   by electronic notification

(  )   by personal delivery

(  )   by placing a copy of same in an envelope properly addressed and stamped and placing an envelope in a U.S. Mail Box at 111 West Washington Street, Chicago, Illinois.

/s/ *Allen P. Walker*
Allen P. Walker

Eileen M. Letts
Allen P. Walker
Kwabena A. Appenteng
GREENE AND LETTS
Attorneys for Defendant
111 W. Washington Street
Chicago, IL 60602

## SERVICE LIST

Dahnyah Williams
1390 Burnham Avenue
Calumet City, IL 60409

Melanie L. Williams
9616 South Leavitt
Chicago, IL 60643


Kaitlyn A. Williams
9616 South Leavitt
Chicago, IL 60643