IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>DAHNYAH WILLIAMS,<br>KAITLYN A. WILLIAMS, a minor and<br>MELANIE L. WILLIAMS, a minor<br><br>                    Defendants. | Case No. 08CV4304<br><br>Judge Coar<br><br>Magistrate Judge Schenkier |

**MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM**

NOW COMES the Plaintiff PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential") by and through its attorneys, Eileen M. Letts, Allen P. Walker, and Kwabena A. Appenteng of the law firm of GREENE AND LETTS, and move this Honorable Court, for an entry of an order appointing a guardian ad litem for Kaitlyn A. Williams and Melanie L. Williams, both minor children and defendants in this matter. In support thereof, Prudential states as follows:

1. On July 29, 2008, Prudential filed its interpleader action, naming Kaitlyn A. Williams and Melanie L. Williams as defendants ("Defendants").

2. Based upon the dates of birth of the Defendants set forth in the Prudential Group Life Insurance Claim Form, it was determined that both of the Defendants are minors. Attached hereto and incorporated herein as Exhibit A is a copy of the Prudential Group Life Insurance Claim Form.

3. As alleged in Prudential's Complaint in Interpleader, Dahnyah Williams, the Defendants' father and also a defendant in this matter, has upon information and belief been incarcerated for allegedly murdering his wife, Dana L. Williams, the Defendants' mother.

4. Pursuant to Federal Rule of Civil Procedure 17(c)(2), a guardian ad litem may be appointed by the court to protect a minor or incompetent person who is unrepresented in an action.

5. Upon information and belief, the Defendants are not presently represented by a general guardian or representative.

WHEREFORE, Plaintiff, Prudential Insurance Company of America, by and through its attorneys, move this Honorable Court for entry of an order appointing a guardian ad litem, or to issue another appropriate order, to protect the interests of the Defendants in this matter.

Respectfully submitted,

Prudential Insurance Company of America

By:   */s/ Allen P. Walker*
         Allen P. Walker

Eileen M. Letts
Allen P. Walker
Kwabena A. Appenteng
GREENE AND LETTS
Attorneys for Plaintiff
111 W. Washington Street
Suite 1650
Chicago, Illinois 60602
312-346-1100

Case 1:08-cv-04304   Document 11   Filed 08/11/2008   Page 3 of 3