IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) ) Case No. 08CV4304 ) ) Judge Coar ) ) Magistrate Judge Schenkier ) ) ) ) ) ) |
| Plaintiff, | |
| v. | |
| DAHNYAH WILLIAMS, KAITLYN A. WILLIAMS, a minor and MELANIE L. WILLIAMS, a minor | |
| Defendant(s). | |

## NOTICE OF MOTION

TO:    See Attached Service List

PLEASE TAKE NOTICE that on **Monday**, **August 25, 2008** at **9:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the **Honorable Judge David H. Coar** or any Judge sitting in his stead, in Room 1419, 219 South Dearborn, Chicago, Illinois and move the Court pursuant to the attached: **PLAINTIFF'S MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM.**


      /s/ Allen P. Walker
       Allen P. Walker

Eileen M. Letts
Allen P. Walker
Kwabena A. Appenteng
GREENE AND LETTS
Attorneys for Plaintiff
111 W. Washington Street
Suite 1650
Chicago, Illinois 60602
312-346-1100

**PROOF OF SERVICE**

    The undersigned hereby certifies that the above mentioned documents were served on the above-mentioned parties on **August 11, 2008**:

( )    by electronic notification

( )    by personal delivery

(**x**)    by placing a copy of same in an envelope properly addressed and stamped and placing an envelope in a U.S. Mail Box at 111 West Washington Street, Chicago, Illinois.

                                                  */s/ Allen P. Walker*
                                                      Allen P. Walker

Eileen M. Letts
Allen P. Walker
Kwabena A. Appenteng
GREENE AND LETTS
Attorneys for Plaintiff
111 W. Washington Street
Suite 1650
Chicago, Illinois 60602
312-346-1100

## SERVICE LIST

**KAITLYN A. WILLIAMS**
9616 South Leavitt
Chicago, IL 60643

**MELANIE L. WILLIAMS**
9616 South Leavitt
Chicago, IL 60643

**DAHNYAH WILLIAMS**
2006-0010555
Division 10
2950 South California Avenue
Chicago, IL 60608