**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Prudential Insurance Company of America, The

                              Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−04304
　　　　　　　　　　　　　　　　　　　　　Honorable David H. Coar

Dahnyah Williams, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2008:

      MINUTE entry before the Honorable David H. Coar:Motion hearing held on 8/25/2008 regarding motion to appoint guardian/attorney ad litem [11]. Motion to appoint guardian/attorney ad litem [11] is withdrawn. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.